Exhibit "1"
to Notice of Removal

## Daniel Brandwein, MD, et al Plaintiff vs. Blue Cross and Blue Shield of Florida, et al Defendant

**Broward County Case Number:** CACE25016613
**State Reporting Number:** 062025CA016613AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 10/29/2025
**Court Location:** Central Courthouse
**Case Status:** Active
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Fahnestock, Fabienne E.

### ▬ Party(ies)

Total: 5

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Brandwein, Daniel, MD** | | ★ Wier, Patrick D. Retained Bar ID: 1029540 Black Law P.A. 1401 E Broward Blvd Victoria Park Centre, Suite 204 Ft Lauderdale, FL 33301 **Status: Active** |
| | | | Black, Kelsey K Retained Bar ID: 78925 BLACK LAW P.A 1401 E. Broward Boulevard, Suite 204 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Blue Cross and Blue Shield of Florida** *Doing Business As* **Florida Blue** | | |

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Mellon Overpayment Recovery Receipts** | | |
| Defendant | **Payment Resolution Services, LLC** | | |
| Plaintiff | **Dr. Daniel Brandwein, PA** | | ★ Wier, Patrick D. Retained Bar ID: 1029540 Black Law P.A. 1401 E Broward Blvd Victoria Park Centre, Suite 204 Ft Lauderdale, FL 33301 **Status: Active** |
| | | | Black, Kelsey K Retained Bar ID: 78925 BLACK LAW P.A 1401 E. Broward Boulevard, Suite 204 Fort Lauderdale, FL 33301 **Status: Active** |

## − Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|
| Date | Disposition(s) | View / Pages |

## − Event(s) & Document(s)

Total: 17

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 12/03/2025 | **Request for Admissions** | | 📄/5 |
| 12/03/2025 | **Request for Production** | | 📄/10 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 12/03/2025 | **Notice of Service of Interrogs** | | 📄/2 |
| 11/10/2025 | **Notice of Filing/Affidavit of Service Returned Served** | 11/5/2025 at 11:46 AM Party: *Defendant* Payment Resolution Services, LLC | 📄/2 |
| 11/10/2025 | **Notice of Filing/Affidavit of Service Returned Served** | 5th day of November, 2025 at 12:56 pm Party: *Defendant* Blue Cross and Blue Shield of Florida | 📄/1 |
| 11/03/2025 | **eSummons Issuance** | Party: *Defendant* Payment Resolution Services, LLC | 📄/4 |
| 10/30/2025 | **Exhibits** | Echibit E | 📄/223 |
| 10/30/2025 | **eSummons Issuance** | Blue Cross and Blue Shield of Florida, Inc | 📄/4 |
| 10/30/2025 | **eSummons Issuance** | Payment Resolution Services, LLC | 📄/4 |
| 10/29/2025 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 10/29/2025 | **Civil Cover Sheet** | | 📄/3 |
| 10/29/2025 | **Complaint (eFiled)** | | 📄/17 |
| 10/29/2025 | **Exhibits** | | 📄/23 |
| 10/29/2025 | **Exhibits** | | 📄/5 |
| 10/29/2025 | **Exhibits** | | 📄/8 |
| 10/29/2025 | **Exhibits** | | 📄/5 |
| 10/29/2025 | **Exhibits** | | 📄/3 |

— Hearing(s)                                                                    Total: 0

**There is no Hearing information available for this case.**

**–** Related Case(s)                                                                 Total: 0

**There is no related case information available for this case.**

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

## FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>Daniel Brandwein PA, Daniel Brandwein</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Blue Cross and Blue Shield of Florida, Mellon Overpayment Recovery Receipts, Payment</u>
<u>Resolution Services, LLC</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.      NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   7

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ yes
   ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ no
   ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ yes
   ☐ no

**IX.     DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
   ☐ yes
   ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Patrick Wier        Fla. Bar # 1029540
      Attorney or party             (Bar # if attorney)

Patrick Wier             10/29/2025
(type or print name)         Date

- 3 -

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

## IIN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation                                    Case No.:

     Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

     Defendants.

_____/

## COMPLAINT

Plaintiffs Daniel Brandwein, M.D., and Dr. Daniel Brandwein, P.A., by and through undersigned counsel, hereby sue Defendants Blue Cross and Blue Shield of Florida, Inc., d/b/a Florida Blue; Mellon Overpayment Recovery Receipts; and Payment Resolution Services, LLC and state as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Dr. Brandwein is a licensed physician in the State of Florida, practicing in and around Broward County, FL, with a primary practice location at 159 S. Pompano Parkway Pompano Beach, FL 33069.

BLACK LAW P.A.

1

2.  Plaintiff Dr. Brandwein, PA, is a Florida Corporation providing medical care and treatment at the practice location at 159 S. Pompano Parkway Pompano Beach, FL 33069.

3.  Defendant Florida Blue is a Florida Corporation that operates as a health solutions partner providing health care coverage for Florida patients with a primary location of 4800 Deerwood Campus Parkway Jacksonville, FL 32246

4.  Defendant Mellon is a fictitious organization engaged as a debt recovery agent acting on behalf of, as agent, or as representative of Florida Blue and/or Payment Resolutions in the recovery of the alleged debts with a primary location in Dallas, Texas.

5.  Defendant Payment Resolution is a Tennessee based debt collection agency with a primary location of 12 Cadillac Dr Ste 300 Brentwood, TN 37027.

6.  Plaintiffs and Florida Blue entered in a contract where Florida Blue will pay and/or reimburse Plaintiffs for the medical care and treatment provided by Plaintiffs to third parties, including but not limited to S. Taykan, consistent with the applicable contract guidelines.

7.  Alternatively, Plaintiffs are third-party beneficiaries of contracts between Florida Blue and its customers, where Florida Blue pays and/or reimburses providers who treat its customers, including but not limited to S. Taykan, for their care and treatment.

8.  Plaintiffs provided treatment to patients, including S. Taykan, in Broward County, Florida.

9. The contract between Florida Blue and Plaintiffs was entered into in Broward County, Florida.

10. This Court is the proper venue for this case pursuant to Fla. Stat. § 47.011 and Fla. Stat. § 47.051, as the cause of action accrued in Broward County, Florida, where plaintiff's practice is located and where the services at issue were provided.

11. This Court has subject matter jurisdiction over this action pursuant to Fla. Stat. § 26.012, as this is an action at law in which the amount in controversy exceeds $50,000, exclusive of interest, costs, and attorney's fees.

12. This Court has personal jurisdiction over Florida Blue because it is a Florida corporation with its principal place of business in Florida.

13. This Court has personal jurisdiction over PRS pursuant to Fla. Stat. § 48.193, as PRS conducts business in Florida by attempting to collect debts from Florida residents and businesses and has committed tortious acts within Florida by engaging in unfair and deceptive collection practices directed at a Florida business.

14. All conditions precedent to this action have been completed or waived by Defendants.

15. Plaintiffs have retained the undersigned counsel and agreed to pay a reasonable fee for their services in connection with this action.

## FACTS GIVING RISE TO THIS ACTION

16. Plaintiffs are a podiatric medical practice that provides medical services to patients in Broward County, Florida.

17. Plaintiffs entered into a provider agreement with Florida Blue to provide medical services to Florida Blue's insureds and to receive payment for those services.

18. Between June 19, 2023, and August 30, 2023, Plaintiffs provided medically necessary services to patient S. Taykan.

19. Plaintiffs properly billed Florida Blue and CMS for these services, and Florida Blue paid Plaintiff for the services rendered.

20. On or about May 22, 2024, Florida Blue, through Mellon, sent Plaintiffs a notice claiming that Florida Blue had overpaid for services provided to S. Taykan.

21. Florida Blue did not provide any prior notice to Plaintiffs of the alleged overpayments.

22. Florida Blue claimed Plaintiffs had been overpaid a total not less than $448,076.71 for 34 claims related to services provided to S. Taykan.

23. Florida Blue provided inconsistent and contradictory reasons for the alleged overpayments, including "BCBSF paid the Medicare claim as Primary," "Reversed - change in member's eligibility," "Submission of late charges," and "Adjustment due to Medicare adjustment." See attached as Exhibit A.

24. On June 21, 2024, plaintiff, through counsel, sent a letter to Florida Blue disputing all of the alleged overpayments and requesting documentation supporting Florida Blue's claims. A true and accurate copy is attached as Exhibit B.

25. Florida Blue did not respond to Plaintiffs' dispute letter, request for appeal, and did not provide any documentation supporting its claims of overpayment.

26. Despite Plaintiffs' formal dispute, Florida Blue referred the claims to PRS, a collection agency, for collection.

27. Beginning on or about October 29, 2024, PRS has sent multiple collection notices to Plaintiffs demanding payment of the alleged overpayment.

28. The amounts claimed in the collection notices are inconsistent. For example, the same claim (F100001084270677) shows different alleged balances ranging from $9,099.91 to $12,792.60.

29. The reasons claimed in the collection notices are inconsistent. For example, the same claim (F100001073907280) shows that it was a reversal of a previous payment, also processed as a previous payment, also BCBSF paid the Medicare claim as Primary, and processed as secondary. These differing reasons conflict with each other such that they cannot be correct.

30. The attempts claimed in the collection notices are inconsistent. For example, the same claim (F100001084270677) has resulted in at least five different notices: (1) initial notice of 10/29/2024, (2) second notice on 11/29/2024, (3) third notice on 12/30/2024, (4) initial notice on 1/27/2025, and, (5) third request on 6/2/2025.

31. Like the missing purported second "second notice" for claim F100001084270677, other claims have not received initial notices and instead have received second or third notices despite no first or second notices, such as claim F1000001075306329.

32. On January 22, 2025, Plaintiffs, through counsel, sent a letter to Florida Blue, Mellon, and Payment Resolution informing of the dispute status, requesting a

response to earlier dispute letter, requesting any applicable supporting documents, and disputing the overpayments. To date, no response has been received. A true and accurate copy is attached as Exhibit C.

33. On February 10, 2025, Plaintiffs, through counsel, spoke with an agent of Payment Resolution to explain the appeal and request copies of documents. Yet despite this phone call Payment Resolution has continue to pursue the alleged debts.

**(800) 325-5340**
2 min 15 sec                                    6/25

**(800) 325-5340**
31 min 17 sec                                   2/10

34. On February 14, 2025, Plaintiffs, through counsel, sent another letter to Florida Blue, Mellon, and Payment Resolution disputing all of the alleged overpayments and again requesting documentation supporting the claims. To date, no response has been received. A true and accurate copy is attached as Exhibit D.

35. On March 25, 2025, Plaintiffs, through counsel, sent another letter to Florida Blue, Mellon, and Payment Resolution disputing all of the alleged overpayments and again requesting documentation supporting the claims. To date, no response has been received. A true and accurate copy is attached as Exhibit E.

36. On June 25, 2025, Plaintiffs, through counsel, sent another letter to Florida Blue, Mellon, and Payment Resolution disputing all of the alleged overpayments and again requesting documentation. To date, no response has been received. A true and accurate copy is attached as Exhibit F.

37. On June 25, 2025, Plaintiffs, through counsel, attempted to again speak with Payment Resolution via phone and were not successful:



38. On July 14, 2025, Plaintiffs, through counsel, attempted to discuss this matte with Florida Blue via telephone without success:

39. Despite Plaintiffs' multiple dispute letters, Defendants continued to send collection notices, including "third request" notices dated June 2, 2025.

40. At all relevant times, Medicare was the primary payer for the services provided to S. Taykan, contradicting Florida Blue's claim that it paid as primary.

41. On Octboer 17, 2025, Plaintiffs received a copy of Florida Blue's Statement of Account which lists several amounts as outstanding and referred to third party collections despite the timely dispute and appeal filed by Plaintiffs.

42. S. Taykan's records are currently under review by the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services.

43. Despite the pending CMS appeal and Plaintiffs' multiple dispute letters, Florida Blue and PRS continue their collection efforts without providing any substantiation for their claims of overpayment.

44. Florida Blue and PRS have recouped funds from Plaintiffs that are owed for other patients without authority and in clear disregard for Plaintiffs' due process and appeal rights.

45. Florida Blue and PRS's actions have caused Plaintiff to incur legal fees and administrative costs and have damaged Plaintiffs' business reputation.

## COUNT I – BREACH OF CONTRACT
(against Florida Blue)

46. Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

47. Plaintiffs and Florida Blue entered in a valid and enforceable Provider Agreement.

48. Under the Provider Agreement, Plaintiffs agreed to provide medical services to Florida Blue's insureds, and Florida Blue agreed to pay Plaintiffs for those services according to the terms of the agreement.

49. Plaintiffs provided medical care and treatment to S. Taykan, a Florida Blue insured, between June 19, 2023, and August 30, 2023.

50. Plaintiffs properly billed Florida Blue for these services, and Florida Blue paid Plaintiffs for a portion of the services rendered.

51. Florida Blue materially breached the Provider Agreement by improperly demanding refunds not less than $448,076.71 for legitimate services provided to S. Taykan, claiming overpayments based on inconsistent and unsubstantiated reasons.

52. Florida Blue further breached the Provider Agreement by referring the disputed claims to a collection agency despite Plaintiffs' formal disputes and without providing any substantiation for its claims of overpayment.

53. The Provider Agreement provides certain appeal and due process rights to providers when notified of claims for overpayment or recoupment.

54. The Provider Agreement provides a one-year appeal window for any claims for overpayment or recoupment.

55. Plaintiffs notified Florida Blue of their dispute regarding the alleged overpayments within one year of the notification.

56. Plaintiffs attempted to appeal the alleged overpayments within one year of the notification of alleged overpayment without response from Florida Blue.

57. The Provider Agreement exempts appealed amounts from recoupment while under appeal.

58. Florida Blue has recouped amounts related to the treatment of S. Taykan without authority and in breach of the Provider Agreement.

59. Florida Blue's breaches have caused Plaintiffs to suffer damages, including financial loss, damage to business reputation, and legal and administrative costs.

### COUNT II – DECLARATORY JUDGMENT
(against Florida Blue)

60. Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

61. Plaintiffs were entitled to certain appeal and due process rights prior to any action regarding collections or recoupment.

62. Plaintiffs were entitled to accurate information regarding the alleged overpayment issues.

63. Plaintiffs were entitled to a response to their inquiry and an acknowledgement of appeal.

64. There exists a bona fide, actual, present practical need for a declaration regarding whether Plaintiffs owe the alleged overpayments to Florida Blue.

65. The declaration sought deals with a present controversy regarding whether Plaintiffs were overpaid for services provided to S. Taykan between June 19, 2023, and August 30, 2023.

66. Plaintiffs' right to retain payments for legitimate services and to avoid improper collection actions depends on the resolution of this dispute.

67. Florida Blue and Payment Resolution have interests adverse to Plaintiffs regarding the alleged overpayments.

68. All interested parties are before the Court.

69. The relief sought is not merely legal advice but a determination of the parties' rights and obligations.

70. Plaintiffs dispute owing any of the alleged overpayments to Florida Blue.

71. Plaintiffs maintain that CMS was the primary payer for the services provided to S. Taykan, contradicting Florida Blue's claim that it paid as primary.

72. S. Taykan's records are currently under review by the Medicare Appeals Counsil due to a CMS audit.

73. Despite Plaintiffs' multiple dispute attempts and the pending CMS appeal, Florida Blue has continued its collection efforts without providing any substantiation for their claims of overpayment.

74. Plaintiffs are entitled to a declaration pursuant to Fla. Stat. § 86.011 that it does not owe the alleged overpayments to Florida Blue and that Florida Blue must cease all collection efforts related to these claims.

## COUNT III – DECLARATORY JUDGMENT
### (against Payment Resolution)

75. Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

76. Plaintiffs were entitled to certain appeal and due process rights prior to any action regarding collections or recoupment.

77. Plaintiffs were entitled to accurate information regarding the alleged overpayment issues.

78. Plaintiffs were entitled to a response to their inquiry and an acknowledgement of appeal.

79. There exists a bona fide, actual, present practical need for a declaration regarding whether Plaintiffs owe the alleged overpayments to Florida Blue.

80. The declaration sought deals with a present controversy regarding whether Plaintiffs were overpaid for services provided to S. Taykan between June 19, 2023, and August 30, 2023.

81. Plaintiffs' right to retain payments for legitimate services and to avoid improper collection actions depends on the resolution of this dispute.

82. Florida Blue and Payment Resolution have interests adverse to Plaintiffs regarding the alleged overpayments.

83. All interested parties are before the Court.

84. The relief sought is not merely legal advice but a determination of the parties' rights and obligations.

85. Plaintiffs dispute owing any of the alleged overpayments to Florida Blue.

86. Despite Plaintiffs' multiple dispute attempts and the pending CMS appeal, Florida Blue commissioned Payment Resolution for collection efforts without providing any substantiation for their claims of overpayment.

87. Despite Plaintiffs' multiple dispute attempts and the pending CMS appeal, Payment Resolution has not provided any substantiation for its collection efforts.

88. Despite Plaintiffs' multiple dispute attempts and the pending CMS appeal, Payment Resolution and Florida Blue are recouping funds properly owed by Plaintiffs.

89. Plaintiffs are entitled to a declaration pursuant to Fla. Stat. § 86.011 that it does not owe the alleged overpayments to Florida Blue and that Payment Resolution must cease all collection efforts related to these claims.

## COUNT IV – VIOLATIONS OF FLA. STAT. §§ 501.201 ET. SEQ (FDUPTA)
(against Florida Blue)

90. Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

91. Florida Blue engaged in deceptive acts or unfair practices in the conduct of trade or commerce.

92. Florida Blue engaged in deceptive and unfair practices by: (a) claiming overpayments based on inconsistent and unsubstantiated reasons; (b) failing to respond to formal disputes; (c) referring disputed claims to a collection agency; and (d) providing conflicting information about the amounts allegedly owed.

93. Florida Blue's deceptive acts or unfair practices caused Plaintiffs to suffer damages by recoupment of amounts paid and in prosecuting this action.

94. Florida Blue's actions have caused Plaintiffs to incur legal fees and administrative costs and have damaged Plaintiffs' business reputation.

95. Plaintiff is entitled to declaratory and injunctive relief, actual damages, and attorney's fees and costs pursuant to Fla. Stat. § 501.211 and Fla. Stat. § 501.2105.

### COUNT V – VIOLATIONS OF FLA. STAT. §§ 501.201 ET. SEQ (FDUPTA)
(against Payment Resolution and Mellon Recovery)

96. Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

97. Payment Resolution and Mellon Recovery engaged in deceptive acts or unfair practices in the conduct of trade or commerce.

98. Payment Resolution and Mellon Recovery engaged in deceptive and unfair practices by continuing collection efforts despite knowledge of the disputes and refusing to provide information about the amounts allegedly owed.

99. Plaintiffs were entitled to certain appeal and due process rights prior to any action regarding collections or recoupment.

100.    These rights were denied.

BLACK LAW P.A.                                           13

101.     Payment Resolution's deceptive acts or unfair practices caused Plaintiffs to suffer damages by recoupment of amounts paid and in prosecuting this action.

102.     Payment Resolution's actions have caused Plaintiffs to incur legal fees and administrative costs and have damaged Plaintiffs' business reputation.

103.     Plaintiff is entitled to declaratory and injunctive relief, actual damages, and attorney's fees and costs pursuant to Fla. Stat. § 501.211 and Fla. Stat. § 501.2105.

## COUNT VI – VIOLATIONS OF FLA. STAT. §§ 559.55 ET. SEQ (FCCPA)
(against Florida Blue)

104.     Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

105.     Florida Blue is a "person" under the Florida Consumer Collection Practices Act.

106.     The alleged overpayments relate to consumer medical services and constitute "consumer debts" under the FCCPA.

107.     Florida Blue engaged in prohibited practices in attempting to collect the alleged debts.

108.     Florida Blue engaged in prohibited practices by: (a) claiming debts that were disputed; (b) failing to validate the debts when requested; (c) continuing collection efforts despite formal disputes; and (d) providing inconsistent information about the amounts allegedly owed.

109.     Despite Plaintiffs' multiple dispute letters and requests for validation, Florida Blue continued their collection efforts without providing any substantiation for their claims.

BLACK LAW P.A.                    14

110.     Florida Blue's actions caused Plaintiffs to suffer damages, including legal fees, administrative costs, and damage to business reputation.

111.     Plaintiffs are entitled to actual damages, statutory damages, and attorney's fees and costs pursuant to Fla. Stat. § 559.72.

### COUNT VII – VIOLATIONS OF FLA. STAT. §§ 559.55 ET. SEQ (FCCPA)
(against Payment Resolution and Mellon Recovery)

112.     Plaintiffs re-allege paragraphs 16 through 45 as if fully set forth herein.

113.     Payment Resolution and Mellon Recovery are "persons" under the Florida Consumer Collection Practices Act.

114.     The alleged overpayments relate to consumer medical services and constitute "consumer debts" under the FCCPA.

115.     Payment Resolution and Mellon Recovery engaged in prohibited practices in attempting to collect the alleged debts.

116.     Payment Resolution and Mellon Recovery engaged in prohibited practices by: (a) claiming debts that were disputed; (b) failing to validate the debts when requested; (c) continuing collection efforts despite formal disputes; and (d) providing inconsistent information about the amounts allegedly owed.

117.     Despite Plaintiffs' multiple dispute letters and requests for validation, Payment Resolution and Mellon Recovery continued their collection efforts without providing any substantiation for their claims.

118.     Payment Resolution's actions caused Plaintiffs to suffer damages, including legal fees, administrative costs, and damage to business reputation.

119.   Plaintiffs are entitled to actual damages, statutory damages, and attorney's fees and costs pursuant to Fla. Stat. § 559.72.

WHEREFORE, Plaintiffs respectfully request this Court enter judgment in their favor and against defendants as follows:

a. On Count I, awarding Plaintiffs compensatory damages against Florida Blue in an amount to be determined at trial, but not less than $448,076.71, plus interest;

b. On Counts II and III, declaring pursuant to Fla. Stat. § 86.011 that Plaintiffs do not owe the alleged overpayments to Florida Blue and that Florida Blue, Payment Resolution, and Mellon Recovery must cease all collection efforts related to these claims;

c. On Count IV and V, awarding Plaintiffs relief, actual damages, and attorney's fees and costs against all Florida Blue, Payment Resolution, and Mellon Recovery jointly and severally, pursuant to Fla. Stat. § 501.211 and Fla. Stat. § 501.2105 in an amount not less than $448,076.71, plus interest, costs, and applicable fees;

d. On Count VI and VII, awarding Plaintiffs damages against Florida Blue and Payment Resolution pursuant to Fla. Stat. § 559.72 in an amount not less than $448,076.71, plus interest, costs, and applicable;

e. Awarding Plaintiffs pre-judgment and post-judgment interest to the extent permitted by law;

f.  Awarding Plaintiffs reasonable attorney's fees and costs incurred in this action

to the extent permitted by law;

Granting such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Dated: October 28, 2025.

Respectfully submitted,
**BLACK LAW P.A.**
*Attorneys for Plaintiffs*
1401 East Broward Boulevard
Victoria Park Centre, Suite 304
Fort Lauderdale, Florida 33301
Telephone:   (954) 320-6220

By: _____

**KELSEY K. BLACK, ESQ.**
Florida Bar No. 0078925
kb@blacklawpa.com
**PATRICK WIER, ESQ.**
Florida Bar No. 1029540
pw@blacklawpa.com

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

# EXHIBIT A

BLACK LAW P.A.

18

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/29/2025 04:51:52 PM.****

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213

**BlueCross.**
**BlueShield**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669268 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | Patient Account Number: |
|---|---|---|

Date(s) of Service: 08/30/2023 - 08/30/2023

| Invoice Number: 108669268 | | Audit Number: | | | | |
|---|---|---|---|---|---|---|
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $16,686.00 | Original | F100001086170147 | Original | $0.00 | 10/13/2023  176175832 |
| | | | | Corrected | $0.00 | |

| Total Amount | $16,686.00 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
|---|---|---|---|
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| Balance Due $ | 16,686.00 | | |

Procedure Codes:

Additional Information (if applicable)

| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
|---|---|---|---|
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $82,620.00 | Total Combined Payment: | $16,686.00 |

**TOTAL BALANCE DUE: $16,686.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669278 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | | Patient Account Number: | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 08/21/2023 - 08/21/2023 | | | | | | | |
| Invoice Number: 108669278 | | Audit Number: | | | | | |
| | | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,551.51 | Original | F100001084573596 | Original | $0.00 | 09/29/2023 176159833 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,551.51 | Reason for Overpayment: | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $  19,551.51 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (If applicable)

| | | | | |
|---|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | | |
| Other Carrier Payment: | $0.00 | Case Number: | | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

**TOTAL BALANCE DUE: $19,551.51**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669284 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | Patient Account Number: |
|---|---|---|

| Date(s) of Service: 08/16/2023 - 08/16/2023 | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Number: 108669284 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $16,686.00 | Original | F100001084270682 | Original | $0.00 | 09/29/2023   176159833 |
| | | | | Corrected | $0.00 | |

| Total Amount | | $16,686.00 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
|---|---|---|---|---|
| Cash Received/Netted | | $0.00 | | |
| Prior Adjustments | | $0.00 | | |
| Balance Due | $ | 16,686.00 | | |

| Procedure Codes: |
|---|

### Additional Information (if applicable)

| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
|---|---|---|---|
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $82,620.00 | Total Combined Payment: | $16,686.00 |

**TOTAL BALANCE DUE: $16,686.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669291 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 08/02/2023 - 08/02/2023 | | | | | |
| Invoice Number: 108669291 | | Audit Number: | | | |

| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
|---|---|---|---|---|---|---|
| Original Invoice Amount | $19,569.30 | Original | F100001079992099 | Original | $0.00 | 09/15/2023  176144367 |
| | | | | Corrected | $0.00 | |

| | | | |
|---|---|---|---|
| Total Amount | $19,569.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| Balance Due $ | 19,569.30 | | |

| |
|---|
| Procedure Codes: |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669330 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | | Patient Account Number: | | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/29/2023 - 08/29/2023 | | | | | | |
| Invoice Number: 108669330 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,588.96 | Original | F100001072345033 | Original | $0.00 | 08/11/2023  176105864 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,588.96 | Reason for Overpayment: | | Reversed - change in member's eligibility | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due    $ | 19,588.96 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,224.99 | Total Combined Payment: | $19,588.96 |

**TOTAL BALANCE DUE: $19,588.96**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330593003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667341 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, ▮ | | Patient ID: ▮ | | Patient Account Number: ▮ | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/11/2023 - 08/11/2023 | | | | | | |
| Invoice Number: 108667341 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,551.51 | Original | F100001082058226 | Original | $0.00 | 09/22/2023  176151956 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,551.51 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $  19,551.51 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

**TOTAL BALANCE DUE: $19,551.51**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667432 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Tayker | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/21/2023 - 08/21/2023 | | | | | | |
| Invoice Number: 108667432 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $12,792.60 | Original | F100001084270677 | Original | $0.00 | 09/29/2023  176159833 |
| | | | | Corrected | $0.00 | |
| Total Amount | $12,792.60 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 12,792.60 | | | | | |

| Procedure Codes: |
|---|
| |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $63,342.00 | Total Combined Payment: | $12,792.60 |

**TOTAL BALANCE DUE: $12,792.60**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon**
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross BlueShield**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667346 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 09/07/2023 - 09/07/2023 | | | | | |
| Invoice Number: 108667346 | | Audit Number: | | | |
| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,569.30 | Original | F100001081397472 | Original $0.00 | 09/22/2023 176151956 |
| | | | | Corrected $0.00 | |
| Total Amount | $19,569.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due | $ 19,569.30 | | | | |
| Procedure Codes: | | | | | |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.



Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213


**BlueCross.**
**BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669300 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | | Patient Account Number: | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 07/26/2023 - 07/26/2023 | | | | | | | |
| Invoice Number: 108669300 | | Audit Number: | | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number | |
| Original Invoice Amount | $19,569.30 | Original | F100001078371159 | Original | $0.00 | 09/08/2023  176136600 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $19,569.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $   19,569.30 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (If applicable)

| | | | | |
|---|---|---|---|---|
| Other Carrier Name: | MEDICARE | Accident Date: | | |
| Other Carrier Payment: | $0.00 | Case Number: | | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.



**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669301 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | Patient Account Number: | | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 07/19/2023 - 07/19/2023 | | | | | | | |
| Invoice Number:    108669301 | | Audit Number: | | | | | |
| | | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| ! Original Invoice Amount | $19,745.10 | Original | F100001076657855| | Original    $0.00 | 09/08/2023  176136600 | |
| | | | | | Corrected   $0.00 | | |
| Total Amount | $19,745.10 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due            $ | 19,745.10 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,767.00 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts
Dept. 1213**
PO Box 121213
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669314 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Teykan, | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|
| Date(s) of Service: 07/03/2023 - 07/03/2023 | | | | |

| Invoice Number: 108669314 | | Audit Number: | | | |
|---|---|---|---|---|---|
| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,582.01 | Original | F100001074263843 | Original $0.00 | 08/25/2023  176121432 |
| | | | | Corrected $0.00 | |
| Total Amount | $19,582.01 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due | $  19,582.01 | | | | |

Procedure Codes:

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,813.34 | Total Combined Payment: | $19,582.01 |

**TOTAL BALANCE DUE: $19,582.01**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213

**BlueCross.**
**BlueShield.**
Federal Employee Program.



**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669298 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/02/2023 - 08/02/2023 | | | | | | |
| Invoice Number: 108669298 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $8,343.00 | Original | F100001079992098 | Original $0.00 | | 09/15/2023  176144387 |
| | | | | Corrected $0.00 | | |
| Total Amount | $8,343.00 | Reason for Overpayment: | | Adjustment due to Medicare adjustment | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 8,343.00 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
|---|---|---|---|
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $41,310.00 | Total Combined Payment: | $8,343.00 |

**TOTAL BALANCE DUE: $8,343.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.



Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213

**BlueCross.
BlueShield.**
Federal Employee Program.

**CLAIM FOR OVERPAYMENT**

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108678458 |
| Invoice Date: | 05/31/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 05/19/2023 - 05/19/2023 | | | | | | |
| Invoice Number: 108678458 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $10,845.90 | Original | F100001076263048 | Original | $0.00 | 09/01/2023  176129441 |
| | | | | Corrected | $0.00 | |
| Total Amount | $10,845.90 | Reason for Overpayment: | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $  10,845.90 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $53,361.83 | Total Combined Payment: | $10,845.90 |

**TOTAL BALANCE DUE: $10,845.90**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676380 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | Patient Account Number: | | |
|---|---|---|---|---|
| Date(s) of Service: 07/28/2023 - 07/28/2023 | | | | |
| Invoice Number: 108676380 | Audit Number: | | | |
| | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,745.10 | Original F100001078783342 | Original $0.00 | 09/08/2023  176136600 |
| | | | Corrected $0.00 | |
| Total Amount | $19,745.10 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | |
| Cash Received/Netted | $0.00 | | | |
| Prior Adjustments | $0.00 | | | |
| Balance Due | $     19,745.10 | | | |
| Procedure Codes: | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,767.00 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.



**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

### CLAIM FOR OVERPAYMENT

Customer ID:         19QWI
Invoice Number:      108676385
Invoice Date:        05/30/2024
NPI Number:          1235337411

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Teyken, | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/28/2023 - 07/28/2023 | | | | | | |
| Invoice Number: 108676385 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $10,845.90 | Original | F100001078371134 | Original $0.00 | | 09/06/2023  176136600 |
| | | | | Corrected $0.00 | | |
| Total Amount | $10,845.90 | Reason for Overpayment: | | Reversed - change in member's eligibility | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due   $ | 10,845.90 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
|---|---|---|---|
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $53,703.00 | Total Combined Payment: | $10,845.90 |

**TOTAL BALANCE DUE: $10,845.90**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676255 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykum | Patient ID: | | Patient Account Number: | | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 09/20/2023 - 09/26/2023 | | | | | | |
| Invoice Number: 108676255 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,745.10 | Original | F100001070708849 | Original | $0.00 | 08/11/2023  176105864 |
| | | | | Corrected | $99,400.00 | |
| Total Amount | $19,745.10 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due    $ | 19,745.10 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,145.89 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676250 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |



Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim.

| Patient: Taykan | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 06/28/2023 - 06/28/2023 | | | | | | |
| Invoice Number: 108676250 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,550.30 | Original | F100001070708844 | Original | $0.00 | 08/11/2023  176105864 |
| | | | | Corrected | $98,900.00 | |
| Total Amount | $19,550.30 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 19,550.30 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,103.47 | Total Combined Payment: | $19,550.30 |

**TOTAL BALANCE DUE: $19,550.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
**Dept. 1213**
PO Box 121213
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

### CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676212 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|
| Date(s) of Service: 08/29/2023 - 08/29/2023 | | | | |
| Invoice Number: 108676212 | | Audit Number: | | |
| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $8,899.20 | Original | F100001076263046 | Original | $0.00 | 09/01/2023 176129441 |
| | | | | Corrected | $0.00 | |
| Total Amount | $8,899.20 | Reason for Overpayment: | Submission of late charges | |
| Cash Received/Netted | $0.00 | | | |
| Prior Adjustments | $0.00 | | | |
| Balance Due | $  8,899.20 | | | |
| Procedure Codes: | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $43,784.06 | Total Combined Payment: | $8,899.20 |

**TOTAL BALANCE DUE: $8,899.20**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684486 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 07/03/2023 - 07/03/2023 | | | | | |
| Invoice Number: 108684486 | | Audit Number: | | | |

| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
|---|---|---|---|---|---|
| Original Invoice Amount | $13,905.00 | Original | F100001073907280 | Original $0.00 Corrected $0.00 | 10/08/2023  176167737 |

| | | |
|---|---|---|
| Total Amount | $13,905.00 | Reason for Overpayment:   BCBSF paid the Medicare claim as Primary |
| Cash Received/Netted | $0.00 | |
| Prior Adjustments | $0.00 | |
| Balance Due $ | 13,905.00 | |

Procedure Codes:

## Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $68,850.00 | Total Combined Payment: | $13,905.00 |

**TOTAL BALANCE DUE: $13,905.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



### BlueCross
### BlueShield

Federal Employee Program.

## CLAIM FOR OVERPAYMENT

DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684358 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim:

| Patient: Taykan | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|
| Date(s) of Service: 08/25/2023 - 08/25/2023 | | | | |
| Invoice Number: 108684358 | | Audit Number: | | |
| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,551.51 | Original | F100001085281014 | Original $0.00 | 09/29/2023 176159833 |
| | | | | Corrected $0.00 | |
| Total Amount | $19,551.51 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due | $ 19,551.51 | | | | |
| Procedure Codes: | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

**TOTAL BALANCE DUE: $19,551.51**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.



## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684350 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | | Patient Account Number: | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 08/30/2023 - 08/30/2023 | | | | | | | |
| Invoice Number: 108684350 | | Audit Number: | | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number | |
| Original Invoice Amount | $8,343.00 | Original | F100001088170146 | Original | $0.00 | 10/06/2023 176167737 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $8,343.00 | Reason for Overpayment: | | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $   8,343.00 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $41,310.00 | Total Combined Payment: | $8,343.00 |

## TOTAL BALANCE DUE: $8,343.00

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield

Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684126 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan. | | Patient ID: | | Patient Account Number | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/07/2023 - 03/07/2023 | | | | | | |
| Invoice Number: 108684126 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $7,786.80 | Original | F100001081397467 | Original | $0.00 | 09/22/2023  176151956 |
| | | | | Corrected | $0.00 | |
| Total Amount | $7,786.80 | Reason for Overpayment: | | Reversed - change in member's eligibility | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $   7,786.80 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $38,556.00 | Total Combined Payment: | $7,786.80 |

**TOTAL BALANCE DUE: $7,786.80**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

# EXHIBIT B

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/29/2025 04:51:52 PM.****



**BLACK LAW P.A.**
1401 E. BROWARD BLVD.
SUITE 204
FORT LAUDERDALE, FL 33301

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Kelsey K. Black
kb@blacklawpa.com
954.320.6024

June 21, 2024

Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallax, TX 75312-1213

|  | |
|---|---|
| **Re:** | **CLAIM FOR OVERPAYMENT** |
| Customer ID: | 19QWI |
| Customer NPI: | 1235337411 |
| Customer Name: | Dr. Daniel Brandwein DPM PA |

To whom it may concern:

Black Law P.A. has the privilege of representing Dr. Daniel Brandwein DPM PA ("Dr. Brandwein"). We have appealed Medicare's notice of overpayment for Dr. Brandwein and have received your recent notices of overpayment. Upon review, your claims for overpayment include conflicting reasons as to why you are claiming overpayment, and we dispute all overpayment charges lodged against Dr. Brandwein's practice. Each claim to date is specifically referenced in this letter:

**Invoice No. 108672700**

It was noted on Inv. No. 108672700 that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108672749**

Likewise, this invoice notes that BCBSF overpaid because it paid the Medicare claim as the primary. We deny/contest that this was overpaid, and that any overpayment is



necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108671149**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility."  We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108671198**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility."  We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108671219**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility.  We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108671153**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility."  We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108669268**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.



**Invoice No.  108669278**

This invoice notes that BCBSF overpaid because "reversed — change in member's eligibility. We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108669284**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108669291**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108669330**

This invoice notes that BCBSF overpaid because "reversed — change in member's eligibility."  We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108667341**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims.  Instead, we dispute the charge that there was an overpayment.

**Invoice No.  108667432**



This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No.  108667346

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No.  108669300

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No.  108669301

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No.  108669314

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No.  108669298

This invoice notes that you overpaid because "Adjustment due to Medicare Adjustment." We deny/contest that this was overpaid, and that any overpayment is necessary. And we are expressly disputing all claims paid by Medicare. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.



**Invoice No. 108678458**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676380**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676385**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility. We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676255**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676250**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676212**



This invoice notes that you overpaid because "Submission of late charges." We deny/contest that this was overpaid, and that any overpayment is necessary. We also do not know what this means and require an explanation from BCBS. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684126

It was noted on Inv. No. 108684126 that you overpaid because "Reversed-change in member's eligibility." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684350

It was noted on Inv. No. 108684350 that you overpaid because "Reversed-change in member's eligibility." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684358

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684486

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108674357

This invoice notes that you overpaid because "Submission of late charges." We deny/contest that this was overpaid, and that any overpayment is necessary. We also do



not know what this means and require an explanation from BCBS. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108674253**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

For all overpayment charges, these same charges are being appealed to Medicare as well and we respectfully request that you put these "overpayment" charges in forbearance until we receive a final determination by Medicare.

Finally, we dispute all overpayment allegations against my client and demand strict proof thereof. If we failed to specifically reference an invoice that is being charged as overpaid, we will not be limited by the specific references to invoices above and dispute all overpayments charges for this patient.

Please contact me as soon as possible to discuss these requests and provide all additional information in your files regarding the overpayment allegations.

Sincerely,

Kelsey K. Black

Kelsey K. Black

Copy: Dr. Brandwein

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

# EXHIBIT C

BLACK LAW P.A.

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/29/2025 04:51:52 PM.****



KELSEY K. BLACK, ESQ.
CODY J. SHILLING, ESQ.
PATRICK D. WIER, ESQ.

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

January 22, 2025

**VIA USPS**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213

**VIA USPS/Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
F: 855-213-5830

Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629

RE:   **PROVIDER:**   **Daniel Brandwein, DPM, PA**
      **Dates:**   **6/19/23 through 8/30/23**
      **Patient:**   ▮▮▮▮ **Taykan**
      **Customer ID:**   **19QWI**
      **Claim numbers:**   **F100001086170146; F100001076263048;**
                          **F100001075955283; F100001082058227;**
                          **F100001081397467; F100001084270677;**
                          **F100001079992098; F100001076263046;**
                          **F100001078371134**

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. We recently received a copy of your correspondence dated December 30, 2024, which indicates it is a third request for recovery on behalf of Florida Blue seeking immediate payment of $59,805.22 for nine dates of treatment for Ms. Taykan. Our office was surprised to receive this correspondence as we previously notified Florida Blue of a dispute for these alleged overpayments. We did not receive a response to our dispute letter and reiterate our concerns regarding these payments.

The initial correspondence from Florida Blue, through Mellon, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was an overpayment and specifically alleging that the payments were proper no

Mailing Address:
1401 E. Broward Blvd., Ste 204
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are consistent and disputed.

This patients' record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility" are not substantiated by the denial and are likely subject to review upon conclusion of this matter with OMHA. Hearing was held on this matter before OMHA on January 15, 2025, and decision is expected within 45 days of that hearing. Further, given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.

Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies. Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations.

Sincerely,

*Patrick Wier*

Patrick D. Wier, Esq.

Encl:  1. Correspondence dated June 21, 2024, to Mellon
        2. First Coast Service Options, Inc., confirmed reconsideration review dated 9/13/2024
        3. OMHA Notice of Hearing

Case Number: CACE-25-016613 Division: 18
Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

# EXHIBIT D

BLACK LAW P.A.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/29/2025 04:51:52 PM.****



**KELSEY K. BLACK, ESQ.**
**CODY J. SHILLING, ESQ.**
**PATRICK D. WIER, ESQ.**

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

February 14, 2025

**VIA USPS**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213
Fax: 888-868-2087

**VIA USPS/Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
Fax: 855-213-5830

Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629
Fax: (305) 437-7490

RE:   **PROVIDER:**       **Daniel Brandwein, DPM, PA**
         **EIN:**             **01-0654147**
         **Dates:**           **6/19/23 through 8/30/23**
         **Patient:**          **Taykan**
         **Customer ID:**      **19QWI**

| PRS Recoupment Claim No | PRS Account No. |
|---|---|
| F100001069173428 | 50803 |
| F100001069173416 | 50805 |
| F100001070708844 | 50875 |
| F100001070708849 | 50876 |
| F100001072345033 | 50956 |
| F100001073907280 | 50961 |
| F100001076263046 | 50962/10659775 |
| F100001074263843 | 50966 |
| C0001R1833702933 | 50968 |
| F100001075955283 | 50992/10659859 |

Mailing Address:
1401 E. Broward Blvd., Ste 204
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



| F100001075306329 | 50994 |
|---|---|
| F100001076263048 | 51108/10659816 |
| F100001076657858 | 51120 |
| F100001076657855 | 51121 |
| F100001078371159 | 51193 |
| F100001078783342 | 51194 |
| F100001078783340 | 51195 |
| F100001078371134 | 51196/10659776 |
| F100001079992099 | 51227 |
| F100001079992098 | 51230 |
| F100001081397472 | 51272 |
| F100001081636376 | 51273 |
| F100001081636374 | 51274 |
| F100001081397467 | 51275/10660003 |
| F100001082058226 | 51306 |
| F100001082058227 | 51309/10659947 |
| F100001084573602 | 51416 |
| F100001084270682 | 51417 |
| F100001084573596 | 51422 |
| F100001084270677 | 51424/10659480 |
| F100001085281014 | 51427 |
| F100001086518952 | 51487 |
| F100001086170147 | 51488 |
| F100001086170146 | 51489/10659550/10660016 |

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. Although our office has previously provided notification of our representation, we attempted to speak with an agent on February 11, 2025, who refused to discuss this matter on the erroneous belief that we are not an authorized representative of the practice. Although the practice attempted to authorize us on that call, the agent refused to authenticate the practice. Accordingly, this is our repeat notice of representation and includes a formal signed document by the practice authorizing our actions on its behalf.

We are in receipt of several correspondences attempting to collect on debts allegedly owed to PRS or BCBSF including most recently having received a copy of your correspondence dated January 27, 2025, which indicates it is a second request for recovery on behalf of Florida Blue seeking immediate payment of $10,212.63 for treatment for Ms. Taykan on 8/21/2023 and six initial requests (in addition to at least nine other requests previously disputed by our office) for total payment of $52,729.81 for service dates 7/3/2023, 7/6/2023, 7/26/2023, 8/11/2023, 8/21/2023, and 8/7/2023. Our office is surprised to receive these correspondences as we



previously notified Florida Blue of a dispute for any of these alleged overpayments and some of these appear to be duplicates. We have not received a response to our dispute letters and reiterate our concerns regarding these payments. Additionally, for these new initial requests, it does not appear we were provided any dispute from BCBS or notification of alleged overpayment.

The correspondence received to date regarding these new claims and the original claims from Florida Blue, Mellon, and PRS, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was no overpayment and specifically alleging that the payments were proper no attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are inconsistent and disputed. In fact, the statement of account from 9/20/2024 correctly acknowledges that the provider has disputed these overpayment requests, but incorrectly only assigns the dispute code to one charge claim C0001R1833702933, however on the 11/15/2024 statement of account that same claim charge no longer reflects that the overpayment request is disputed. All of the charges, alleged overpayments, and overpayment refund requests on the above list and the attached documents are disputed.

This patient's record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility," "prior processing information was incorrect," "original claim detail info incorrect," and "BCBSF paid the Medicare claim as primary" are not substantiated by the denials or the invoices, including the payment records of Medicare. Further, the treatment and reimbursement of Ms. Taykan is subject to review upon conclusion of this matter with OMHA. Hearing was held on this matter before OMHA on January 15, 2025, and decision is expected within 45 days of that hearing. Further, given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.

Additionally, the payment requests are inconsistent regarding the treatment and service dates. For instance, claim F100001084270677 has been disputed multiple times and we have received four different notices: (1) initial notice of 10/29/2024, (2) second notice on 11/29/2024, (3) third notice on 12/30/2024, (4) initial notice on 1/27/2025 and the amounts have included alleged balances of $12,792.60, $11,083.56, $10,212.63, and $9,856.08. It is obvious that the claims are not valid and the discrepancies prevent any collection or recoupment of funds. We ask that a proper accounting and audit be done to identify any potential claims for reimbursement and alleged amount so these can be further investigated and compared to the billing records.



Given that no response has been received regarding these alleged overpayments, our office requests an applicable review and appeal of the denials by Florida Blue. Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies.

Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations. We request an updated statement of account, an accounting of all charges, and any notifications of alleged overpayment from any agency.

Sincerely,

Patrick D. Wier, Esq.

Encl:  1. Notice of Representation
2. 5.29.24-7.1.24 Correspondence from Melon
3. 5.8.2024 Medicare Charge Sheet re: Taykan
4. 6.9.24 Medicare Charge Sheet re: Taykan
5. 6.21.24 Correspondence to Mellon from BLPA
6. 9.13.24 First Coast Service Options, Inc., confirmed reconsideration review
7. 9.30.2024 BCBS Account Statement
8. 10.29.2024 PRS 1st Request
9. 11.15.2024 BCBS Account Statement
10. 11.29.2024 PRS 2nd Request
11. 12.30.2024 PRS 3rd Request
12. 12.20.24 OMHA Notice of Hearing
13. 1.22.25 Correspondence to Mellon, Payment Resolution Services, and Florida Blue Appeals and Grievances
14. Certified mailing receipts

Filing # 234814969 E-Filed 10/30/2025 02:16:15 PM

# EXHIBIT E

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/30/2025 02:16:12 PM.****



**KELSEY K. BLACK, ESQ.**
**CODY J. SHILLING, ESQ.**
**PATRICK D. WIER, ESQ.**
**SAMANTHA R. IGLESIAS, ESQ.**

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

March 25, 2025

**VIA Fax**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213
Fax: 888-868-2087

**VIA Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
Fax: 855-213-5830

**VIA Fax**
Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629
Fax: (305) 437-7490

**VIA USPS**
Payment Resolution Services
Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836

RE: **PROVIDER:**    **Daniel Brandwein, DPM, PA**
     **Provide No.:**    **AF098-1235337411**
     **EIN:**    **01-0654147**
     **Dates:**    **6/19/23 through 8/30/23**
     **Patient:**    ▮▮▮▮ **Taykan**
     **Customer ID:**    **19QWI**

| PRS Recoupment Claim No | PRS Account No. |
|---|---|
| F100001069173428 | 50803 |
| F100001069173416 | 50805 |
| F100001070708844 | 50875 |
| F100001070708849 | 50876 |
| F100001072345033 | 50956 |
| F100001073907280 | 50961 |
| F100001076263046 | 50962/10659775 |
| F100001074263843 | 50966 |

Mailing Address:
1401 E. Broward Blvd., Ste 204
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



| | |
|---|---|
| C0001R1833702933 | 50968 |
| F100001075955283 | 50992/10659859 |
| F100001075306329 | 50994 |
| F100001076263048 | 51108/10659816 |
| F100001076657858 | 51120 |
| F100001076657855 | 51121 |
| F100001078371159 | 51193 |
| F100001078783342 | 51194 |
| F100001078783340 | 51195 |
| F100001078371134 | 51196/10659776 |
| F100001079992099 | 51227 |
| F100001079992098 | 51230 |
| F100001081397472 | 51272 |
| F100001081636376 | 51273 |
| F100001081636374 | 51274 |
| F100001081397467 | 51275/10660003 |
| F100001082058226 | 51306 |
| F100001082058227 | 51309/10659947 |
| F100001084573602 | 51416 |
| F100001084270682 | 51417 |
| F100001084573596 | 51422 |
| F100001084270677 | 51424/10659480 |
| F100001085281014 | 51427 |
| F100001086518952 | 51487 |
| F100001086170147 | 51488 |
| F100001086170146 | 51489/10659550/10660016 |
| F100001084270677 | 51424/11247976 |

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. Although our office has previously provided notification of our representation, we attempted to speak with an agent on February 11, 2025, who refused to discuss this matter on the erroneous belief that we are not an authorized representative of the practice. Although the practice attempted to authorize us on that call, the agent refused to authenticate the practice. Accordingly, this is our repeat notice of representation and includes a formal signed document by the practice authorizing our actions on its behalf. We have responded to several requests for payment and despite our attempts to engage with your representatives we have not received any substantive communications and our client continues to receive notifications of overdue payment.



We are in receipt of several correspondences attempting to collect on debts allegedly owed to PRS or BCBSF including correspondence dated January 27, 2025, which indicates it is a second request for recovery on behalf of Florida Blue seeking immediate payment of $10,212.63 for treatment for Ms. Taykan on 8/21/2023 and six initial requests (in addition to at least nine other requests previously disputed by our office) for total payment of $52,729.81 for service dates 7/3/2023, 7/6/2023, 7/26/2023, 8/11/2023, 8/21/2023, and 8/7/2023. We have most recently been provided recovery requests dated 3/3/2025 for the above outlined claims. Notably, several of the requests indicate they are second requests for recovery, despite our office not having ever been provided first requests for recovery, specifically the claim nos. highlighted in yellow above. Our office is surprised to receive these correspondences as we previously notified Florida Blue of the dispute for all of these alleged overpayments. We have not received a response to our dispute letters and reiterate our concerns regarding these payments. Additionally, for these new initial requests, it does not appear we were provided any dispute from BCBS or notification of alleged overpayment.

The correspondence received to date regarding these new claims and the original claims from Florida Blue, Mellon, and PRS, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was no overpayment and specifically alleging that the payments were proper no attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are inconsistent and disputed. In fact, the statement of account from 9/20/2024 correctly acknowledges that the provider has disputed these overpayment requests, but incorrectly only assigns the dispute code to one charge claim C0001R1833702933, however on the 11/15/2024 statement of account that same claim charge no longer reflects that the overpayment request is disputed. All of the charges, alleged overpayments, and overpayment refund requests on the above list and the attached documents are disputed.

This patient's record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility," "prior processing information was incorrect," "original claim detail info incorrect," and "BCBSF paid the Medicare claim as primary" are not substantiated by the denials or the invoices, including the payment records of Medicare. If BCBSF was the primary payor, these claims would not be subject to CMS appeal. Further, any treatment and potential reimbursement related to Ms. Taykan is subject to review upon conclusion of this matter with OMHA.

Given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.



Additionally, the payment requests are inconsistent regarding the treatment and service dates. For instance, claim F100001084270677 has been disputed multiple times and we have received four different notices: (1) initial notice of 10/29/2024, (2) second notice on 11/29/2024, (3) third notice on 12/30/2024, (4) initial notice on 1/27/2025 and the amounts have included alleged balances of $12,792.60, $11,083.56, $10,212.63, and $9,856.08. It is obvious that the claims are not valid and the discrepancies prevent any collection or recoupment of funds. We ask that a proper accounting and audit be done to identify any potential claims for reimbursement and alleged amount so these can be further investigated and compared to the billing records.

Given that no response has been received regarding these alleged overpayments, our office requests an applicable review and appeal of the denials by Florida Blue. Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies.

Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations. We request an updated statement of account, an accounting of all charges, and any notifications of alleged overpayment from any agency.

Sincerely,

Patrick D. Wier, Esq.

Encl:   1. Notice of Representation
2. 5.29.24-7.1.24 Correspondence from Melon
3. 5.8.2024 Medicare Charge Sheet re: Taykan
4. 6.9.24 Medicare Charge Sheet re: Taykan
5. 6.21.24 Correspondence to Mellon from BLPA
6. 9.13.24 First Coast Service Options, Inc., confirmed reconsideration review
7. 9.30.2024 BCBS Account Statement
8. 10.29.2024 PRS 1st Request
9. 11.15.2024 BCBS Account Statement
10. 11.29.2024 PRS 2nd Request
11. 12.30.2024 PRS 3rd Request
12. 12.20.24 OMHA Notice of Hearing
13. 1.22.25 Correspondence to Mellon, Payment Resolution Services, and Florida Blue Appeals and Grievances
14. Certified mailing receipts
15. 2.14.25 Correspondence to PRS from BLPA



16.  3.3.2025 PRS Initial and 2nd Requests

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross BlueShield**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

Customer ID:           19QWI
Invoice Number:        108669268
Invoice Date:          05/23/2024
NPI Number:            1235337411

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/30/2023 - 08/30/2023 | | | | | | |
| Invoice Number: 108669268 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $16,686.00 | Original | F100001086170147 | Original | $0.00 | 10/13/2023  176175832 |
| | | | | Corrected | $0.00 | |
| Total Amount | $16,686.00 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due $ | 16,686.00 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $82,620.00 | Total Combined Payment: | $16,686.00 |

**TOTAL BALANCE DUE: $16,686.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669278 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | Patient ID: | Patient Account Number: | | | |
|---|---|---|---|---|---|
| **Date(s) of Service:** 09/21/2023 - 09/21/2023 | | | | | |
| Invoice Number: 108669278 | Audit Number: | | | | |
| | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,551.51 | Original F100001084573598 | Original $0.00 | | 09/29/2023 176159833 |
| | | | Corrected $0.00 | | |
| **Total Amount** | **$19,551.51** | Reason for Overpayment: | Reversed - change in member's eligibility | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| **Balance Due** | **$ 19,551.51** | | | | |
| Procedure Codes: | | | | | |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

**TOTAL BALANCE DUE: $19,551.51**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

### CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669284 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | Patient ID: | Patient Account Number: |
|---|---|---|
| Date(s) of Service: 08/16/2023 - 08/16/2023 | | |

| Invoice Number: 108669284 | | Audit Number: | | | | |
|---|---|---|---|---|---|---|
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $16,686.00 | Original | F100001084270682 | Original | $0.00 | 09/29/2023  176159633 |
| | | | | Corrected | $0.00 | |

| Total Amount | $16,686.00 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
|---|---|---|---|
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| **Balance Due** $ | **16,686.00** | | |

| Procedure Codes: |
|---|

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $82,620.00 | Total Combined Payment: | $16,686.00 |

**TOTAL BALANCE DUE: $16,686.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**

Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669291 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 08/02/2023 - 08/02/2023 | | | | | |
| Invoice Number:  108669291 | | Audit Number: | | | |
| Original Invoice Amount | $19,569.30 | Original | Claim Number F100001079992099 | Patient Responsibility | FB Check Date/Number |
| | | | | Original       $0.00 | 09/15/2023  176144367 |
| | | | | Corrected    $0.00 | |
| Total Amount | $19,569.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due | $   19,569.30 | | | | |
| Procedure Codes: | | | | | |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon**
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.



**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
Pompano Beach FL 330693003

## CLAIM FOR OVERPAYMENT

Customer ID:          19QWI
Invoice Number:       108669330
Invoice Date:         05/23/2024
NPI Number:           1235337411

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|
| Date(s) of Service: 08/29/2023 - 08/29/2023 | | | | |
| Invoice Number:   108669330 | Audit Number: | | | |
| | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,588.96 | Original    F100001072345033 | Original    $0.00 | 08/11/2023  176105864 |
| | | | Corrected  $0.00 | |
| Total Amount | $19,588.96 | Reason for Overpayment: | Reversed - change in member's eligibility | |
| Cash Received/Netted | $0.00 | | | |
| Prior Adjustments | $0.00 | | | |
| Balance Due | $   19,588.96 | | | |
| Procedure Codes: | | | | |

Additional Information (If applicable)

Other Carrier Name:    FIRST COAST SERVICE OPTIONS     Accident Date:
Other Carrier Payment:    $0.00                        Case Number:
FB Allowance:             $96,224.99                   Total Combined Payment:          $19,588.96

**TOTAL BALANCE DUE: $19,588.96**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
159 S POMPANO PARKWAY
Pompano Beach FL 330693003

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667341 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 08/11/2023 - 08/11/2023 | | | | | |
| Invoice Number: 108667341 | | Audit Number: | | | |
| Original Invoice Amount | $19,551.51 | Claim Number | Patient Responsibility | | FB Check Date/Number |

Original Invoice Amount: $19,551.51
Original Claim Number: F100001082058226
Patient Responsibility: Original $0.00 / Corrected $0.00
FB Check Date/Number: 08/22/2023  176151958

| Total Amount | $19,551.51 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
|---|---|---|---|
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| Balance Due | $ 19,551.51 | | |

Procedure Codes:

## Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

### TOTAL BALANCE DUE: $19,551.51

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
**Overpayment Recovery Receipts**
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**

Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667432 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Teykan | Patient ID: | Patient Account Number: |
|---|---|---|
| Date(s) of Service: 08/21/2023 - 08/21/2023 | | |
| Invoice Number:   108667432 | Audit Number: | |

| | | Claim Number | Patient Responsibility | | FB Check Date/Number |
|---|---|---|---|---|---|
| Original Invoice Amount | $12,792.60 | Original    F100001084270677 | Original | $0.00 | 09/29/2023  176159833 |
| | | | Corrected | $0.00 | |

| | | | |
|---|---|---|---|
| Total Amount | $12,792.60 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| Balance Due | $   12,792.60 | | |

Procedure Codes:

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $63,342.00 | Total Combined Payment: | $12,792.60 |

**TOTAL BALANCE DUE: $12,792.60**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213


BlueCross.
BlueShield.
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108667346 |
| Invoice Date: | 05/22/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 08/07/2023 - 08/07/2023 | | | | | | | |
| Invoice Number: 108667346 | | Audit Number: | | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number | |
| Original Invoice Amount | $19,569.30 | Original | F100001081397472 | Original | $0.00 | 09/22/2023  176151956 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $19,569.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $    19,569.30 | | | | | | |
| Procedure Codes: | | | | | | | |

## Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330593003**

| Customer ID: | 19QWI |
| Invoice Number: | 108669300 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/26/2023 - 07/26/2023 | | | | | | |
| Invoice Number: 108669300 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,569.30 | Original | F100001078371159 | Original | $0.00 | 09/08/2023  176136600 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,589.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 19,569.30 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| Other Carrier Name: | MEDICARE | | Accident Date: | |
| Other Carrier Payment: | $0.00 | | Case Number: | |
| FB Allowance: | $96,703.20 | | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669301 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Teykan | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/19/2023 - 07/19/2023 | | | | | | |
| Invoice Number: 108669301 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,745.10 | Original | F100001076657855 | Original $0.00 | | 09/08/2023  176139800 |
| | | | | Corrected $0.00 | | |
| Total Amount | $19,745.10 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due  $ | 19,745.10 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,767.00 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**

Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669314 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan, | | Patient ID: | | | Patient Account Number: | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/03/2023 - 07/03/2023 | | | | | | |
| Invoice Number: 108669314 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,582.01 | Original | F100001074263843 | Original | $0.00 | 06/25/2023  176121432 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,582.01 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $    19,582.01 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,813.34 | Total Combined Payment: | $19,582.01 |

**TOTAL BALANCE DUE: $19,582.01**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.



Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**

Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108669298 |
| Invoice Date: | 05/23/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 08/02/2023 - 08/02/2023 | | Audit Number: | | | |
| Invoice Number:   108669298 | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $8,343.00 | Original  F100001079992098 | Original   $0.00 | 09/15/2023  176144387 | |
| | | | Corrected   $0.00 | | |
| Total Amount | $8,343.00 | Reason for Overpayment: | Adjustment due to Medicare adjustment | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due $ | 8,343.00 | | | | |
| Procedure Codes: | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $41,310.00 | Total Combined Payment: | $8,343.00 |

**TOTAL BALANCE DUE: $8,343.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108674357 |
| Invoice Date: | 05/29/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/07/2023 - 08/07/2023 | | | | | | |
| Invoice Number: 108674357 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $18,910.80 | Original | F100001081636376 | Original | $0.00 | 09/22/2023  176151956 |
| | | | | Corrected | $0.00 | |
| Total Amount | $18,910.80 | Reason for Overpayment: | Submission of late charges | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $    18,910.80 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $93,636.00 | Total Combined Payment: | $18,910.80 |

**TOTAL BALANCE DUE: $18,910.80**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

BPM1515 - 000085 - 001 OF 002

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

**CLAIM FOR OVERPAYMENT**

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| Customer ID: | 19QWI |
| Invoice Number: | 108674253 |
| Invoice Date: | 05/29/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/19/2023 - 07/19/2023 | | | | | | |
| Invoice Number: 108674253 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,569.30 | Original | F100001076657858 | Original | $0.00 | 09/01/2023   176129441 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,569.30 | Reason for Overpayment: | | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $   19,569.30 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,703.20 | Total Combined Payment: | $19,569.30 |

**TOTAL BALANCE DUE: $19,569.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213


**BlueCross.
BlueShield.**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108678458 |
| Invoice Date: | 05/31/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | | Patient Account Number: | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 06/19/2023 - 08/18/2023 | | | | | | | |
| Invoice Number: | 108678458 | | Audit Number: | | | | |
| | | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $10,845.90 | Original | F100001076263048 | | Original | $0.00 | 09/01/2023 176129441 |
| | | | | | Corrected | $0.00 | |
| Total Amount | $10,845.90 | Reason for Overpayment: | | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $   10,845.90 | | | | | | |
| Procedure Codes: | | | | | | | |

## Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $53,361.83 | Total Combined Payment: | $10,845.90 |

**TOTAL BALANCE DUE: $10,845.90**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon**
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield**

Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676380 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | | Patient Account Number | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 07/23/2023 - 07/26/2023 | | | | | | | |
| Invoice Number: 108676380 | | Audit Number: | | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number | |
| Original Invoice Amount | $19,745.10 | Original | F100001078783342 | Original | $0.00 | 09/08/2023 176136600 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $19,745.10 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $   19,745.10 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,767.00 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676385 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Tayker | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 07/29/2023 - 07/29/2023 | | | | | | |
| Invoice Number: 108676385 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $10,845.90 | Original | F100001078371134 | Original | $0.00 | 09/08/2023  176136600 |
| | | | | Corrected | $0.00 | |
| Total Amount | $10,845.90 | Reason for Overpayment: | | Reversed - change in member's eligibility | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $  10,845.90 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $53,703.00 | Total Combined Payment: | $10,845.90 |

**TOTAL BALANCE DUE: $10,845.90**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676255 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Tayka[ ] | | Patient ID[ ] | | | Patient Account Number: [ ] | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 06/28/2023 - 06/28/2023 | | | | | | |
| Invoice Number: 108676255 | | Audit Number: | | | | |
| | | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,745.10 | Original | F100001070708849 | Original | $0.00 | 08/11/2023  176105864 |
| | | | | Corrected | $99,400.00 | |

| | | | |
|---|---|---|---|
| Total Amount | $19,745.10 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary |
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| **Balance Due** | **$ 19,745.10** | | |

Procedure Codes:

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $97,145.89 | Total Combined Payment: | $19,745.10 |

**TOTAL BALANCE DUE: $19,745.10**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676250 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | Patient Account Number: | |
|---|---|---|---|---|---|
| Date(s) of Service: 06/28/2023 - 06/28/2023 | | | | | |
| Invoice Number: 108676250 | | Audit Number: | | | |
| | | | Claim Number | Patient Responsibility | FB Check Date/Number |
| Original Invoice Amount | $19,550.30 | Original | F100001070708844 | Original $0.00 | 08/11/2023 176105864 |
| | | | | Corrected $98,900.00 | |
| Total Amount | $19,550.30 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | |
| Cash Received/Netted | $0.00 | | | | |
| Prior Adjustments | $0.00 | | | | |
| Balance Due $ | 19,550.30 | | | | |
| Procedure Codes: | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,103.47 | Total Combined Payment: | $19,550.30 |

**TOTAL BALANCE DUE: $19,550.30**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield**
Federal Employee Program.

**CLAIM FOR OVERPAYMENT**

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108676212 |
| Invoice Date: | 05/30/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | Patient ID: | | Patient Account Number | | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/29/2023 - 08/29/2023 | | | | | | |
| Invoice Number: 108676212 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $8,899.20 | Original | F100001076263046 | Original | $0.00 | 09/01/2023 176129441 |
| | | | | Corrected | $0.00 | |

| | | | |
|---|---|---|---|
| Total Amount | $8,899.20 | Reason for Overpayment: | Submission of late charges |
| Cash Received/Netted | $0.00 | | |
| Prior Adjustments | $0.00 | | |
| Balance Due | $ 8,899.20 | | |

Procedure Codes:

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $43,784.06 | Total Combined Payment: | $8,899.20 |

**TOTAL BALANCE DUE: $8,899.20**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield.**

Federal Employee Program.

**DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684486 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | | Patient Account Number: | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 07/03/2023 - 07/03/2023 | | | | | | | |
| Invoice Number: 108684486 | | Audit Number: | | | | | |
| Original Invoice Amount | $13,905.00 | Original | Claim Number F100001073907280 | Patient Responsibility | | FB Check Date/Number | |
| | | | | Original | $0.00 | 10/06/2023 176167737 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $13,905.00 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due | $  13,905.00 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $68,850.00 | Total Combined Payment: | $13,905.00 |

## TOTAL BALANCE DUE: $13,905.00

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield.**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684358 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar ▓ | | Patient ID: ▓ | | | Patient Account Number: ▓ | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 09/29/2023 - 09/29/2023 | | | | | | | |
| Invoice Number:   108684358 | | Audit Number: ▓ | | | | | |
| | | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $19,551.51 | Original | F100001085281014 | Original | $0.00 | 09/29/2023  176159833 |
| | | | | Corrected | $0.00 | |
| Total Amount | $19,551.51 | Reason for Overpayment: | BCBSF paid the Medicare claim as Primary | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $   19,551.51 | | | | | |

Procedure Codes:

Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $96,653.71 | Total Combined Payment: | $19,551.51 |

**TOTAL BALANCE DUE: $19,551.51**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your oooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



BlueCross.
BlueShield.
Federal Employee Program.



## CLAIM FOR OVERPAYMENT

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684350 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykar | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/30/2023 - 08/30/2023 | | | | | | |
| Invoice Number: 108684350 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $8,343.00 | Original | F100001086170146 | Original | $0.00 | 10/06/2023  176167737 |
| | | | | Corrected | $0.00 | |
| Total Amount | $8,343.00 | Reason for Overpayment: | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 8,343.00 | | | | | |
| Procedure Codes: | | | | | | |

### Additional Information (If applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $41,310.00 | Total Combined Payment: | $8,343.00 |

**TOTAL BALANCE DUE: $8,343.00**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon**
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.
BlueShield**
Federal Employee Program.

## CLAIM FOR OVERPAYMENT

DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach FL 330693003

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108684126 |
| Invoice Date: | 06/05/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykur | | Patient ID: | | Patient Account Number: | | |
|---|---|---|---|---|---|---|
| Date(s) of Service: 08/07/2023 – 08/07/2023 | | | | | | |
| Invoice Number: 108684126 | | Audit Number: | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number |
| Original Invoice Amount | $7,786.80 | Original | F100001081397467 | Original | $0.00 | 09/22/2023  176151956 |
| | | | | Corrected | $0.00 | |
| Total Amount | $7,786.80 | Reason for Overpayment: | Reversed - change in member's eligibility | | | |
| Cash Received/Netted | $0.00 | | | | | |
| Prior Adjustments | $0.00 | | | | | |
| Balance Due | $ 7,786.80 | | | | | |
| Procedure Codes: | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $38,556.00 | Total Combined Payment: | $7,786.80 |

**TOTAL BALANCE DUE: $7,786.80**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213
800-333-2227

Thank you for your cooperation and prompt attention to this matter.

Mellon
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas TX 75312-1213



**BlueCross.**
**BlueShield**
Federal Employee Program.

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach FL 330693003**

## CLAIM FOR OVERPAYMENT

| | |
|---|---|
| Customer ID: | 19QWI |
| Invoice Number: | 108723559 |
| Invoice Date: | 07/01/2024 |
| NPI Number: | 1235337411 |

Dear Sir/Madam

This letter represents a request for a refund due to Florida Blue/Health Options Inc. (HOI) as a result of an overpayment of the following claim

| Patient: Taykan | | Patient ID: | | Patient Account Number | | | |
|---|---|---|---|---|---|---|---|
| Date(s) of Service: 07/08/2023 - 07/08/2023 | | | | | | | |
| Invoice Number: 108723559 | | Audit Number: | | | | | |
| | | | Claim Number | Patient Responsibility | | FB Check Date/Number | |
| Original Invoice Amount | $18,076.50 | Original | F100001075306329 | Original | $0.00 | 08/08/2023  176136800 | |
| | | | | Corrected | $0.00 | | |
| Total Amount | $18,076.50 | Reason for Overpayment: | | Prior processing information was incorrect | | | |
| Cash Received/Netted | $0.00 | | | | | | |
| Prior Adjustments | $0.00 | | | | | | |
| Balance Due  $ | 18,076.50 | | | | | | |
| Procedure Codes: | | | | | | | |

Additional Information (if applicable)

| | | | |
|---|---|---|---|
| Other Carrier Name: | FIRST COAST SERVICE OPTIONS | Accident Date: | |
| Other Carrier Payment: | $0.00 | Case Number: | |
| FB Allowance: | $89,505.00 | Total Combined Payment: | $18,076.50 |

**TOTAL BALANCE DUE: $18,076.50**

Unless you prefer that we offset the overpaid amount against future claim payments, please return a copy of this letter with your check made payable to Florida Blue to the address listed below within 40 days. In the event that you already refunded the overpayment or deny/contest the overpayment claim, please advise us in writing within 40 days and include a copy of this communication. If no written response is received within the 40-day time limit, we may proceed with recovery by offsetting the overpaid amount against future claims payment or we may place the recovery with a Third Party Collections Vendor.

Please note that FEP Claims are not subject to the 30-month overpayment recovery limitation of Florida Statute 641.3155(HMO), and Florida Statute 627.6131(Non-HMO).

**Mellon**
**Overpayment Recovery Receipts**
**Dept. 1213**
**PO Box 121213**
**Dallas TX 75312-1213**
**800-333-2227**

Thank you for your cooperation and prompt attention to this matter.

**835 Electronic Remittance**  Check Date: 05/09/2024

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG                    PA  170551850

Check Amount: $0.00
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL  330693003

Check/EFT #:  346298011
NPI:  1235337411

Original File Name:  EPRPTRX000745.835
Current File Name:  2024-05-08-08-54-29_835_36410131.835

TAYKAN,

Reversal of Prev. Payment
ICN: 112318447120
MA01  MA18

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 65 | Q4262 | 76 | -91000.00 | 88936.3 8 | 0.00 | 18076.5 0 | | | 07-03-23 |

Prov Paid
-70859.88

Policy:                     CO-45      -617.50
Policy:                     CO-253   -1446.12

Pat Resp: 0.00        Claim Totals:    -91000.00    -88936.38    0.00    -18076.50        -2063.62

-70859.88

** Claim Level Adjustment:      Grp/RC:                        Amount

TAYKAN,

Processed As Primary, Forwarded          ICN: 9724122900045
Crossover Carrier: BCBS OF FLORIDA - FEP

Reversal of Prev. Payment
MA18  MA01

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 0 | Q4262 | 76 | 91000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 |

Prov Paid
0

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:                     CO.50    91000.0
0

Pat Resp: 0.00        Claim Totals:    91000.00    0.00    0.00    0.00    91000.00

0.00

** Claim Level Adjustment:      Grp/RC:                        Amount

TAYKAN,

Reversal of Prev. Payment
ICN: 112318447120
MA01  MA18

Revenue Management
N/A

835 Electronic Remittance

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024        PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $0.00
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH        FL   330693003

Check/EFT #:  346298011

NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 71 | Q4262 | 76 | -99400.00 | 97145.89 | 0.00 | 19745.10 | CO-45 | -674.50 | 07-03-23 | -77400.79 |
| | | | | | | | | | | CO-253 | -1579.61 | | |

Policy:
Policy:

Pat Resp: 0.00        Claim Totals:    -99400.00   -97145.89   0.00   -19745.10        -2254.11        -77400.79

** Claim Level Adjustment:    Grp/RC:        Amount

TAYKAN,

ICN:
9724122900046

Processed As Primary, Forwarded

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 0 | Q4262 | 76 | 99400.00 | 0.00 | 0.00 | 0.00 | CO-50 | 99400.00 | 05-01-24 | 0 |
| | M25 | | | | | | | | | | 0 | | |

MA18  MA01

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:

Pat Resp: 0.00        Claim Totals:    99400.00    0.00    0.00    0.00        99400.00        0.00

** Claim Level Adjustment:    Grp/RC:        Amount

TAYKAN,

ICN:
1123184471240

Reversal of Prev. Payment

MA01  MA18

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Revenue Management
N/A

05/13/24 11:44

Pg. 2 of 12

**835 Electronic Remittance**
Check Date: 05/09/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $0.00

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL

Check/EFT #: 346298011
NPI: 1235337411

PA   170551850

330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 50 | Q4262 | 76 | -70000.00 | 68412.60 | 0.00 | 13905.00 | | | 07-03-23 | -54507.6 |
| | | | | | | | | | | CO-45 | -475.00 | | |
| | | | | | | | | | | CO-253 | -1112.40 | | |

Pat Resp: 0.00     Policy:     Policy:     Claim Totals: -70000.00   -68412.60   0.00   -13905.00   -1587.40   -54507.60

** Claim Level Adjustment:   Grp/RC:                Amount:

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900047

Crossover Carrier: BCBS OF FLORIDA - FEP

Rend Provider 1679561849   Service Date 07-03-23   M25
The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25
The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

MA18  MA01
Claim Received 05-01-24

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 70 | Q4262 | 76 | -98000.00 | 95777.64 | 0.00 | 19467.0 0 | | | 07-03-23 | -76310.64 |
| | | | | | | | | | | CO-45 | -665.00 | | |
| | | | | | | | | | | CO-253 | -1557.36 | | |

Pat Resp: 0.00     Policy:     Policy:     Claim Totals: 70000.00   0.00   0.00   0.00   70000.00   0.00

Reversal of Prev. Payment   ICN: 1123184471260   MA01  MA18   Claim Received 07-03-23

CO-50  70000.00  0

** Claim Level Adjustment:   Grp/RC:                Amount:

TAYKAN,

Revenue Management
N/A

05/13/24 11:44

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024

PA   170551850

DANIEL BRANDWEIN DPM NEW
Check Amount: $0.00
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL   330693003

Check/EFT #: 346298011
NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 07-03-23 | -261.55 |
| Policy: | | | | | | | | | | CO-45 | -166.39 | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | |
| 1679561849 | 06-29-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | | | 07-03-23 | -69.75 |
| Policy: | | | | | | | | | | CO-45 | -61.04 | |
| Policy: | | | | | | | | | | CO-253 | -1.42 | |
| 1679561849 | 06-29-23 | 11 | 1 | 15275 | 59:51 | -400.00 | -81.56 | 0.00 | -16.58 | | | 07-03-23 | -64.98 |
| Policy: | | | | | | | | | | CO-45 | -234.22 | |
| Policy: | | | | | | | | | | CO-253 | -1.33 | |
| Policy: | | | | | | | | | | CO-39 | -82.89 | |
| 1679561849 | 06-29-23 | 11 | 3 | 15276 | 59 | -225.00 | -102.70 | 0.00 | -20.87 | | | 07-03-23 | -81.83 |
| Policy: | | | | | | | | | | CO-45 | -120.63 | |
| Policy: | | | | | | | | | | CO-253 | -1.67 | |

Pat Resp: 0.00     Claim Totals:   -99275.00   -96377.71   0.00   -19588.96         -2897.29   -76788.75

**\*\* Claim Level Adjustment:**   Grp/RC:          Amount

TAYKAN, ▮

Processed As Primary, Forwarded   ICN: 9724122900048

Crossover Carrier: BCBS OF FLORIDA - FEP

| | | | | | | | | | | MA18  MA01 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Claim Received | | Prev Paid |
| | | | | | | | | | | 05-01-24 | | 0 |

Rend Provider   Service Date   PoS   Units   Proc   Modifiers   Billed   Allowed   Deduct   Coins   Grp/RC   Amount   Claim Received   Prev Paid

1679561849
06-29-23   M25

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

06-29-23   M25

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

| Policy: | | | | | | | | | | CO-50 | 98000.00 | |
| 1679561849 | 06-29-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | 0 | 05-01-24 | 0 |

M25

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or

Revenue Management

N/A

05/13/24 11:44

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

**DANIEL BRANDWEIN DPM NEW**

Check Date: 05/09/2024

Check Amount: $0.00    Check/EFT #: 346298011

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

NPI: 346298011

PA   170551850

1235337411

Policy:
1679561849

06-29-23   11   0   15274   150.00   0.00   0.00   CO-50   500.00   05-01-24

if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:
1679561849

06-29-23   11   0   15275   400.00   0.00   0.00   CO-50   150.00   05-01-24

.59.51

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:    CO-50   400.00

Revenue Management

N/A

05/13/24 11:44

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG        PA  170551850

DANIEL BRANDWEIN DPM NEW
Check Date: 05/09/2024        Check Amount: $0.00        Check/EFT #: 346298011
To:   DANIEL BRANDWEIN DPM PA        NPI:  1235337411
159 S POMPANO PKWY
POMPANO BEACH        FL  330693003

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 11 | 0 | 15276 | 59 | | 225.00 | 0.00 | 0.00 | 05-01-24 | 0 |
| | M25 | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:

| | Pat Resp: 0.00 | | | Claim Totals: | 99275.00 | 0.00 | 0.00 | 0.00 | 99275.00 | 225.00 | 225.00 | 0.00 |

** Claim Level Adjustment:        Grp/RC:        Amount

CO-50   225.00

ICN: 112324071388

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Reversal of Prev. Payment | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA01 MA18 | | |
| 1679561849 | 08-25-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.6 4 | 0.00 | 19467.0 0 | | | | 08-28-23 | -76310.64 |
| | | | | | | | | | | CO-45 | -665.00 | | | |
| Policy: | | | | | | | | | | CO-253 | -1557.36 | | | |
| Policy: | | | | | | | | | | | | | | |
| 1679561849 | 08-25-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | | 08-28-23 | -261.55 |
| | | | | | | | | | | CO-45 | -166.39 | | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | | |
| Policy: | | | | | | | | | | | | | | |
| 1679561849 | 08-25-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | | | | 08-28-23 | -69.75 |
| | | | | | | | | | | CO-45 | -61.04 | | | |
| Policy: | | | | | | | | | | CO-253 | -1.42 | | | |
| Policy: | | | | | | | | | | | | | | |

| | Pat Resp: 0.00 | | | Claim Totals: | -98650.00 | -96193.45 | 0.00 | -19551.51 | | -2456.55 | | | -76641.94 |

** Claim Level Adjustment:        Grp/RC:        Amount

Processed As Primary, Forwarded        ICN:
Crossover Carrier: BCBS OF FLORIDA - FEP        9724122900049

TAYKAN,

Revenue Management
N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $0.00
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #: 346298011

NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-25-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | MA18  MA01 | 0 |
| | | | | | | | | | | | | 05-01-24 | |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:    CO-50  98000.0
    0

| 1679561849 | 08-25-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:    CO-50  500.00

| 1679561849 | 08-25-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:    CO-50  150.00

Pat Resp: 0.00    Grp/RC:    Claim Totals:   98650.00    0.00    0.00    0.00    98650.00    0.00

**    Claim Level Adjustment:    Amount    Reversal of Prev. Payment

TAYKAN,    ICN:
    1123240713890
    Pg.7 of 12

05/13/24 11:44    Revenue Management

N/A

**835 Electronic Remittance**
From:  MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG            PA   170551850

Check Date: 05/09/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $0.00
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH            FL   330693003

Check/EFT #:  346298011

NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-25-23 | 11 | 34 | Q4262 | JZ 76 | -47600.00 | -46520.5 7 | 0.00 | 9455.40 | | | -37065.17 |

Policy:
Policy:                                                                                          CO-45   -323.00
                                                                                                 CO-253  -756.43

|  | Claim Totals: | | | | | -47600.00 | -46520.57 | 0.00 | -9455.40 | | -1079.43 | -37065.17 |

Pat Resp:  0.00

MA01  MA18
Claim Received
08-28-23

**\*\* Claim Level Adjustment:**  Grp/RC:                    Amount

TAYKAN,

Processed As Primary, Forwarded     ICN:
9724122900050
Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-25-23 | 11 | 0 | Q4262 | JZ 76 | 47600.00 | 0.00 | 0.00 | 0.00 | | | 0 |
| | M25 | | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

MA18  MA01
Claim Received
05-01-24

Policy:                                                                                          CO-50   47600.0
                                                                                                         0

|  | Claim Totals: | | | | | 47600.00 | 0.00 | 0.00 | 0.00 | | 47600.00 | 0.00 |

Pat Resp:  0.00

**\*\* Claim Level Adjustment:**  Grp/RC:                    Amount

TAYKAN,

Reversal of Prev. Payment            ICN:
182317126232 0

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MA01  MA18
Claim Received

Revenue Management
N/A

05/13/24 11:44

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $0.00
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #: 346298011
NPI: 1235337411
FL 330693003

PA 170551850

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 65 | Q4262 | 59:76 | 91000.00 | 88936.38 | 0.00 | 18076.50 | | | 06-20-23 | -70859.88 |

M25

Policy:
Policy:

CO-45 -617.50
CO-253 -1446.12

Pat Resp: 0.00    Grp/RC:     **Claim Totals:**  -91000.00  -88936.38  0.00  -18076.50  -2063.62  -70859.88

** **Claim Level Adjustment:**    Grp/RC:           Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900051
Crossover Carrier: BCBS OF FLORIDA - FEP

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal you will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

MA18  MA01
05-01-24                    0

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 70 | Q4262 | 59:76 | -98000.00 | 95777.64 | 0.00 | 19467.00 | | | 06-20-23 | -76310.64 |

M25

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal you will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

CO-50  91000.00
0

Policy:

Reversal of Prev. Payment    ICN: 182317126242o

MA01  MA18

CO-45 -665.00
CO-253 -1557.36

Pat Resp: 0.00    Grp/RC:     **Claim Totals:**  91000.00  0.00  0.00  0.00  91000.00  0.00

** **Claim Level Adjustment:**    Grp/RC:           Amount

TAYKAN,

Policy:
Policy:

Revenue Management
N/A

05/13/24 11:44

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024

PA   17055 1850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $0.00
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

FL

Check/EFT #: 346298011

NPI: 1235337411

330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 06-20-23 | -261.55 |
| | | | | | | | | | | CO-45 | -166.39 | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | |
| Policy: | | | | | | | | | | | | | |
| 1679561849 | 06-19-23 | 11 | 1 | 15275 | 51 | -400.00 | -81.56 | 0.00 | -16.58 | | | 06-20-23 | -64.98 |
| | | | | | | | | | | CO-45 | -234.22 | | |
| Policy: | | | | | | | | | | CO-253 | -1.33 | | |
| Policy: | | | | | | | | | | CO-59 | -82.89 | | |
| Policy: | | | | | | | | | | | | | |

Claim Totals:

| | | | | | | Billed | Allowed | Deduct | Coins | | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | -98800.00 | -96187.47 | 0.00 | -19550.30 | | -2712.53 | | -76637.17 |

Pat Resp: 0.00

** **Claim Level Adjustment:**   Grp/RC:                      Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900052

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 0 | Q4262 | | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

MA18   MA01

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | CO-50 | 98000.0 | 05-01-24 | 0 |
| Policy: | | | | | | | | | | | 0 | | |

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Revenue Management

N/A

05/13/24 11:44

Pg.10 of 12

**835 Electronic Remittance**

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/09/2024

PA   17055 1850

Check Amount: $0.00
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL

Check/EFT #: 346298011
NPI: 1235337411

330693003

| Policy: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 0 | 15275 .51 | 400.00 | 0.00 | 0.00 | CO-50   500.00   05-01-24 |

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amouts  We will recover the reimbursements from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amouts.  We will recover the reimbursements from you as an overpayment

Policy:   CO-50   400.00

Per Resp: 0.00   Claim Totals: 98900.00   98900.00   0.00   0.00   0.00   0.00   0.00   0.00

** Claim Level Adjustment:   Grp/RC:   Amount

**Denied Claims:**

**Report Totals**

| # of Claims | Billed | Deductible | Co Ins Amt | Service Level Adj Amount | Claim Level Adj Amount | Total Adj Amount | Allowed | Provider Paid | Provider Net Pd |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 0.00 | 0.00 | -137949.27 | 678710.45 + | 0.00 = | 678710.45 | -678710.45 | -540761.18 | 0.00 |

Provider Adjustment = Forwarding Balance - Reference # 972412290000045   50960 For -70859.88
Provider Adjustment = Forwarding Balance - Reference # 972412290000046   50958 For -77400.79
Provider Adjustment = Forwarding Balance - Reference # 972412290000047   50961 For -54507.60
Provider Adjustment = Forwarding Balance - Reference # 972412290000048   50956 For -76788.75
Provider Adjustment = Forwarding Balance - Reference # 972412290000049   51427 For -76641.94
Provider Adjustment = Forwarding Balance - Reference # 972412290000050   51429 For -37065.17
Provider Adjustment = Forwarding Balance - Reference # 972412290000051   50805 For -70859.88
Provider Adjustment = Forwarding Balance - Reference # 972412290000052   50803 For -76637.17

Provider Level Adjustments Total:   -540761.18

2   Coinsurance Amount
253   Sequestration adjustment
45   Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or CO depending upon liability).
50   These are non-covered services because this is not deemed a `medical necessity` by the payer.
59   Processed based on multiple or concurrent procedure rules. (For example multiple surgery or diagnostic imaging concurrent anesthesia.)
M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably

05/13/24 11:44   Revenue Management   N/A   Pg.11 of 12

**835 Electronic Remittance**          Check Date: 05/09/2024

From:  MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG                    PA    170551850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $0.00               Check/EFT #:  346298011

To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY                          NPI:   1235337411
POMPANO BEACH                     FL    330693003

I have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay you ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

N115   This decision was based on a local medical review policy (LMRP) or Local Coverage Determination (LCD).An LMRP/LCD provides a guide to assist in determining whether a particular item or service is covered. A copy of this policy is available at http://www.cms.hhs.gov/mcd or if you do not have web access you may contact the contractor to request a copy of the LMRP/LCD.

**Revenue Management**

N/A

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

FL   330693003

Check/EFT #:  814828763

NPI:   1235337411

---

**\*\* Claim Level Adjustment:**     Grp/RC:                     Amount

**TAYKAN, S**

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 70 | Q4262 | | -98000.00 | 95777.64 | 0.00 | 19467.00 | | | 06-27-23 | -76310.64 |
| Policy: | | | | | | | | | | CO-45 | -665.00 | | |
| Policy: | | | | | | | | | | CO-253 | -1557.36 | | |
| 1679561849 | 06-26-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 06-27-23 | -261.55 |
| Policy: | | | | | | | | | | CO-45 | -166.39 | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | |

Reversal of Prev. Payment

MA01  MA18

ICN:
0223178290930

Revenue Management

N/A

05/07/24 08:43

Pg. 54 of 101

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #:  814828763

NPI:  1235337411

PA   17051850   FL   330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 1 | 15275 | 51 | -400.00 | -81.56 | 0.00 | -16.58 | | | | 06-27-23 | | -64.98 |

Policy:                                                                    CO-45    -234.22
Policy:                                                                    CO-253     -1.33
Policy:                                                                    CO-59    -82.89

Pat Resp: 0.00                Claim Totals:   -98900.00   -96187.47   0.00   -19550.30                -2712.53              -76637.17

**   Claim Level Adjustment:           Grp/RC:               Amount**

TAYKAN,                                                          Processed As Primary, Forwarded   ICN:
                                                                                                  9724122900009
                                            Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | MA18  MA01 | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 0 | Q4262 | | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | | 0 |

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
       if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
       writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
       date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
       him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
       if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
       writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
       date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
       him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:                                                                      CO-50   98000.0
                                                                                        0

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | | 0 |

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
       if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
       writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
       date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
       him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
       if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
       writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
       date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
       him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:                                                                      CO-50    500.00

Revenue Management
N/A

05/07/24 08:43                                                                                  Pg.55 of 101

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH        FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

PA   170551850

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 11 | 0 | 15275 | 51 | | 400.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

06-26-23   M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:

CO-50   400.00

Pat Resp: 0.00        Claim Totals:   98900.00        0.00        0.00        0.00        98900.00        0.00

**  Claim Level Adjustment:        Grp/RC:                        Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Reversal of Prev. Payment |
| | | | | | | | | | | ICN: | |
| | | | | | | | | | | 0223178290940 | |
| | | | | | | | | | | MA01  MA18 | |
| 1679561849 | 06-26-23 | 11 | 71 | Q4262 | 76 | -99400.00 | 97145.8 9 | 0.00 | 19745.1 0 | | Claim Received |
| | | | | | | | | | | 06-27-23 | |
| | | | | | | | | | | | Prev Paid |
| | | | | | | | | | | | -77400.79 |
| | | | | | | | | | | CO-45   -674.50 | |
| Policy: | | | | | | | | | CO-253  -1579.61 | | |
| Policy: | | | | | | | | | | | |

Pat Resp: 0.00        Claim Totals:   -99400.00        -97145.89        0.00        -19745.10        -2254.11        -77400.79

**  Claim Level Adjustment:        Grp/RC:                        Amount

TAYKAN,

Crossover Carrier: BCBS OF FLORIDA - FEP        Processed As Primary, Forwarded

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ICN: | |
| | | | | | | | | | | 9724122900010 | |
| | | | | | | | | | | MA18  MA01 | |
| | | | | | | | | | | Claim Received | Prev Paid |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #:  814828763
NPI:  1235337411

PA  170551850

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 0 | Q4262 | :76 | | | 0.00 | 0.00 | | 05-01-24 | 0 |
| | | M25 | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:

| | | | | | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CO-50    99400.0
0

Pat Resp: 0.00    Grp/RC:    Claim Totals:    99400.00    0.00    0.00    0.00    99400.00    0.00

** Claim Level Adjustment:    Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 70 | Q4262 | :76 | -98000.00 | 95777.64 | 0.00 | 19467.0 / 0 | CO-45 / CO-253 | -665.00 / -1557.36 | -76310.64 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-03-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | CO-45 / CO-253 | -166.39 / -5.34 | -261.55 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-03-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | CO-45 / CO-253 | -61.04 / -1.42 | -69.75 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-03-23 | 11 | 1 | 15275 | :59 :51 | -400.00 | -81.56 | 0.00 | -16.58 | CO-45 / CO-253 / CO-59 | -234.22 / -1.33 / -82.89 | -64.98 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |

Reversal of Prev. Payment    ICN:
022318309260
MA01  MA18
Claim Received    07-05-23

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL

Check/EFT #: 814828763

NPI: 1235337411

330693003

| | | PA | 17055I850 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 2 | 15276 | .59 | -150.00 | 0.00 | -13.92 | | | | | 07-05-23 | -54.55 |

Policy:                                                              CO-45    -80.42
Policy:                                                              CO-253    -1.11

**Pat Resp: 0.00**          Claim Totals:    -99200.00    -96343.48    0.00    -19582.01    -2856.52    -7676I.47

** **Claim Level Adjustment:**    Grp/RC:              Amount

TAYKAN,                                                        Processed As Primary, Forwarded    ICN: 9724122900011

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 0 | Q4262 | | 98000.00 | 0.00 | 0.00 | 0.00 | | | | |
| | M25 | | | | | | | | | MA18  3MA01 | | 05-01-24 | 0 |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                              CO-50    98000.0
                                                                                         0

| 1679561849 | 07-03-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M25 | | | | | | | | | | | 05-01-24 | 0 |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                              CO-50    500.00

| 1679561849 | 07-03-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M25 | | | | | | | | | | | 05-01-24 | 0 |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Revenue Management

N/A

05/07/24 08:43

**DANIEL BRANDWEIN DPM NEW**

835 Electronic Remittance
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #:  814828763
NPI:   1235337411

PA   170551850        FL   330693003

| Read Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Policy:

**1679561849**

07-03-23  15275 :59:51  11  0

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

400.00   0.00   0.00   0.00   CO-50   150.00   05-01-24

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:

**1679561849**

07-03-23  15276 :59  11  0

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

150.00   0.00   0.00   0.00   CO-50   400.00   05-01-24

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:

Pat Resp: 0.00       Claim Totals:       99200.00   0.00   0.00   0.00   CO-50   150.00   99200.00   0.00

** Claim Level Adjustment:     Grp/RC:                    Amount

TAYKAN,

MA01  MA18
ICN:
0223186309270

Reversal of Prev. Payment

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA  170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL  330693003

Check/EFT #:  814828763
NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 65 | Q4262 JZ76 | | 90000.00 | 0.00 | 0.00 | 18076.5 0 | CO-45 | -617.50 | 07-05-23 | -70859.88 |
| | | | | | | | 88963 8 | | | CO-253 | 1446.12 | | |

Policy:
Policy:

Pat Resp: 0.00    Claim Totals:  -91000.00  -88936.38  0.00  -18076.50    -2063.62    -70859.88

** **Claim Level Adjustment:**    Grp/RC:         Amount

TAYKAN,

Crossover Carrier: BCBS OF FLORIDA - FEP

Processed As Primary, Forwarded    ICN: 9724122900012

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 0 | Q4262 JZ76 | | 91000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | | | | | | | MA18  MA01 | |

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

CO-50  91000.0 0

Policy:

Pat Resp: 0.00    Claim Totals:  91000.00  0.00  0.00  0.00    91000.00    0.00

** **Claim Level Adjustment:**    Grp/RC:         Amount

TAYKAN,

Reversal of Prev. Payment    ICN: 023186309280

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA01  MA18 | |

Revenue Management

N/A

05/07/24 08:43

**DANIEL BRANDWEIN DPM NEW**

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024    PA    170551850

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #: 814828763
NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 16 | Q4262 | JZ 76 | -22400.00 | 21892.0 3 | 0.00 | 4449.60 | | | 07-05-23 | | -17442.43 |
| | | | | | | | | | | CO-45 | -152.00 | | | |
| | | | | | | | | | | CO-253 | -355.97 | | | |

Policy:
Policy:

Pat Resp: 0.00

Claim Totals:    -22400.00    -21892.03    0.00    -4449.60    -507.97    -17442.43

** Claim Level Adjustment:    Grp/RC:    Amount

TAYKAN,

Processed As Primary, Forwarded    ICN: 9724122900013

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 0 | Q4262 | JZ 76 | 22400.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | MA18 MA01 | 0 |

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

CO-50    22400.0
0

Policy:

Pat Resp: 0.00

Claim Totals:    22400.00    0.00    0.00    0.00    22400.00    0.00

** Claim Level Adjustment:    Grp/RC:    Amount

TAYKAN,

Reversal of Prev. Payment    ICN: 022318630929O

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | MA01 MA18 | |

Revenue Management
N/A

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   17051850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL   330693003

Check/EFT #:  814828763

NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 50 | Q4262 | 76 | -70000.00 | 68412.6 0 | 0.00 | 13905.0 0 | | | 07-05-23 |
| | | | | | | | | | | CO-45 | -475.00 | |
| | | | | | | | | | | CO-253 | -1112.40 | |

Policy:
Policy:

Pat Resp: 0.00   Claim Totals:   -70000.00   -68412.60   0.00   -13905.00   -1587.40   -54507.60

** Claim Level Adjustment:   Grp/RC:              Amount

TAYKAN,

Processed As Primary, Forwarded    ICN:
9724122900014

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 0 | Q4262 | 76 | 70000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or
if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in
writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the
date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from
him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

MA18  MA01

Prev Paid

0

CO-50   70000.0
0

Policy:

Pat Resp: 0.00   Claim Totals:   70000.00   0.00   0.00   0.00   70000.00   0.00

** Claim Level Adjustment:   Grp/RC:              Amount

TAYKAN,

Reversal of Prev. Payment    ICN:
0223186309300

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MA01  MA18

Prev Paid

Revenue Management

N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

| Rend Provider | Service Date | | | | | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 71 | | Q4262 76 | -99400.00 | 97145.8 9 | 0.00 | 19745.1 0 | | | 07-05-23 | | -77400.79 |
| | | | | | | | | | | CO-45 | -674.50 | | | |
| Policy: | | | | | | | | | | CO-253 | -1579.61 | | | |
| Policy: | | | | | | | | | | | | | | |
| | Pat Resp: 0.00 | | | | | Claim Totals: | -99400.00 | -97145.89 | 0.00 | -19745.10 | | -2254.11 | | | -77400.79 |

** Claim Level Adjustment:   Grp/RC:                         Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900015

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-03-23 | 11 | 0 | Q4262 76 | | 99400.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | MA18 MA01 | 0 |

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

| | | | | | | | | | | CO-50 | 99400.0 0 | | | |
| Policy: | | | | | | | | | | | | | | |
| | Pat Resp: 0.00 | | | | | Claim Totals: | 99400.00 | 0.00 | 0.00 | 0.00 | | 99400.00 | | | 0.00 |

** Claim Level Adjustment:   Grp/RC:                         Amount

TAYKAN,

Reversal of Prev. Payment   ICN: 0223191459320

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA01 MA18 | | |

Revenue Management
N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG    PA   17051850

Check Date: 05/08/2024

DANIEL BRANDWEIN DPM NEW
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #: 814828763
NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-06-23 | 11 | 65 | Q4262 | JZ;76 | -90900.00 | 0.00 | 0.00 | 18076.50 | | | 07-10-23 |

Policy:
Policy:
            CO-45   -617.50
            CO-253   -1446.12

Pat Resp: 0.00    Claim Totals:   -70859.88

**\*\* Claim Level Adjustment:**   Grp/RC:      Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-06-23 | 11 | 0 | Q4262 | JZ;76 | 91000.00 | 88936.38 | 0.00 | 18076.50 | | | 07-10-23 |

ICN: 9724122900016

Processed As Primary, Forwarded

Crossover Carrier: BCBS OF FLORIDA - FEP

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

            CO-50   91000.0
            0

Policy:
Policy:

Pat Resp: 0.00    Claim Totals:   0.00

**\*\* Claim Level Adjustment:**   Grp/RC:      Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-06-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.0 | | | 07-10-23 |

ICN: 0223191459380

Reversal of Prev. Payment

MA01   MA18

            CO-45   -665.00
            CO-253   -1557.36

Policy:
Policy:

Revenue Management

N/A

05/07/24 08:43

Prov Paid
      -70859.88

MA18   MA01
Prov Paid
      0

MA01   MA18
Prov Paid
      -76310.64

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL   330693003

Check/EFT #:  814828763
NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-06-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | CO-45 | -166.39 | -261.55 |
| Policy: | | | | | | | | | | CO-253 | -5.34 | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-06-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | CO-45 | -61.04 | -69.75 |
| Policy: | | | | | | | | | | CO-253 | -1.42 | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-06-23 | 11 | 1 | 15275 | -59.51 | -400.00 | -81.56 | 0.00 | -16.58 | CO-45 | -234.22 | -64.98 |
| Policy: | | | | | | | | | | CO-253 | -1.33 | |
| Policy: | | | | | | | | | | CO-59 | -82.89 | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 07-06-23 | 11 | 2 | 15276 | .59 | -150.00 | -68.47 | 0.00 | -13.92 | CO-45 | -80.42 | -54.55 |
| Policy: | | | | | | | | | | CO-253 | -1.11 | |
| Policy: | | | | | | | | | | | | |

Claim Totals:   -99200.00   -96343.48   0.00   -19582.01   -2856.52   -76761.47

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:            Amount

TAYKAN,

07-10-23

Processed As Primary, Forwarded   ICN:  9724122900017

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MA18  MA01 | | |
| | | | | | | | | | | Claim Received | 05-01-24 | |
| 1679561849 | 07-06-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | CO-50 | 98000.0 | 0 |
| Policy: | | | | | | | | | | | 0 | |

Revenue Management                    05-01-24

N/A

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or

05/07/24 08:43

Pg. 65 of 101

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #: 814828763
NPI: 1235337411

PA    170551850

if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25        500.00        CO-50    500.00    05-01-24    0

**Policy:**

**1679561849**

07-06-23    11    0    15274    150.00    0.00    0.00    CO-50    150.00    05-01-24    0

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

**Policy:**

**1679561849**

07-06-23    11    0    15275  :59:51    400.00    0.00    0.00    CO-50    150.00    05-01-24    0

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25        400.00        CO-50    400.00

**Policy:**

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

Check Amount: $64780.55

Check/EFT #: 814828763

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-06-23 | 11 | 0 | 15276 | 59 | 150.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                                CO-50   150.00

Pat Resp: 0.00          Claim Totals:   99200.00   0.00   0.00   0.00   99200.00   0.00

** Claim Level Adjustment:   Grp/RC:          Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Reversal of Prev. Payment | |
| 1679561849 | 07-19-23 | 11 | 71 | Q4262 | JZ:76 | -99400.00 | 97145.8 9 | 0.00 | 19745.1 0 | 07-21-23 | -77400.79 |

ICN: 022320249584 0
MA01  MA18
Claim Received  Prev Paid

Policy:                          CO-45  -674.50
Policy:                          CO-253  -1579.61

Pat Resp: 0.00          Claim Totals:   -99400.00   -97145.89   0.00   -19745.10   -2254.11   -77400.79

** Claim Level Adjustment:   Grp/RC:          Amount

TAYKAN,

Crossover Carrier: BCBS OF FLORIDA - FEP          Processed As Primary, Forwarded

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ICN: 972412290001 8 | |

MA18  MA01
Claim Received  Prev Paid

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**
Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

PA   170551850                  FL   330693003

Check/EFT #: 814828763
NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1679561849   07-19-23   11   0   Q4262  JZ,76                                     0.00   0.00   0.00                              05-01-24         0

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                                                        CO-50   99400.00
                                                                                                         0

Pat Resp: 0.00   Grp/RC:       Amount          Claim Totals:   99400.00   0.00   0.00   0.00   0.00   99400.00                                   0.00

** Claim Level Adjustment:    Grp/RC:

TAYKAN,

ICN: 022320249591

---

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Reversal of Prev. Payment

1679561849   07-19-23   11   70   Q4262  JZ             -98000.00   95777.6 4   0.00   19467.0 0                     07-21-23   -76510.64

MA01  MA18

Policy:
Policy:
1679561849   07-19-23   11   1   15273             -500.00   -328.27   0.00   -66.72   CO-45   -665.00         07-21-23   -261.55
                                                                                      CO-253  -1557.36

Policy:
Policy:
1679561849   07-19-23   11   2   15274             -300.00   -175.07   0.00   -35.58   CO-45   -166.39         07-21-23   -139.49
                                                                                      CO-253  -5.34

Policy:
Policy:                                                                               CO-45   -122.08
                                                                                      CO-253  -2.85

Pat Resp: 0.00   Grp/RC:       Amount          Claim Totals:   -98800.00   -96280.98   0.00   -19569.30                                   -2519.02                 -76711.68

** Claim Level Adjustment:    Grp/RC:

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900019

Crossover Carrier: BCBS OF FLORIDA - FEP

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

**From:** MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

**To:** DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

PA  170551850

Check/EFT #:  814828763

NPI:  1235337411

FL  330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-19-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | MA18 MA01 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:
CO-50  98000.0
0

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-19-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:
CO-50  500.00

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-19-23 | 11 | 0 | 15274 | | 300.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:
CO-50  300.00

Pat Resp: 0.00      Grp/RC:      Claim Totals:   98800.00   0.00   0.00   0.00   0.00      98800.00   Reversal of Prev. Payment   0.00

** Claim Level Adjustment:      Amount

TAYKAN,

Revenue Management

N/A

05/07/24 08:43

ICN:
02732702027770
Pg.69 of 101

**835 Electronic Remittance**
**From:** MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64760.55
**To:** DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL   330693003

Check/EFT #: 814828763
NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-26-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.00 | | | MA01 MA18<br>07-28-23 | -76310.64 |
| Policy: | | | | | | | | | | CO-45 | -665.00 | | |
| Policy: | | | | | | | | | | CO-253 | -1557.36 | | |
| 1679561849 | 07-26-23 | 11 | 1 | 15273 | | -500.00 | -338.27 | 0.00 | -66.72 | | | 07-28-23 | -261.55 |
| Policy: | | | | | | | | | | CO-45 | -166.39 | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | |
| 1679561849 | 07-26-23 | 11 | 2 | 15274 | | -300.00 | -175.07 | 0.00 | -35.58 | | | 07-28-23 | -139.49 |
| Policy: | | | | | | | | | | CO-45 | -122.08 | | |
| Policy: | | | | | | | | | | CO-253 | -2.85 | | |

**Claim Totals:**  -98800.00  -96280.98  0.00  -19569.30   -2519.02   -76711.68

Pat Resp: 0.00

** Claim Level Adjustment      Grp/RC:                                    Amount

TAYKAN,

Processed As Primary, Forwarded     ICN: 9724122900020

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-26-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | MA18  MA01<br>05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request an appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request an appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

| | | | | | | | | | | CO-50 | 98000.00 | | |
| | | | | | | | | | | | 0 | | |

| 1679561849 | 07-26-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the...

Policy:

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    PA  170551850    FL  330693003

Check/EFT #: 814828763
NPI: 1235337411

Policy:

| 1679561849 | 07-26-23 | 11 | 0 | 15274 | | | | | | | | 05-01-24 |
| M25 | | | | | 300.00 | 0.00 | 0.00 | 0.00 | CO-50 | 500.00 | | |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

Pat Resp: 0.00    Claim Totals:    98800.00    0.00    0.00    0.00    0.00    CO-50  300.00    98800.00    0.00

** Claim Level Adjustment:    Grp/RC:            Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | |
| 1679561849 | 07-26-23 | 11 | 39 | Q4262 | 3Z-76 | -54600.00 | 53361.83 | 0.00 | 10845.90 | | | | |

Reversal of Prev. Payment

ICN: 022320939280
MA01  MA18
Claim Received  07-28-23
Prev Paid  -42515.93

Policy:
Policy:

Pat Resp: 0.00    Claim Totals:    -54600.00    -53361.83    0.00    -10845.90    CO-45  -370.50    -1238.17    -42515.93
CO-253  -867.67

** Claim Level Adjustment:    Grp/RC:            Amount

TAYKAN, SHERRI    ID: 9NP0JP4JH06    Acnt: 51196

Processed As Primary, Forwarded    ICN: 972412290021
Crossover Carrier: BCBS OF FLORIDA - FEP

MA18  MA01

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #: 814828763
NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-26-23 | 11 | 0 | Q4262 | JZ,76 | 54600.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:

CO-50   54600.00   0

| | Billed | Allowed | Deduct | Coins | Amount |
|---|---|---|---|---|---|
| Claim Totals: | 54600.00 | 0.00 | 0.00 | 0.00 | 54600.00 |

Pat Resp: 0.00   Grp/RC:   Amount:

** Claim Level Adjustment:

TAYKAN,                                              ICN: 022320939290

Reversal of Prev. Payment

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 07-26-23 | 11 | 71 | Q4262 | JZ,76 | -99400.00 | -97145.89 | 0.00 | 19745.10 | | | 07-28-23 | -77400.79 |

MA01  MA18

Policy:
Policy:

CO-45   -674.50
CO-253  -1579.61

| | Billed | Allowed | Deduct | Coins | Amount |
|---|---|---|---|---|---|
| Claim Totals: | -99400.00 | -97145.89 | 0.00 | -19745.10 | -2254.11 |

Pat Resp: 0.00   Grp/RC:   Amount:

** Claim Level Adjustment:

TAYKAN,                                              ICN: 9724122900022

Processed As Primary, Forwarded

Crossover Carrier: BCBS OF FLORIDA - FEP

MA18  MA01

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Revenue Management

N/A

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

DANIEL BRANDWEIN DPM NEW
Check Amount: $64780.55
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH       FL   330693003

Check/EFT #:  814828763
NPI:   1235337411

PA   170551850

| 1679561849 | 11 | 0 | Q4262 JZ 76 | | 99400.00 | 0.00 | 0.00 | 0.00 | | 05-01-24 | | 0 |
| 07-26-23 | | | | | | | | | | | | |
| M25 | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment. | | | | | | | | | | | |
| M25 | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment. | | | | | | | | | | | |

Policy:

CO-50  99400.00
0

| | | Claim Totals: | 99400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99400.00 | 0.00 |

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:         Amount

TAYKAN,

Reversal of Prev. Payment            ICN:
                                     022320393330
                                     MA01  MA18

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received | Prov Paid |
| 1679561849 | 07-26-23 | 11 | 60 | Q4262 JZ 76 | | -84000.00 | -82095.1 2 | 0.00 | 16686.0 0 | | | | | 07-28-23 | -65409.12 |

Policy:
Policy:

CO-45  -570.00
CO-253  -1334.88

| | | Claim Totals: | -84000.00 | -82095.12 | 0.00 | -16686.00 | 0.00 | -1904.88 | -65409.12 |

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:         Amount

TAYKAN,

Processed As Primary. Forwarded      ICN:
                                     972412290023
Crossover Carrier: BCBS OF FLORIDA - FEP
                                     MA18  MA01

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received | Prov Paid |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

**From:** MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
**To:** DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH        FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

| 1679561849 | 07-26-23 | 11 | 0 | Q4262 JZ-76 | | | 84000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | | 0 |
| | | M25 | | | | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

CO-50   84000.00
0

| | Claim Totals: | 84000.00 | 0.00 | 0.00 | 0.00 | | 84000.00 | 0.00 |

Pat Resp:   0.00     Grp/RC:

** Claim Level Adjustment:          Amount

TAYKAN,

ICN:   0232164462 00

Reversal of Prev. Payment

MA01  MA18

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-02-23 | 11 | 70 | Q4262 JZ | | -98000.00 | 95777.6 4 | 0.00 | 19467.0 0 | | | 08-04-23 | -76310.64 |
| Policy: | | | | | | | | | | CO-45 | -665.00 | | |
| Policy: | | | | | | | | | | CO-253 | -1557.36 | | |
| 1679561849 | 08-02-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 08-04-23 | -261.55 |
| Policy: | | | | | | | | | | CO-45 | -166.39 | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | |
| 1679561849 | 08-02-23 | 11 | 2 | 15274 | | -300.00 | -175.07 | 0.00 | -35.58 | | | 08-04-23 | -139.49 |
| Policy: | | | | | | | | | | CO-45 | -122.08 | | |
| Policy: | | | | | | | | | | CO-253 | -2.85 | | |
| | Claim Totals: | | | | | -98800.00 | -96280.98 | 0.00 | -19569.30 | | -2519.02 | | -76711.68 |

Pat Resp:   0.00     Grp/RC:

** Claim Level Adjustment:          Amount

TAYKAN,

Processed As Primary, Forwarded

ICN:   972412290 0024

Crossover Carrier: BCBS OF FLORIDA - FEP

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

DANIEL BRANDWEIN DPM NEW

Check Date: 05/08/2024

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #: 814828763

NPI: 1235337411

PA   170551850     FL   330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | MA18 MA01 Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-02-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | | | |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | CO-50 | 98000.0 0 | | |

Policy:

| 1679561849 | 08-02-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | | | |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | CO-50 | 500.00 | | |

Policy:

| 1679561849 | 08-02-23 | 11 | 0 | 15274 | | 300.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | | | |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment | | | | | CO-50 | 300.00 | | |

Policy:

Pat Resp: 0.00      Claim Totals:      98800.00      0.00      0.00      0.00      98800.00      0.00

** Claim Level Adjustment:   Grp/RC:          Amount

TAYKAN,

05/07/24 08:43

Reversal of Prev. Payment

Revenue Management

N/A

ICN:
02220164462210

**835 Electronic Remittance**   Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG   PA   170551850

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-02-23 | 11 | 30 | Q4262 | JZ 76 | -42000.00 | 41047.56 | 0.00 | 8343.00 | | | | MA01 MA18 | 08-04-23 | -32704.56 |
| | | | | | | | | | | CO-45 | -285.00 | | | | |
| | | | | | | | | | | CO-253 | -667.44 | | | | |

Policy;
Policy;

Pat Resp: 0.00          Claim Totals:   -42000.00   -41047.56   0.00   -8343.00          -952.44                  -32704.56

** Claim Level Adjustment:     Grp/RC:                Amount

TAYKAN,                                                        Processed As Primary, Forwarded     ICN:
                                                                                                    9724122900025
                                                            Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-02-23 | 11 | 0 | Q4262 | JZ 76 | 42000.00 | 0.00 | 0.00 | 0.00 | | | | MA18 MA01 | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy;                                                                                            CO-50   42000.00
                                                                                                            0

Pat Resp: 0.00          Claim Totals:   42000.00   0.00   0.00   0.00          42000.00                  0.00

** Claim Level Adjustment:     Grp/RC:                Amount

TAYKAN,                                                        Reversal of Prev. Payment           ICN:
                                                                                                    0223222570600

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | MA01 MA18 | | |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA 170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL 330693003

Check/EFT #:  814828763
NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 28 | Q4262 | JZ,76 | -39200.00 | -38311.06 | 0.00 | 7786.80 | | | 08-10-23 | -30524.26 |
| | | | | | | | | | | CO-45 | -266.00 | | |
| | | | | | | | | | | CO-253 | -622.94 | | |

Policy:
Policy:

Pat Resp: 0.00     Claim Totals: -39200.00   -38311.06   0.00   -7786.80   -888.94   -30524.26

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900026

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.00 | | | 08-10-23 | -76310.64 |
| | | | | | | | | | | CO-45 | -665.00 | MA01  MA18 | |
| | | | | | | | | | | CO-253 | -1557.36 | | |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would and pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would and pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Reversal of Prev. Payment   ICN: 022322570720

CO-50   39200.00
0
39200.00

Policy:
Policy:

Pat Resp: 0.00     Claim Totals: 39200.00   0.00   0.00   0.00   0.00   0.00

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH            FL

Check/EFT #: 814828763
NPI: 1235337411
330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 08-10-23 | -261.55 |

Policy:
Policy:
| 1679561849 | 08-07-23 | 11 | 2 | 15274 | | -300.00 | -175.07 | 0.00 | -35.58 | CO-45 | -166.39 | 08-10-23 | -139.49 |
| | | | | | | | | | | CO-253 | -5.34 | | |

Policy:
Policy:

| | | | | | | | | | | CO-45 | -122.08 | | |
| | | | | | | | | | | CO-253 | -2.85 | | |

Claim Totals:   -98800.00   -96280.98   0.00   -19569.30   -2519.02   -76711.68

Pat Resp: 0.00

** Claim Level Adjustment    Grp/RC:

TAYKAN,                Amount

Processed As Primary, Forwarded    ICN: 9724122900027

Crossover Carrier: BCBS OF FLORIDA - FEP

MA18  MA01
Claim Received   05-01-24

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | CO-50 | 98000.0 | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:                0

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | CO-50 | 500.00 | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

05/07/24 08:43

Revenue Management
N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #:   814828763

NPI:   1235337411

PA   170551850

| | | | | |
|---|---|---|---|---|
| 1679561849 | 11 | 0 | 15274 | 05-01-24 | 0 |
| 08-07-23 | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M25 | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | |
| M25 | The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | |

Policy:

CO-50   300.00

|  | Claim Totals: | 98800.00 | 0.00 | 0.00 | 0.00 | 98800.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| Pat Resp: 0.00 | | | | | | | 0.00 |

** **Claim Level Adjustment:**   Grp/RC:             Amount

TAYKAN,

Reversal of Prev. Payment

ICN:
0223222570760

MA01  MA18

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 50 | Q4262 | JZ:76 | -70000.00 | 68412.6 0 | 0.00 | 13905.0 0 | | | 08-10-23 |

| | | | | | CO-45 | -475.00 | |
| | | | | | CO-253 | -1112.40 | |

Policy:
Policy:

|  | Claim Totals: | -70000.00 | -68412.60 | 0.00 | -13905.00 | -1587.40 | Prov Paid |
|---|---|---|---|---|---|---|---|
| Pat Resp: 0.00 | | | | | | | -54507.60 |

** **Claim Level Adjustment:**   Grp/RC:             Amount

TAYKAN,

Processed As Primary, Forwarded

ICN:
9724122900028

Crossover Carrier: BCBS OF FLORIDA - FEP

MA18  MA01

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #:   814828763

NPI:   1235337411

FL   330693003

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 0 | Q4262 :1Z:76 | 70000.00 | 0.00 | 0.00 | 0.00 | 7000000 | 05-01-24 | 0 |
| | M25 | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:   CO-50   70000.0   0

| | | | | | | |
|---|---|---|---|---|---|---|
| Pat Resp: 0.00 | Claim Totals: | 70000.00 | 0.00 | 0.00 | 0.00 | 7000.00 | 0.00 |

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Reversal of Prev. Payment   ICN:   022322570800

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-07-23 | 11 | 68 | Q4262 :1Z:76 | -95200.00 | 93041.1 4 | 0.00 | 18910.8 0 | | Prov Paid -74130.34 |

MA01  MA18

Claim Received   08-10-23

Policy:   CO-45   -646.00
Policy:   CO-253   -1512.86

| | | | | | | |
|---|---|---|---|---|---|---|
| Pat Resp: 0.00 | Claim Totals: | -95200.00 | -93041.14 | 0.00 | -18910.80 | -2158.86 | -74130.34 |

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Processed As Primary. Forwarded   ICN:   972412900029

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MA18  MA01

Claim Received

Revenue Management

N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

DANIEL BRANDWEIN DPM NEW
Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check Date: 05/08/2024

Check/EFT #:   814828763

NPI:   1235337411

PA   170551850        FL   330693003

| | | Units | Proc | Modifiers | | Billed | Allowed | Deduct | Coins | | Grp/RC | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 11 | 0 | Q4262 JZ:76 | | | 95200.00 | 0.00 | 0.00 | 0.00 | | | | 05-01-24 | 0 |
| | M25 | | | | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25
The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:                                                        CO-50    95200.00     0

Pat Resp: 0.00          Grp/RC:          Amount          Claim Totals:   95200.00    0.00    0.00    0.00                     95200.00    0.00

** Claim Level Adjustment:

TAYKAN,                                                        Reversal of Prev. Payment          ICN:
                                                                                                02232356951630

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-21-23 | 11 | 46 | Q4262 JZ:76 | | -64400.00 | -62939.5 9 | 0.00 | 12792.6 0 | | | | 08-23-23 | -50146.99 |

MA01 MA18

Policy:                                          CO-45    -437.00
Policy:                                          CO-253   -1023.41

Pat Resp: 0.00          Grp/RC:          Amount          Claim Totals:   -64400.00   -62939.59    0.00   -12792.60              -1460.41            -50146.99

** Claim Level Adjustment:

TAYKAN,                                         Processed As Primary, Forwarded          ICN:
                                                                                        9724122900030
                                   Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MA18 MA01

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG    PA   170551850

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 11 | 0 | Q4262 JZ;76 | | 64400.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

08-21-23

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:

CO-50  64400.0
0

| | | | | |
|---|---|---|---|---|
| Claim Totals: | 64400.00 | 0.00 | 0.00 | 64400.00 | 0.00 |

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:           Amount

TAYKAN,

Reversal of Prev. Payment           ICN:
0232235695640

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-16-23 | 11 | 60 | Q4262 JZ;76 | -84000.00 | 82095.1 2 | 0.00 | 16686.0 0 | CO-45  -570.00 | MA01 MA18 |
| | | | | | | | | | | CO-253  -1334.88 | Claim Received 08-23-23 | Prov Paid -65409.12 |

| | | | | | |
|---|---|---|---|---|---|
| Claim Totals: | -84000.00 | -82095.12 | 0.00 | -16686.00 | -1904.88 | -65409.12 |

Policy:
Policy:

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:           Amount

TAYKAN,

Processed As Primary, Forwarded           ICN:
9724122900031

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MA18 MA01 | Claim Received | Prov Paid |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG          PA  170551850

**DANIEL BRANDWEIN DPM NEW**
Check Date: 05/08/2024
Check Amount: $64780.55
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL  330693003

Check/EFT #:  814828763
NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-16-23 | 11 | 0 | Q4262 | JZ J6 | 84000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request an appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request an appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:

| | | | | | | | | | | Grp/RC | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CO-50 | 84000.00 | | |
| | | | | | | | | | | | 0 | | |

Pat Resp: 0.00   Grp/RC:   Claim Totals:   84000.00   0.00   0.00   0.00   84000.00   0.00

** Claim Level Adjustment:

TAYKAN,

---

Reversal of Prev. Payment
ICN: 0223235695660

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-21-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.00 | CO-45 -665.00 / CO-253 -1557.36 | | 08-23-23 | -76310.64 |

MA01  MA18

| 1679561849 | 08-21-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | CO-45 -166.39 / CO-253 -5.34 | | 08-23-23 | -261.55 |

Policy:
Policy:

| 1679561849 | 08-21-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | CO-45 -61.04 / CO-253 -1.42 | | 08-23-23 | -69.75 |

Policy:
Policy:

Pat Resp: 0.00   Grp/RC:   Claim Totals:   -98650.00   -96193.45   0.00   -19551.51   -2456.55   -76641.94

** Claim Level Adjustment:

TAYKAN,

Processed As Primary, Forwarded
Crossover Carrier: BCBS OF FLORIDA - FEP
ICN: 9724122900032

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

**DANIEL BRANDWEIN DPM NEW**

Check Date: 05/08/2024

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

PA   170551850

Check/EFT #:   814828763

NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | MA18  MA01 Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-21-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:   CO-50   98000.0
0

| 1679561849 | 08-21-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:   CO-50   500.00

| 1679561849 | 08-21-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:   CO-50   150.00

Pat Resp:  0.00   Claim Totals:  98650.00   0.00   0.00   0.00   0.00   98650.00

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

ICN:
0272325695670

05/07/24 08:43   Revenue Management   N/A   Reversal of Prev. Payment

Pg.84 of 101

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA 170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH FL 330693003

Check/EFT #: 814828763
NPI: 1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA01 MA18 | |
| 1679561849 | 08-16-23 | 11 | 70 | Q4262 JZ | | -98000.00 | 95777.6 4 | 0.00 | 1946 7.0 0 | | | 08-23-23 | -76310.64 |
| Policy: | | | | | | | | | | CO-45 | -665.00 | | |
| Policy: | | | | | | | | | | CO-253 | -1557.36 | | |
| 1679561849 | 08-16-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | | | 08-23-23 | -261.55 |
| Policy: | | | | | | | | | | CO-45 | -166.39 | | |
| Policy: | | | | | | | | | | CO-253 | -5.34 | | |
| 1679561849 | 08-16-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | | | 08-23-23 | -69.75 |
| Policy: | | | | | | | | | | CO-45 | -61.04 | | |
| Policy: | | | | | | | | | | CO-253 | -1.42 | | |
| | | | | | Claim Totals: | -98650.00 | -96193.45 | 0.00 | -19551.51 | | -2456.55 | | -76641.94 |

Pat Resp: 0.00

** Claim Level Adjustment: Grp/RC: Amount

TAYKAN,

Processed As Primary, Forwarded ICN: 9724122900033

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA18 MA01 | |
| 1679561849 | 08-16-23 | 11 | 0 | Q4262 JZ | | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | | | | | | | | |
| | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment | | | | | | | | | | |
| | M25 | | | | | | | | | | | | |
| | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment | | | | | | | | CO-50 | 98000.0 0 | | |
| Policy: | | | | | | | | | | | | | |
| 1679561849 | 08-16-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | | | | | | | | |
| | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the | | | | | | | | | | |

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

**DANIEL BRANDWEIN DPM NEW**
Check Date: 05/08/2024      Check Amount: $64780.55      Check/EFT #: 814828763

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
PA  170551850      POMPANO BEACH      FL  330693003      NPI:  1235337411

Policy:
1679561849

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08-16-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | CO-50 | 500.00 | 05-01-24 | 0 |

M25 — The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.00 | | | ICN: 022324338629 | -76310.64 |

MA01 MA18
M25 — The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Reversal of Prev. Payment

Policy:
Policy:

CO-45 -665.00
CO-253 -1557.36

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | CO-50 | 150.00 | 08-31-23 | -261.55 |

M25 — The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:
Policy:

CO-45 -166.39
CO-253 -5.34

Pat Resp: 0.00      Claim Totals: 98650.00      0.00      0.00      0.00      98650.00      0.00

** Claim Level Adjustment:      Grp/RC:      Amount

TAYKAN

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

**DANIEL BRANDWEIN DPM NEW**
Check Date: 05/08/2024   Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #: 814828763
NPI: 1235337411

| | | PA | 170551850 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | | | 08-31-23 | -69.75 |

Policy:                                          CO-45    -61.04
Policy:                                          CO-253    -1.42

Pat Resp: 0.00        Claim Totals:    -98650.00   -96193.45   0.00   -19551.51   -2456.55   -76641.94

** Claim Level Adjustment:    GrpRC:                          Amount
TAYKAN,                                          Processed As Primary, Forwarded   ICN:   972412900034

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | GrpRC | Amount | Claim Received | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | | | | | | | | | | | MA18  MA01 | |
| | 08-30-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | | | | | | | |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | | | | | | | |

Policy:                                          CO-50   98000.0
                                                          0

| 1679561849 | 08-30-23 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08-30-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | | | | | | | |
| | M25 | | | | | The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment. | | | | | | | | |

Policy:                                          CO-50   500.00

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #:   814828763

NPI:   1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24   0 |
| | | M25 | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:                                                                        CO-50   150.00

Pat Resp: 0.00                Claim Totals:   98650.00   0.00   0.00   0.00   98650.00         0.00

** Claim Level Adjustment:   Grp/RC:                     Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Reversal of Prev. Payment |
| | | | | | | | | | | | | ICN: 022324338637O |
| | | | | | | | | | | | | MA01  MA18 |
| 1679561849 | 08-30-23 | 11 | 60 | Q4262 | JZ 76 | -84000.00 | 82095.1 2 | 0.00 | 16686.0 0 | CO-45  -570.00 | | Claim Received   Prov Paid 08-31-23          -65409.12 |
| | | | | | | | | | | CO-253  -1334.88 | | |

Policy:
Policy:

Pat Resp: 0.00                Claim Totals:   -84000.00   -82095.12   0.00   -16686.00   -1904.88         -65409.12

** Claim Level Adjustment:   Grp/RC:                     Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 9724122900035
Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MA18  MA01 |
| | | | | | | | | | | | | Claim Received   Prov Paid |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #:  814828763

NPI:  1235337411

FL   330693003

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 11 | 0 | Q4262 JZ:76 | | 84000.00 | 0.00 | 0.00 | 0.00 | 84000.00 | 0.00 | 05-01-24 | 0 |

08-30-23   M25
The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25
The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:                                                                    CO-50   84000.0
                                                                                    0

Pat Resp: 0.00       Claim Totals:   84000.00   0.00   0.00   0.00   84000.00   0.00

** Claim Level Adjustment:     Grp/RC:           Amount

TAYKAN,

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-30-23 | 11 | 30 | Q4262 JZ:76 | | -42000.00 | 41047.5 6 | 0.00 | 8343.00 | | | |

Reversal of Prev. Payment   ICN: 0223243386380

MA01  MA18
Claim Received   08-31-23

Prov Paid
-32704.56

Policy:
Policy:                                                       CO-45   -285.00
                                                              CO-253  -667.44

Pat Resp: 0.00       Claim Totals:   -42000.00   -41047.56   0.00   -8343.00   -952.44

-32704.56

** Claim Level Adjustment:     Grp/RC:           Amount

TAYKAN,

Processed As Primary, Forwarded   ICN: 972412290036

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

MA18  MA01
Claim Received

Prov Paid

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH        FL   330693003

Check/EFT #:   814828763
NPI:   1235337411

| 1679561849 | 08-30-23 | 11 | 0 | Q4262 JZ:76 | 42000.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:
CO-50 42000.0
                    0

Pat Resp: 0.00        Claim Totals:   42000.00   0.00   0.00   0.00   42000.00   0.00

** Claim Level Adjustment:    Grp/RC:        Amount

TAYKAN,

Reversal of Prev. Payment        ICN:
                                 092320101010870

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | MA01 MA18 | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 50 | Q4262 :76 | -70000.00 | 68412.6 0 | 0.00 | 13905.0 0 | | | Claim Received 07-20-23 | -54507.6 |

Policy:
Policy:
                    CO-45  -475.00
                    CO-253  -1112.40

Pat Resp: 0.00        Claim Totals:   -70000.00   -68412.60   0.00   -13905.00   -1587.40   -54507.60

** Claim Level Adjustment:    Grp/RC:        Amount

TAYKAN,

Processed As Primary. Forwarded     ICN:
                                    972412290037
Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | MA18 MA01 | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Claim Received | |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG   PA   170551850

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #: 814828763
NPI: 1235337411

| 1679561849 | 06-26-23 | 11 | 0 | Q4262 :76 | 70000.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:

CO-50  70000.0   0

| | Pat Resp: 0.00 | | | Claim Totals: | 70000.00 | 0.00 | 0.00 | 0.00 | 70000.00 | 0.00 |

** Claim Level Adjustment:     Grp/RC:          Amount

TAYKAN,

Reversal of Prev. Payment     ICN: 092320101010880

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | MA01  MA18  Prov Paid |
| 1679561849 | 06-26-23 | 11 | 32 | Q4262 :76 | | -44800.00 | 43784.0 6 | 0.00 | 8899.20 | | | Claim Received  07-20-23  -34884.86 |

Policy:
Policy:

CO-45   -304.00
CO-253  -711.94

| | Pat Resp: 0.00 | | | Claim Totals: | -44800.00 | -43784.06 | 0.00 | -8899.20 | | -1015.94 | -34884.86 |

** Claim Level Adjustment:     Grp/RC:          Amount

TAYKAN,

Processed As Primary, Forwarded     ICN: 972412290000038

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | MA18  MA01  Prov Paid |
| | | | | | | | | | | | | Claim Received |

N/A

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL  330693003

Check/EFT #:  814828763

NPI:  1235337411

PA  170551850

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 0 | Q4262 | :76 | 44800.00 | 0.00 | 0.00 | 0.00 | | 0 |

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

Policy:
05-01-24    CO-50  44800.00    0

| | | | | Claim Totals: | | 44800.00 | 0.00 | 0.00 | 0.00 | | 44800.00 | 0.00 |

Pat Resp: 0.00     ** Claim Level Adjustment:     Grp/RC:      Amount

TAYKAN,

ICN: 0923201010900

Reversal of Prev. Payment

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 65 | Q4262 | :76 | -91000.00 | 88936.38 | 0.00 | 18076.50 | CO-45 / CO-253 | -617.50 / -1446.12 |

MA01  MA18
Prev Paid  -70859.88
Claim Received  07-20-23

Policy:
Policy:

| | | | | Claim Totals: | | -91000.00 | -88936.38 | 0.00 | -18076.50 | | -2063.62 | -70859.88 |

Pat Resp: 0.00     ** Claim Level Adjustment:     Grp/RC:      Amount

TAYKAN,

Crossover Carrier: BCBS OF FLORIDA - FEP    Processed As Primary, Forwarded    ICN: 9724122900039

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|

MA18  MA01
Prev Paid
Claim Received

Revenue Management
N/A

05/07/24 08:43

Pg.92 of 101

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG   PA   170551850

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55
To:   DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH   FL   330693003

Check/EFT #:  814828763

NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-26-23 | 11 | 0 | Q4262 | 76 | 91000.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | | | | | | | | | | | | 0 |

M25 — The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25 — The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:

CO-50   91000.00
0

| | Pat Resp: 0.00 | | | | Claim Totals: | 91000.00 | 0.00 | 0.00 | 0.00 | 91000.00 | 0.00 |

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Reversal of Prev. Payment   ICN: 0923201010910

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 71 | Q4262 | 76 | -99400.00 | -97145.8 9 | 0.00 | 19745.1 0 | CO-45 | -674.50 |
| | | | | | | | | | | CO-253 | -1579.61 |

MA01  MA18
Claim Received  07-20-23
Prev Paid  -77400.79

Policy:
Policy:

| | Pat Resp: 0.00 | | | | Claim Totals: | -99400.00 | -97145.89 | 0.00 | -19745.10 | -2254.11 | -77400.79 |

** Claim Level Adjustment:   Grp/RC:   Amount

TAYKAN,

Processed As Primary. Forwarded   ICN: 9724122900040

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|

MA18  MA01
Claim Received
Prev Paid

Revenue Management

N/A

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH    FL    330693003

Check/EFT #:  814828763
NPI:  1235337411

PA   170551850

| | | | | | 11 | 0 | Q4262. :76 | | | | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

1679561849    06-29-23

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25    The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

CO-50    99400.0
         0

| Claim Totals: | 99400.00 | 0.00 | 0.00 | 0.00 | 99400.00 | 0.00 |

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:    Amount

TAYKAN,

Reversal of Prev. Payment    ICN:  0923201010940

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-29-23 | 11 | 32 | Q4262. :76 | | -44800.00 | 43784.0 6 | 0.00 | 8899.20 | | -34884.86 |

MA01  MA18
Claim Received  07-20-23    Prov Paid

Policy:
Policy:

CO-45    -304.00
CO-253   -711.94

| Claim Totals: | -44800.00 | -43784.06 | 0.00 | -8899.20 | -1015.94 | -34884.86 |

Pat Resp: 0.00

** Claim Level Adjustment:    Grp/RC:    Amount

TAYKAN,

Processed As Primary. Forwarded    ICN:  9724122900041

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|

MA18  MA01
Claim Received    Prov Paid

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**
Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL    330693003

Check/EFT #:   814828763
NPI:   1235337411

PA   170551850          PA

| 1679561849 | 06-29-23 | 11 | 0 | Q4262 .76 | | 44800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 05-01-24 | 0 |

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25   The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                                    CO-50   44800.00
                                                                                   0

| | Pat Resp: 0.00 | | Claim Totals: | 44800.00 | 0.00 | 0.00 | 0.00 | 44800.00 | 0.00 |

** Claim Level Adjustment:        Grp/RC:              Amount
TAYKAN.

Reversal of Prev. Payment          ICN:
                                    0923201010960

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | MA01  MA18 | |
| 1679561849 | 06-19-23 | 11 | 39 | Q4262 .76 | | -54600.00 | -53361.83 | 0.00 | 10845.90 | | Claim Received | Prev Paid |
| | | | | | | | | | | | 07-20-23 | -42515.93 |

Policy:
Policy:                                              CO-45   -370.50
                                                     CO-253  -867.67

| | Pat Resp: 0.00 | | Claim Totals: | -54600.00 | -53361.83 | 0.00 | -10845.90 | -1238.17 | -42515.93 |

** Claim Level Adjustment:        Grp/RC:              Amount
TAYKAN.

Processed As Primary, Forwarded          ICN:
                                          9724122900042

Crossover Carrier: BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | MA18  MA01 | |
| | | | | | | | | | | Claim Received | Prev Paid |

Revenue Management
N/A

05/07/24 08:43

**835 Electronic Remittance**            Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

From: MEDICARE PART B                                Check Amount: $64780.55
P.O. BOX 3411                        To: DANIEL BRANDWEIN DPM PA
MECHANICSBURG        PA  170551850       159 S POMPANO PKWY
                                         POMPANO BEACH        FL  330693003

Check/EFT #:  814828763          NPI:  1235337411

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 06-19-23 | 11 | 0 | Q4262 | 76 | 54600.00 | 0.00 | 0.00 | 0.00 | | | 05-01-24 | 0 |

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

M25  The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment

Policy:

Pat Resp: 0.00    Claim Totals: 54600.00   0.00   0.00   0.00   CO-50 54600.00   54600.00   0.00
                                                                                          0                    0

** Claim Level Adjustment:   Grp/RC:          Amount
TAYKAN,

---

Reversal of Prev. Payment          ICN: 0923226492160

MA01  MA18                                                         Prev Paid  -76310.64

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | Claim Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-11-23 | 11 | 70 | Q4262 | JZ | -98000.00 | 95777.64 | 0.00 | 19467.00 | CO-45 / CO-253 | -665.00 / -1557.36 | 08-14-23 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 08-11-23 | 11 | 1 | 15273 | | -500.00 | -328.27 | 0.00 | -66.72 | CO-45 / CO-253 | -166.39 / -5.34 | 08-14-23 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |
| 1679561849 | 08-11-23 | 11 | 1 | 15274 | | -150.00 | -87.54 | 0.00 | -17.79 | CO-45 / CO-253 | -61.04 / -1.42 | 08-14-23 |
| Policy: | | | | | | | | | | | | |
| Policy: | | | | | | | | | | | | |

Pat Resp: 0.00    Claim Totals: -98650.00   -96193.45   0.00   -19551.51   -2456.55   -76641.94

** Claim Level Adjustment:   Grp/RC:          Amount
TAYKAN,

Revenue Management
N/A

Processed As Primary, Forwarded   ICN: 9724122900043

Crossover Carrier: BCBS OF FLORIDA - FEP

05/07/24 08:43                                                     Pg:96 of 101

**835 Electronic Remittance**

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

Check Date: 05/08/2024

DANIEL BRANDWEIN DPM NEW

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check/EFT #: 814828763

NPI: 1235337411

PA  170551850  FL  330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC Amount | Claim Received | Prev Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1679561849 | 08-11-23 | 11 | 0 | Q4262 | JZ | 98000.00 | 0.00 | 0.00 | 0.00 | CO-50 98000.0 | MA18 MA01 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

| 1679561849 | 08-11-23 | 11 | 0 | 15273 | | 500.00 | 0.00 | 0.00 | 0.00 | CO-50 500.00 | 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

| 1679561849 | 08-11-23 | 11 | 0 | 15274 | | 150.00 | 0.00 | 0.00 | 0.00 | CO-50 150.00 | 05-01-24 | 0 |

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

M25 The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay ask us to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment

Policy:

Pat Resp: 0.00     Claim Totals:  98650.00   0.00   0.00   0.00   98650.00   0.00

** Claim Level Adjustment:   Grp/RC:            Amount

TAYKAN,

Reversal of Prev. Payment

ICN: 0022264021 80

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**
From:  MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG

**DANIEL BRANDWEIN DPM NEW**
Check Amount: $64780.55
To:  DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH

Check Date: 05/08/2024

Check/EFT #:  814828763

NPI:  1235337411

PA  170551850          FL  330693003

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | MA01  MA18 Claim Received 08-14-23 | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169561849 | 08-11-23 | 11 | 54 | Q4262 JZ 76 | | -75600.00 | 73885.6 1 | 0.00 | 15017.4 0 | | | | | -58868.21 |
| | | | | | | | | | | CO-45 | -513.00 | | | |
| | | | | | | | | | | CO-253 | -1201.39 | | | |

Policy:
Policy:

Pat Resp: 0.00          Claim Totals:  -75600.00  -73885.61  0.00  -15017.40  -1714.39                    -58868.21

**  Claim Level Adjustment:          Grp/RC:                    Amount:

TAYKAN,                              Processed As Primary, Forwarded   ICN:
                                                                       9724122900044

Crossover Carrier BCBS OF FLORIDA - FEP

| Rend Provider | Service Date | PoS | Units | Proc | Modifiers | Billed | Allowed | Deduct | Coins | Grp/RC | Amount | | MA18  MA01 Claim Received 05-01-24 | Prov Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169561849 | 08-11-23 | 11 | 0 | Q4262 JZ 76 | | 75600.00 | 0.00 | 0.00 | 0.00 | | | | | 0 |
| | M25 | | | | | | | | | | | | | |

The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay you ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

M25    The information furnished does not substantiate the need for this level of service.  If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay you ask us to review your claim within 120 days of the date of this notice.  If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts.  We will recover the reimbursement from you as an overpayment.

Policy:                                                          CO-50  75600.0
                                                                               0

Pat Resp: 0.00          Claim Totals:  75600.00  0.00  0.00  0.00  7560.00             0.00

**  Claim Level Adjustment:          Grp/RC:                    Amount:

**Denied Claims:**

**Report Totals**

| # of Claims | Billed | Deductible | Co Ins Amt | Service Level Adj Amount | | Claim Level Adj Amount | | Total Adj Amount | Allowed | Provider Paid | Provider Net Pd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 87520.00 | 50.30 | -82277 0.14 | 4135498.63 | + | 53442 For -16.87 | = | 4135498.63 | -4047978.63 | -3225258.79 | 64780.55 |

Provider Adjustment = Forwarding Balance - Reference # 982412 1351346

05/07/24 08:43

Revenue Management
N/A

**835 Electronic Remittance**

**DANIEL BRANDWEIN DPM NEW**

Check Date: 05/08/2024

Check Amount: $64780.55

Check/EFT #: 814828763

From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG          PA    170551850

To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL    330693003

NPI: 1235337411

| | |
|---|---|
| Provider Adjustment = Forwarding Balance - Reference # 9724122900077 | 51764 For -50563.63 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900078 | 51702 For -50563.63 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900079 | 51793 For -44251.96 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900080 | 51857 For -30050.74 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900053 | 48526 For -35912.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900054 | 48623 For -28464.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900055 | 48727 For -28464.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900056 | 48787 For -22505.80 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900057 | 48880 For -35912.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900058 | 49615 For -47824.44 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900059 | 49833 For -49254.46 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900060 | 50140 For -36980.15 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900061 | 50205 For -23293.39 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900062 | 50294 For -23293.39 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900063 | 50407 For -18473.36 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900064 | 48946 For -35912.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900065 | 49569 For -47824.44 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900066 | 49908 For -49254.46 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900067 | 49971 For -41583.02 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900068 | 48511 For -47857.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900069 | 48950 For -28464.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900070 | 48557 For -35912.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900071 | 48666 For -28464.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900072 | 49798 For -49254.46 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900073 | 50347 For -23293.39 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900074 | 48905 For -35912.20 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900075 | 49705 For -49254.46 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900076 | 50081 For -36980.15 |
| Provider Adjustment = Forwarding Balance - Reference # 9824121352012 | 53222 For -16.87 |

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**
From: MEDICARE PART B
P.O. BOX 3411
MECHANICSBURG          PA   170551850

**DANIEL BRANDWEIN DPM NEW**
Check Date: 05/08/2024

Check Amount: $64780.55
To: DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH          FL   330693003

Check/EFT #:  814828763
NPI:   1235337411

| Description | Reference | Amount |
|---|---|---|
| Provider Adjustment = Forwarding Balance - Reference # 9724122900009 | 50875 For -76637.17 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900010 | 50876 For -77400.79 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900011 | 50966 For -76761.47 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900012 | 50969 For -70859.88 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900013 | 50970 For -17442.43 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900014 | 50965 For -54507.60 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900015 | 50968 For -77400.79 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900016 | 50994 For -70859.88 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900017 | 50992 For -76761.47 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900018 | 51121 For -77400.79 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900019 | 51120 For -76711.68 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900020 | 51193 For -76711.68 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900021 | 51196 For -42515.93 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900022 | 51194 For -77400.79 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900023 | 51195 For -65409.12 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900024 | 51227 For -76711.68 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900025 | 51230 For -32704.56 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900026 | 51275 For -30524.26 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900027 | 51272 For -76711.68 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900028 | 51274 For -54507.60 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900029 | 51273 For -74130.34 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900030 | 51424 For -50146.99 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900031 | 51417 For -65409.12 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900032 | 51422 For -76641.94 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900033 | 51416 For -76641.94 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900034 | 51487 For -76641.94 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900035 | 51488 For -65409.12 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900036 | 51489 For -32704.56 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900037 | 50878 For -54507.60 |

Revenue Management

N/A

05/07/24 08:43

**835 Electronic Remittance**  Check Date: 05/08/2024

**DANIEL BRANDWEIN DPM NEW**

Check Amount: $64780.55

Check/EFT #: 814828763

From: MEDICARE PART B

To: DANIEL BRANDWEIN DPM PA

NPI: 1235337411

P.O. BOX 3411

159 S POMPANO PKWY

MECHANICSBURG  PA  170551850  POMPANO BEACH  FL  330693003

| | |
|---|---|
| Provider Adjustment = Forwarding Balance - Reference # 9724122900038 | 50879 For -34884.86 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900039 | 50877 For -70859.88 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900040 | 50958 For -77400.79 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900041 | 50962 For -34884.86 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900042 | 51108 For -42515.93 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900043 | 51306 For -76641.94 |
| Provider Adjustment = Forwarding Balance - Reference # 9724122900044 | 51309 For -58868.21 |

**Provider Level Adjustments Total:**  -3290039.34

1  Deductible Amount

2  Coinsurance Amount

253  Sequestration adjustment

45  Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or CO depending upon liability).

50  These are non-covered services because this is not deemed a 'medical necessity' by the payer.

59  Processed based on multiple or concurrent procedure rules. (For example multiple surgery or diagnostic imaging/concurrent anesthesia.)

M25  The information furnished does not substantiate the need for this level of service. If you believe the service should have been fully covered as billed or if you did not know and could not reasonably have been expected to know that we would not pay for this level of service or if you notified the patient in writing in advance that we would not pay for this level of service and he/she agreed in writing to pay and to review your claim within 120 days of the date of this notice. If you do not request a appeal we will upon application from the patient reimburse him/her for the amount you have collected from him/her in excess of any deductible and coinsurance amounts. We will recover the reimbursement from you as an overpayment.

N115  This decision was based on a local medical review policy (LMRP) or Local Coverage Determination (LCD).An LMRP/LCD provides a guide to assist in determining whether a particular item or service is covered. A copy of this policy is available at http://www.cms.hhs.gov/mcd or if you do not have web access you may contact the contractor to request a copy of the LMRP/LCD.

N535  Unknown!

N782  Unknown!

05/07/24 08:43

Revenue Management

N/A



BLACK LAW P.A.
1401 E. BROWARD BLVD.
SUITE 204
FORT LAUDERDALE, FL 33301

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Kelsey K. Black
kb@blacklawpa.com
954.320.6024

June 21, 2024

Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallax, TX 75312-1213

| Re: | **CLAIM FOR OVERPAYMENT** |
|---|---|
| Customer ID: | 19QWI |
| Customer NPI: | 1235337411 |
| Customer Name: | Dr. Daniel Brandwein DPM PA |

To whom it may concern:

Black Law P.A. has the privilege of representing Dr. Daniel Brandwein DPM PA ("Dr. Brandwein"). We have appealed Medicare's notice of overpayment for Dr. Brandwein and have received your recent notices of overpayment. Upon review, your claims for overpayment include conflicting reasons as to why you are claiming overpayment, and we dispute all overpayment charges lodged against Dr. Brandwein's practice. Each claim to date is specifically referenced in this letter:

**Invoice No. 108672700**

It was noted on Inv. No. 108672700 that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108672749**

Likewise, this invoice notes that BCBSF overpaid because it paid the Medicare claim as the primary. We deny/contest that this was overpaid, and that any overpayment is



necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108671149**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108671198**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108671219**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility. We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108671153**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108669268**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.



**Invoice No. 108669278**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility. We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108669284**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108669291**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108669330**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108667341**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108667432**



This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108667346

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108669300

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108669301

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108669314

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108669298

This invoice notes that you overpaid because "Adjustment due to Medicare Adjustment." We deny/contest that this was overpaid, and that any overpayment is necessary. And we are expressly disputing all claims paid by Medicare. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.



**Invoice No. 108678458**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility." We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676380**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676385**

This invoice notes that BCBSF overpaid because "reversed – change in member's eligibility. We seek all documentation supporting this allegation and demand proof. We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676255**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676250**

This invoice notes that you overpaid because "BCBCF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108676212**



This invoice notes that you overpaid because "Submission of late charges."   We deny/contest that this was overpaid, and that any overpayment is necessary. We also do not know what this means and require an explanation from BCBS. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684126

It was noted on Inv. No. 108684126 that you overpaid because "Reversed-change in member's eligibility."  We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684350

It was noted on Inv. No. 108684350 that you overpaid because "Reversed-change in member's eligibility."  We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684358

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary."  We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108684486

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary.  We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

### Invoice No. 108674357

This invoice notes that you overpaid because "Submission of late charges."   We deny/contest that this was overpaid, and that any overpayment is necessary. We also do



not know what this means and require an explanation from BCBS. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

**Invoice No. 108674253**

This invoice notes that you overpaid because "BCBSF paid the Medicare claim as Primary." We deny/contest that this was overpaid, and that any overpayment is necessary. We expressly require that you do not set off the overpayment against future claims. Instead, we dispute the charge that there was an overpayment.

For all overpayment charges, these same charges are being appealed to Medicare as well and we respectfully request that you put these "overpayment" charges in forbearance until we receive a final determination by Medicare.

Finally, we dispute all overpayment allegations against my client and demand strict proof thereof. If we failed to specifically reference an invoice that is being charged as overpaid, we will not be limited by the specific references to invoices above and dispute all overpayments charges for this patient.

Please contact me as soon as possible to discuss these requests and provide all additional information in your files regarding the overpayment allegations.

Sincerely,

*Kelsey K. Black*

Kelsey K. Black


Copy: Dr. Brandwein



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900009

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway  Suite 100  Mechanicsburg, PA  17050      www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900010

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050      www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900011

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100  Mechanicsburg, PA  17050          www.fcso.com





**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900012

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900013

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

SERVICE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900014

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900016

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900018

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter.  You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900021

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900024

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900025

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

ERIENCE COUNTS & QUA



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900026

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter.  You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050        www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900028

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900030

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

---

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900031

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

---

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050         www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900032

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900033

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900034

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900047

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900049

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway  Suite 100  Mechanicsburg, PA  17050        www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900050

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway  Suite 100  Mechanicsburg, PA  17050         www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900051

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900063

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA  17050          www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900052

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900038

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900044

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter. You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050        www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900035

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900037

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900019

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900015

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter.  You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900042

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050        www.fcso.com





**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900048

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900017

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900039

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900027

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900023

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900036

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter.  You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

EXPERIENCE   COUNTS   &   QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900045

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050        www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900041

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900043

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an **extended repayment schedule or an immediate recoupment agreement.**

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter.  You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900029

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050      www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900022

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway  Suite 100  Mechanicsburg, PA  17050          www.fcso.com



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900040

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

EXPERIENCE COUNTS & QUALITY



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

09/13/2024

DANIEL BRANDWEIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number: AF098
Account Receivable Number: 599724122900020

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions, Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable unless you have entered into an extended repayment schedule or an immediate recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as explained in our demand letter. You will receive a reconsideration decision letter after the QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com, or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc



**MEDICARE**



**FIRST COAST**
SERVICE OPTIONS, INC.

9/13/2024

DANIEL BRANDWIN DPM PA
159 S POMPANO PKWY
POMPANO BEACH, FL 330693003

Provider Number:  AF098
Account Receivable Number:  599724122900073

To Whom it May Concern:

This letter serves as a notification that First Coast Service Options, Inc. received
confirmation that the Qualified Independent Contractor (QIC), C2C Innovative Solutions,
Inc., **has validated your request for a reconsideration review.**

All collection processes have ceased on the unpaid balance of the accounts receivable
unless you have entered into an extended repayment schedule or an immediate
recoupment agreement.

Interest will continue to accrue on any outstanding unpaid balance of the overpayment as
explained in our demand letter.  You will receive a reconsideration decision letter after the
QIC has rendered its decision.

If you have any questions, please feel free to visit our website at http://medicare.fcso.com,
or contact our office at Part B FL-USVI 866-454-9007 .

Sincerely,

Debt Recovery
First Coast Service Options, Inc

2020 Technology Parkway   Suite 100   Mechanicsburg, PA   17050          www.fcso.com

BAPM2664 - 000419 - 001 U> 004

Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas, TX 75312-1213

**DANIEL BRANDWEIN**
**159 S POMPANO PARKWAY**
**Pompano Beach, FL 33069**

*Florida Blue*
Your local Blue Cross Blue Shield

Page 1 of 4

## Statement of Account

**Account Number:** 19QWI
**Statement Date:** 09/20/2024
**Statement Number:** 861

This statement sets forth a list of the outstanding requests for overpayment of claims due to Blue Cross and Blue Shield of Florida, Inc. (BCBSF) and/or Health Options, Inc.  It also includes a list of the cash refunds received and processed as of the Statement Date.

This statement includes the following sections:

**Aging Summary** - a brief overview of the overpayment refund requests outstanding as of the Statement Date showing the number of items and amount due separated into current, 31-60 days, 61-90 days and over 90 days categories.  The number of days is calculated from the original refund request letter date (invoice date) to the Statement Date set forth above.

**Overpayment Refund Requests Outstanding** - lists the details of the overpayment refund requests outstanding as of the date of this document.

**Netting** - an automated process that occurs when there is an outstanding accounts receivable due and cash has not been received and processed within 45 days of the original invoice date.  In this case, subsequent claims payment may be reduced automatically to offset the existing open accounts receivable, unless cash or a formal dispute has been received prior to that date.

**Cash Refunds Received and Processed** - lists all refunds (payments) received that have been processed and attached to a specific claim but not yet in a closed status as of the time of the statement.  Closure timelines for requested refund cash receipts are typically within 5 days of deposit.  Unsolicited refund cash receipts (credit balances returned by the provider) may require a longer period to close due to our requirement to work with other Blue Plans (if applicable) before the cash receipt may be closed.  In either case, cash receipts appearing on this statement have been attached to a claim as directed by the documents returned with the payment.

### Aging Summary of Overpayment Refund Requests

|  | Total | Current | 31-60 Day | 61-90 Day | Over 90 Day |
|---|---|---|---|---|---|
| No. of Items | 34 | 0 | 1 | 1 | 33 |
| Amount | $455,283.92 | $0.00 | $0.00 | $3,167.06 | $455,116.86 |



BAPA0264 - 000419 - 002 OF 004

## Statement of Account

**Account Number:** 19QWI
**Statement Date:** 09/20/2024
**Statement Number:** 881

*Florida Blue*
Your local Blue Cross Blue Shield

Page 2 of 4

### Overpayment Refund Requests Outstanding as of Statement Date

| Invoice | Invoice Date | Patient Account Number | Patient Name | Service Date | Contract Number | Claim Number | Original Invoice Amount | Remaining Balance | Reason Code | Indicator Code | Indicator Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108723559 | 07/01/2024 | | TAYYAN, | 07/06/2024 | R59475432 | F1000010753085329 | 18076.50 | 3187.06 | 40126 | | |
| 108700429 | 06/19/2024 | | TAYYAN, | 07/26/2023 | R59475432 | F1000010783793340 | 16686.50 | 1776.55 | 40126 | | |
| 108684486 | 06/05/2024 | | TAYYAN, | 07/03/2023 | R59475432 | F1000010739072280 | 13005.00 | 12195.98 | 40056 | | |
| 108664126 | 06/05/2024 | | TAYYAN, | 08/07/2023 | R59475432 | F1000010691397467 | 7786.80 | 6077.78 | 40022 | | |
| 108664359 | 06/05/2024 | | TAYYAN, | 08/25/2023 | R59475432 | F1000010552361014 | 19551.51 | 17842.47 | 40056 | | |
| 108664550 | 06/05/2024 | | TAYYAN, | 08/30/2023 | R59475432 | F1000010661701148 | 8343.00 | 6633.96 | 40022 | | |
| 108662187 | 06/04/2024 | | TAYYAN, | 08/11/2023 | R59475432 | F1000010502058227 | 15017.40 | 107.96 | 40056 | | |
| 108579871 | 06/03/2024 | | TAYYAN, | 07/06/2023 | R59475432 | F1000010759552383 | 10692.01 | 3804.14 | 40022 | | |
| 108579453 | 05/31/2024 | | TAYYAN, | 08/18/2023 | R59475432 | F1000010763253048 | 10845.90 | 9136.86 | 40022 | | |
| 108578250 | 05/30/2024 | | TAYYAN, | 06/26/2023 | R59475432 | F1000010707700844 | 19550.30 | 17841.26 | 40056 | | |
| 108576555 | 05/30/2024 | | TAYYAN, | 06/26/2023 | R59475432 | F1000010707700840 | 19745.10 | 18036.06 | 40056 | | |
| 108576512 | 05/30/2024 | | TAYYAN, | 06/26/2023 | R59475432 | F1000010763253046 | 8869.20 | 7190.16 | 40037 | | |
| 108576380 | 05/30/2024 | | TAYYAN, | 07/26/2023 | R59475432 | F1000010737371134 | 10845.90 | 9136.86 | 40022 | | |
| 108576350 | 05/30/2024 | | TAYYAN, | 07/19/2023 | R59475432 | F1000010783753342 | 19745.10 | 18036.06 | 40056 | | |
| 108574253 | 05/29/2024 | | TAYYAN, | 07/19/2023 | R59475432 | F1000010765671958 | 19369.30 | 17860.28 | 40056 | | |
| 108574357 | 05/27/2024 | | TAYYAN, | 08/07/2023 | R59475432 | F1000010615636376 | 16910.80 | 1720.78 | 40037 | | |
| 108572700 | 05/27/2024 | | TAYYAN, | 07/03/2023 | R59475432 | C000191653702933 | 19745.10 | 19745.10 | 40056 | | |
| 108572749 | 05/27/2024 | | TAYYAN, | 06/30/2023 | R59475432 | F1000010555118652 | 19551.51 | 17842.47 | 40022 | | |
| 108571153 | 05/24/2024 | | TAYYAN, | 06/19/2023 | R59475432 | F1000010691173416 | 18076.50 | 16367.46 | 40022 | | |
| 108571149 | 05/24/2024 | | TAYYAN, | 06/19/2023 | R59475432 | F1000010691173428 | 19550.30 | 17841.26 | 40022 | | |
| 108571198 | 05/24/2024 | | TAYYAN, | 08/07/2023 | R59475432 | F1000010616636374 | 13905.00 | 12195.96 | 40056 | | |
| 108571219 | 05/24/2024 | | TAYYAN, | 04/16/2024 | R59475432 | F1000010465673602 | 19551.51 | 17842.47 | 40022 | | |
| 108566330 | 05/23/2024 | | TAYYAN, | 06/29/2023 | R59475432 | F1000010723455033 | 19568.96 | 17879.92 | 40056 | | |
| 108569314 | 05/23/2024 | | TAYYAN, | 07/03/2023 | R59475432 | F1000010742633643 | 19592.01 | 17872.97 | 40056 | | |
| 108566301 | 05/23/2024 | | TAYYAN, | 07/19/2023 | R59475432 | F1000010765557955 | 19745.10 | 18036.06 | 40056 | | |
| 108566300 | 05/23/2024 | | TAYYAN, | 07/26/2023 | R59475432 | F1000010737371159 | 19569.30 | 17860.26 | 40056 | | |
| 108566298 | 05/23/2024 | | TAYYAN, | 08/02/2023 | R59475432 | F1000010799920098 | 8343.00 | 6533.96 | 40064 | | |
| 108566291 | 05/23/2024 | | TAYYAN, | 08/02/2023 | R59475432 | F1000010799920099 | 19569.30 | 17860.26 | 40056 | | |
| 108566284 | 05/23/2024 | | TAYYAN, | 08/16/2023 | R59475432 | F1000010542700452 | 16986.00 | 14976.96 | 40056 | | |
| 108569278 | 05/23/2024 | | TAYYAN, | 08/21/2023 | R59475432 | F1000010545573598 | 19551.51 | 17842.47 | 40022 | | |
| 108569268 | 05/23/2024 | | TAYYAN, | 08/30/2023 | R59475432 | F1000010651701147 | 16986.00 | 14976.96 | 40056 | | |
| 108567346 | 05/22/2024 | | TAYYAN, | 08/07/2023 | R59475432 | F1000010631397472 | 19569.30 | 17538.20 | 40056 | | |
| 108567341 | 05/22/2024 | | TAYYAN, | 08/11/2023 | R59475432 | F1000010502058226 | 19551.51 | 17842.47 | 40056 | | |
| 108567432 | 05/22/2024 | | TAYYAN, | 08/21/2023 | R59475432 | F1000010642770677 | 12792.60 | 11083.56 | 40056 | DIS | 07/30/2024 |

**Total Outstanding:** $458,283.92



BAPA/2894 - 00041U - 0X3 U* U04

## Statement of Account

**Account Number:** 19CWI
**Statement Date:** 09/20/2024
**Statement Number:** 881

*Florida Blue*
Your local Blue Cross Blue Shield

Page 3 of 4

### Request Refund Cash Receipts Received and Processed as of Statement Date

| Deposit Date | Check Number | Patient Account Number | Patient Name | Contract Number | Claim Number | Remaining Balance | Blue Card Indicator |
|---|---|---|---|---|---|---|---|
| 08/05/2024 | 000002649 | | | | | | |

**Subtotal Requested:** 28.77

**Subtotal Unsolicited:** 0.00

**Total:** 28.77

800-1771-6849

BAPM2654 - 000419 - 004 OF 004

## Statement of Account

*Florida Blue* 

Your local Blue Cross Blue Shield

| | |
|---|---|
| Account Number: | 19QWI |
| Statement Date: | 09/20/2024 |
| Statement Number: | 881 |

Please return a copy of this statement with your check made payable to Blue Cross and Blue Shield of Florida, Inc. For questions regarding this statement, please call (800) 727-2227.

**All Payments Should Be Sent To:**
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas, TX 75312-1213

**Request Refund Indicator Codes:**

**DIS** - indicates that the Request Refund was disputed by the provider
**INS** - indicates that the Request Refund is part of a formal installment plan
**TPC** - indicates that payment has not been received and has been referred to an outside collections agency

### Accounts Receivable Reason Code Descriptions

| Code | Description |
|---|---|
| 40126 | Prior processing information was incorrect |
| 40022 | Reversed - change in member's eligibility |
| 40054 | Adjustment due to Medicare adjustment |
| 40056 | BCBSF paid the Medicare claim as Primary |
| 40037 | Submission of late charges |





**PRS**

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $9,136.86**
Service Date(s): 06/19/2023 to 06/19/2023
Patient Name: ████ Taykan
Patient Acct. #: 51108
Claim Number: F100001076263048
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***                    ITTOPTM01MINPRV1

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
**FORWARD SERVICE REQUESTED**

PRS Acct #:   10659816
Refund Due:   $9,136.86

October 29, 2024

MINPRV1      182128901
|||·|·||·||·||||·|·||·|·||·||··|·|||·||·||·||||···||·|||·|·|·||·|·|||·||
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
|||·|·||·||||·||·|||||·|||·|||·||·|||||·|||·||·|·||·|||||·||·||||·||·||



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $3,804.14**
Service Date(s): 07/06/2023 to 07/06/2023
Patient Name ████Taykan
Patient Acct. #: 50992
Claim Number: F100001075955283
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

| | |
|---|---|
| PRS Acct # | 10659859 |
| Refund Due | $3,804.14 |

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

October 29, 2024

MINPRV1      182128902
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**PAYMENT RESOLUTION SERVICES**

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $107.96**
Service Date(s): 08/11/2023 to 08/11/2023
Patient Name: ███████Taykan
Patient Acct. #: 51309
Claim Number: F100001082058227
Reason: BCBSF paid the Medicare claim as Primary

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***                    ITTOPTM01MINPRV1

| | |
|---|---|
| | PRS Acct #:   10659947 |
| | Refund Due:   $107.96 |

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

October 29, 2024

MINPRV1      182128903
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**12 Cadillac Drive, Suite 300**
**Brentwood, TN 37027**

**(800) 325-5340**
**Fax (855) 213-5830**

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $6,077.76**
Service Date(s): 08/07/2023 to 08/07/2023
Patient Name: ████████aykan
Patient Acct. #: 51275
Claim Number: F100001081397467
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

ITTOPTM01MINPRV1

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #:   10660003
Refund Due:   $6,077.76

October 29, 2024

MINPRV1      182128904
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**PRS**

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $6,633.96**
Service Date(s): 08/30/2023 to 08/30/2023
Patient Name [redacted] Taykan
Patient Acct. #: 51489
Claim Number: F100001086170146
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

ITTOPTM01MINPRV1

PRS Acct #:    10660016
Refund Due:   $6,633.96

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

October 29, 2024

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836

MINPRV1     181925475
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $11,083.56**
Service Date(s): 08/21/2023 to 08/21/2023
Patient Name ████████aykan
Patient Acct. #: 51424
Claim Number: F100001084270677
Reason: BCBSF paid the Medicare claim as Primary

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #:    10659480
Refund Due    $11,083.56

October 29, 2024

MINPRV1      182128905
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836


PRS
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |

**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $6,633.96**
Service Date(s): 08/02/2023 to 08/02/2023
Patient Name: ████████ Taykan
Patient Acct. #: 51230
Claim Number: F100001079992098
Reason: Adjustment due to Medicare adjustment

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn MSC 410836
PO Box 415000
Nashville  TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #:   10659550
Refund Due:   $6,633.96

October 29, 2024

MINPRV1      182128906
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn  MSC 410836
PO Box 415000
Nashville  TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $7,190.16**
Service Date(s): 06/29/2023 to 06/29/2023
Patient Name: ▓▓▓▓ Taykan
Patient Acct. #: 50962
Claim Number: F100001076263046
Reason: Submission of late charges

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



---

***Detach Lower Portion and Return with Payment***

ITTOPTM01MINPRV1

| | |
|---|---|
| Attn: MSC 410836 | PRS Acct #:   10659775 |
| PO Box 415000 | Refund Due:   $7,190.16 |
| Nashville, TN 37241-0836 | |
| FORWARD SERVICE REQUESTED | |

October 29, 2024

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836

MINPRV1      182128907
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

### INITIAL REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. Florida Blue has referred the below referenced overpayment to PRS for prompt resolution. Please make your payment directly to PRS.

**REFUND DUE: $9,136.86**
Service Date(s): 07/26/2023 to 07/26/2023
Patient Name ███████ Taykan
Patient Acct. # 51196
Claim Number: F100001078371134
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



---

***Detach Lower Portion and Return with Payment***

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

| PRS Acct #: | 10659776 |
| Refund Due | $9,136 86 |

October 29, 2024

MINPRV1        182128908
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn. MSC 410836
PO Box 415000
Nashville, TN 37241-0836



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |

BAPM3214 - 000414 - 001 OF 003

Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas, TX 75312-1213

DANIEL BRANDWEIN
159 S POMPANO PARKWAY
Pompano Beach, FL 33069

*Florida Blue* 🔵🔵
Your local Blue Cross Blue Shield

Page 1 of 3

## Statement of Account

**Account Number:** 19QWI
**Statement Date:** 11/15/2024
**Statement Number:** 689

This statement sets forth a list of the outstanding requests for overpayment of claims due to Blue Cross and Blue Shield of Florida, Inc. (BCBSF) and/or Health Options, Inc.  It also includes a list of the cash refunds received and processed as of the Statement Date.

This statement includes the following sections:

**Aging Summary** - a brief overview of the overpayment refund requests outstanding as of the Statement Date showing the number of items and amount due separated into current, 31-60 days, 61-90 days and over 90 days categories.   The number of days is calculated from the original refund request letter date (invoice date) to the Statement Date set forth above.

**Overpayment Refund Requests Outstanding** - lists the details of the overpayment refund requests outstanding as of the date of this document.

**Netting** - an automated process that occurs when there is an outstanding accounts receivable due and cash has not been received and processed within 45 days of the original invoice date.  In this case, subsequent claims payment may be reduced automatically to offset the existing open accounts receivable, unless cash or a formal dispute has been received prior to that date.

**Cash Refunds Received and Processed** - lists all refunds (payments) received that have been processed and attached to a specific claim but not yet in a closed status as of the time of the statement.  Closure timelines for requested refund cash receipts are typically within 5 days of deposit.  Unsolicited refund cash receipts (credit balances returned by the provider) may require a longer period to close due to our requirement to work with other Blue Plans (if applicable) before the cash receipt may be closed.  In either case, cash receipts appearing on this statement have been attached to a claim as directed by the documents returned with the payment.

### Aging Summary of Overpayment Refund Requests

|  | Total | Current | 31-90 Day | 61-90 Day | Over 90 Day |
|---|---|---|---|---|---|
| No. of Items | 34 | 0 | 0 | 0 | 34 |
| Amount | $458,283.92 | $0.00 | $0.00 | $0.00 | $458,283.92 |

020-1771-8819

**Statement of Account**

Account Number: 19QWI
Statement Date: 11/15/2024
Statement Number: 889

*Florida Blue*
Your local Blue Cross Blue Shield

Page 2 of 3

## Overpayment Refund Requests Outstanding as of Statement Date

| Invoice | Invoice Date | Patient Account Number | Patient Name | Service Date | Contract Number | Claim Number | Original Invoice Amount | Remaining Balance | Reason Code | Indicator Code | Indicator Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100723559 | 07/01/2024 | | TAYKAN | 07/09/2023 | R59/47432 | F100000107530529 | 18076.50 | 3167.06 | 40126 | | |
| 100704429 | 09/18/2024 | | TAYKAN | 07/25/2023 | R59/47432 | F100000107873340 | 18686.00 | 1778.55 | 40126 | | |
| 108664486 | 09/05/2024 | | TAYKAN | 07/03/2023 | R59/47432 | F100000107807280 | 13905.00 | 12195.86 | 40058 | | |
| 108684128 | 09/05/2024 | | TAYKAN | 08/07/2023 | R59/47432 | F100001081397467 | 7766.80 | 6077.76 | 40022 | TPC | 09/25/2024 |
| 108684358 | 09/05/2024 | | TAYKAN | 08/25/2023 | R59/47432 | F100001085281014 | 19551.51 | 17842.47 | 40058 | | |
| 108684359 | 09/05/2024 | | TAYKAN | 08/30/2023 | R59/47432 | F100001086170146 | 8343.00 | 6633.96 | 40022 | TPC | 09/25/2024 |
| 108682167 | 08/04/2024 | | TAYKAN | 08/11/2023 | R59/47432 | F100001082058227 | 15017.40 | 107.96 | 40058 | TPC | 09/25/2024 |
| 108679971 | 04/03/2024 | | TAYKAN | 07/09/2023 | R59/47432 | F100001075665283 | 18582.01 | 3804.14 | 40022 | TPC | 09/25/2024 |
| 108678458 | 05/31/2024 | | TAYKAN | 06/19/2023 | R59/47432 | F100000107826048 | 10845.90 | 9136.86 | 40022 | TPC | 09/25/2024 |
| 108678250 | 05/30/2024 | | TAYKAN | 06/28/2023 | R59/47432 | F100000107070864 | 19550.30 | 17841.26 | 40058 | | |
| 108676255 | 05/30/2024 | | TAYKAN | 06/26/2023 | R59/47432 | F100000107070848 | 19745.10 | 18036.00 | 40056 | | |
| 108678212 | 05/30/2024 | | TAYKAN | 06/29/2023 | R59/47432 | F100000107826046 | 8689.20 | 7190.16 | 40037 | TPC | 09/25/2024 |
| 108676385 | 05/30/2024 | | TAYKAN | 07/26/2023 | R59/47432 | F100000107371134 | 10845.90 | 9136.86 | 40022 | TPC | 09/25/2024 |
| 108676380 | 05/30/2024 | | TAYKAN | 07/26/2023 | R69/47432 | F100001078763342 | 19745.10 | 18036.00 | 40056 | | |
| 108674263 | 05/29/2024 | | TAYKAN | 07/18/2023 | R59/47432 | F100000107657858 | 18910.80 | 17201.76 | 40037 | | |
| 108674357 | 05/29/2024 | | TAYKAN | 08/07/2023 | R59/47432 | F100001081633576 | 19745.10 | 19745.10 | 40056 | | |
| 108672700 | 05/27/2024 | | TAYKAN | 07/03/2023 | R59/47432 | C000118337029033 | 19745.10 | 19745.10 | 40056 | | |
| 108677749 | 05/27/2024 | | TAYKAN | 08/30/2023 | R69/47432 | F100001086519852 | 10551.51 | 17842.47 | 40022 | | |
| 108677153 | 05/24/2024 | | TAYKAN | 06/19/2023 | R59/47432 | F100001089173416 | 16076.50 | 16367.46 | 40022 | | |
| 108677146 | 05/24/2024 | | TAYKAN | 08/19/2023 | R59/47432 | F100001089173428 | 19550.30 | 17841.26 | 40022 | | |
| 108677198 | 05/24/2024 | | TAYKAN | 08/07/2023 | R59/47432 | F100001081633374 | 13905.00 | 12195.86 | 40022 | | |
| 108677219 | 05/24/2024 | | TAYKAN | 08/18/2023 | R59/47432 | F100001084573802 | 19551.51 | 17842.47 | 40022 | | |
| 108669330 | 05/23/2024 | | TAYKAN | 08/29/2023 | R59/47432 | F100001072345033 | 19568.96 | 17879.92 | 40058 | | |
| 108669314 | 05/23/2024 | | TAYKAN | 07/03/2023 | R59/47432 | F100001074263843 | 18582.01 | 17872.97 | 40058 | | |
| 108669301 | 05/23/2024 | | TAYKAN | 07/11/2023 | R59/47432 | F100001076657858 | 19745.10 | 18036.00 | 40058 | | |
| 108669300 | 05/23/2024 | | TAYKAN | 07/25/2023 | R59/47432 | F100001087371159 | 8343.00 | 6633.96 | 40058 | | |
| 108669298 | 05/23/2024 | | TAYKAN | 08/02/2023 | R59/47432 | F100001079992098 | 19569.30 | 17860.26 | 40054 | TPC | 09/25/2024 |
| 108669291 | 05/23/2024 | | TAYKAN | 08/02/2023 | R59/47432 | F100001079992099 | 19569.30 | 17860.26 | 40056 | | |
| 108668284 | 05/23/2024 | | TAYKAN | 08/21/2023 | R59/47432 | F100001084573598 | 16886.00 | 14976.96 | 40056 | | |
| 108668278 | 05/23/2024 | | TAYKAN | 08/30/2023 | R59/47432 | F100001086170147 | 16886.00 | 14976.96 | 40022 | | |
| 108668268 | 05/23/2024 | | TAYKAN | 08/07/2023 | R59/47432 | F100001081397472 | 19551.51 | 17538.20 | 40056 | | |
| 108667346 | 05/22/2024 | | TAYKAN | 08/11/2023 | R59/47432 | F100001082058226 | 16886.00 | 14976.96 | 40056 | | |
| 108667341 | 05/22/2024 | | TAYKAN | 08/07/2023 | R59/47432 | F100001081397472 | 19551.51 | 17842.47 | 40056 | | |
| 108667432 | 05/22/2024 | | TAYKAN | 08/21/2023 | R59/47432 | F100001084270877 | 12792.50 | 11083.56 | 40056 | TPC | 09/25/2024 |

**Total Outstanding:** $458,283.92

BAPA8214 - 000414 - 003 OF 003

Page 3 of 3

# Statement of Account

*Florida Blue* 🔵
Your local Blue Cross Blue Shield

**Account Number:** 19QWI
**Statement Date:** 11/15/2024
**Statement Number:** 889

Please return a copy of this statement with your check made payable to Blue Cross and Blue Shield of Florida, Inc. For questions regarding this statement, please call **(800) 727-2227.**

**All Payments Should Be Sent To:**
Overpayment Recovery Receipts
Dept. 1213
PO Box 121213
Dallas, TX 75312-1213

**Request Refund Indicator Codes:**

**DIS** - indicates that the Request Refund was disputed by the provider
**INS** - indicates that the Request Refund is part of a formal installment plan
**TPC** - indicates that payment has not been received and has been referred to an outside collections agency

## Accounts Receivable Reason Code Descriptions

| | |
|---|---|
| 40126 | Prior processing information was incorrect |
| 40022 | Reversed - change in member's eligibility |
| 40054 | Adjustment due to Medicare adjustment |
| 40056 | BCBSF paid the Medicare claim as Primary |
| 40037 | Submission of late charges |





# PRS

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $9,136.86**
**Service Date(s):** 06/19/2023 to 06/19/2023
**Patient Name:** ▮▮▮▮▮aykan
**Patient Acct.:**
**Claim Number:** F100001076263048
**Reason:** Original Claim Detail info incorrect

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn  MSC 410836
PO Box 415000
Nashville  TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #      10659816
Refund Due      **$9,136.86**

November 29, 2024

MINPRV2        201467107

DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $3,804.14**
**Service Date(s):** 07/06/2023 to 07/06/2023
**Patient Name** ████████ aykan
**Patient Acct.** ████
**Claim Number:** F100001075955283
**Reason:** Original Claim Detail info incorrect

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



---

\***Detach Lower Portion and Return with Payment\***

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

| PRS Acct # | 10659859 |
|---|---|
| Refund Due | **$3,804.14** |

November 29, 2024

MINPRV2      201467108
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville  TN 37241-0836



**12 Cadillac Drive, Suite 300**
**Brentwood, TN 37027**

**(800) 325-5340**
**Fax (855) 213-5830**

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS

## PAYMENT RESOLUTION SERVICES

12 Cadillac Drive. Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention

**REFUND DUE: $107.96**
**Service Date(s):** 08/11/2023 to 08/11/2023
**Patient Name** [redacted] aykan
**Patient Acct. #:** [redacted]
**Claim Number:** F100001082058227
**Reason:** BCBSF paid the Medicare claim as Primary

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter, Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

To PTM-INDEX 2ND

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

| | |
|---|---|
| PRS Acct # | 10659947 |
| Refund Due | **$107.96** |

November 29, 2024

MINPRV2      201467109
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS

## PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $6,077.76**
**Service Date(s):** 08/07/2023 to 08/07/2023
**Patient Name:** ▇▇▇▇aykan
**Patient Acct. #** ▇▇▇▇
**Claim Number:** F100001081397467
**Reason:** Original Claim Detail info incorrect

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #.        10660003
Refund Due     **$6,077.76**

November 29  2024

MINPRV2        201467110
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PAYMENT RESOLUTION SERVICES**

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $11,083.56**
**Service Date(s):** 08/21/2023 to 08/21/2023
**Patient Name:** [redacted] aykan
**Patient Acct. #** [redacted]
**Claim Number:** F100001084270677
**Reason:** BCBSF paid the Medicare claim as Primary

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

**PRS Acct #**   10659480
**Refund Due**   **$11,083.56**

November 29, 2024

MINPRV2      201467111
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**12 Cadillac Drive, Suite 300**
**Brentwood, TN 37027**

**(800) 325-5340**
**Fax (855) 213-5830**

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

**(800) 325-5340**
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $6,633.96**
**Service Date(s):** 08/02/2023 to 08/02/2023
**Patient Name:** ▇▇▇▇aykan
**Patient Acct. #** ▇▇▇▇
**Claim Number:** F100001079992098
**Reason:** Adjustment due to Medicare adjustment

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn: MSC 410836
PO Box 415000
Nashville TN 37241-0836
FORWARD SERVICE REQUESTED

| PRS Acct # | 10659550 |
|---|---|
| Refund Due | **$6,633.96** |

November 29 2024

MINPRV2      201467112
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $7,190.16**
**Service Date(s):** 06/29/2023 to 06/29/2023
**Patient Name:** ████ aykan
**Patient Acct. #** ████
**Claim Number:** F100001076263046
**Reason:** Submission of late charges

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS

To pay via phone. please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely.
Payment Resolution Services, LLC
(800) 325-5340
Option 2



*"Detach Lower Portion and Return with Payment'"*

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #      10659775
Refund Due      **$7,190.16**

November 29, 2024

MINPRV2        201467113
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0536



**PAYMENT RESOLUTION SERVICES**

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $9,136.86**
**Service Date(s):** 07/26/2023 to 07/26/2023
**Patient Name:** ▇▇▇▇aykan
**Patient Acct. #**
**Claim Number:** F100001078371134
**Reason:** Original Claim Detail info incorrect

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #.     10659776
Refund Due     **$9,136.86**

November 29, 2024

MINPRV2     201467114
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville  TN 37241-0836



# PRS
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## SECOND REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. We have not received a refund or a reply to our previous request for a refund of this overpayment. This refund is an important matter that needs your attention.

**REFUND DUE: $6,633.96**
**Service Date(s):** 08/30/2023 to 08/30/2023
**Patient Name:** [REDACTED] aykan
**Patient Acct.** [REDACTED]
**Claim Number:** F100001086170146
**Reason:** Original Claim Detail info incorrect

If you have previously refunded this amount, please attach a copy of the front and back of your canceled check to the remittance at the bottom of this page, and forward directly to PRS

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If this overpayment has not been refunded, please make payment directly to PRS within thirty (30) days from the receipt of this notice, or contact our office at (800) 325-5340 if you have any questions or concerns in this matter. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #      10660016
Refund Due:     **$6,633.96**

November 29, 2024

MINPRV2      201349939
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**12 Cadillac Drive, Suite 300**
**Brentwood, TN 37027**

**(800) 325-5340**
**Fax (855) 213-5830**

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $6,633.96**
Service Date(s): 08/30/2023 to 08/30/2023
Patient Name: ▆▆▆ Taykan
Patient Acct. # ▆▆▆
Claim Number: F100001086170146
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

LFTOPFMtEMENPRVA

| | |
|---|---|
| PRS Acct # | 10660016 |
| Refund Due | $6,633.96 |

Attn: MSC 410836
PO Box 415000
Nashville TN 37241-0836
FORWARD SERVICE REQUESTED

December 30, 2024

MINPRV3     220371936
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $9,136.86**
Service Date(s): 06/19/2023 to 06/19/2023
Patient Name: ████████aykan
Patient Acct. # ████
Claim Number: F100001076263048
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340  Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

PRS Acct #:    10659816
Refund Due    $9,136 86

Attn  MSC 410836
PO Box 415000
Nashville  TN 37241-0836
FORWARD SERVICE REQUESTED

December 30, 2024

MINPRV3      220502315
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn  MSC 410836
PO Box 415000
Nashville  TN 37241-0836



**PAYMENT RESOLUTION SERVICES**

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $3,804.14**
Service Date(s): 07/06/2023 to 07/06/2023
Patient Name ████████aykan
Patient Acct. ████
Claim Number: F100001075955283
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

ITEL0P150015NPRV3

PRS Acct #:    10659859
Refund Due    $3,804.14

Attn. MSC 410836
PO Box 415000
Nashville  TN 37241-0836
FORWARD SERVICE REQUESTED

December 30, 2024

MINPRV3       220502316
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn. MSC 410836
PO Box 415000
Nashville, TN 37241-0836
||ı|ı·|ı·||ıı|ıı|||ıᴵ·||ᴵᴵ·ıᴵ·ᴵ|ᴵ||ᴵ||ıı·ᴵ||ᴵ|ı·|ıᴵ|ᴵ|ıı|ıᴵ||



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $107.96**
Service Date(s): 08/11/2023 to 08/11/2023
Patient Name: ████aykan
Patient Acct. #
Claim Number: F100001082058227
Reason: BCBSF paid the Medicare claim as Primary

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



---

\*\*\*Detach Lower Portion and Return with Payment\*\*\*

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #:     10659947
Refund Due     $107 96

December 30, 2024

MINPRV3     220502317
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville  TN 37241-0836



**12 Cadillac Drive, Suite 300**
**Brentwood, TN 37027**

**(800) 325-5340**
**Fax (855) 213-5830**

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**

PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $6,077.76**
Service Date(s): 08/07/2023 to 08/07/2023
Patient Name: ▮▮▮▮▮aykan
Patient Acct. # ▮▮▮▮
Claim Number: F100001081397467
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn: MSC 410836
PO Box 415000
Nashville TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #:    10360003
Refund Due    $6,077.76

December 30, 2024

MINPRV3      220502318
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville TN 37241-0836



**PAYMENT RESOLUTION SERVICES**

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| | |
|---|---|
| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $11,083.56**
Service Date(s): 08/21/2023 to 08/21/2023
Patient Name: ███████aykan
Patient Acct #
Claim Number: F100001084270677
Reason: BCBSF paid the Medicare claim as Primary

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn  MSC 410836
PO Box 415000
Nashville  TN 37241-0836
FORWARD SERVICE REQUESTED

| | |
|---|---|
| PRS Acct # | 10659480 |
| Refund Due | $11,083 56 |

December 30  2024

MINPRV3      220502319
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn  MSC 410836
PO Box 415000
Nashville, TN 37241-0836



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



# PRS
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $6,633.96**
Service Date(s): 08/02/2023 to 08/02/2023
Patient Name: ████ Taykan
Patient Acct. #
Claim Number: F100001079992098
Reason: Adjustment due to Medicare adjustment

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



\*\*\*Detach Lower Portion and Return with Payment\*\*\*

Attn: MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #     10659550
Refund Due:    $6,633.96

December 30, 2024

MINPRV3     220502320
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn: MSC 410836
PO Box 415000
Nashville  TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

### THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $7,190.16**
Service Date(s): 06/29/2023 to 06/29/2023
Patient Name: _____ aykan
Patient Acct. # _____
Claim Number: F100001076263046
Reason: Submission of late charges

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

PRS Acct #    10659775
Refund Due    $7,190.16

December 30, 2024

MINPRV3       220502321
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |



**PRS**
PAYMENT RESOLUTION SERVICES

12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

## THIRD REQUEST

Dear Patient Accounts:

Payment Resolution Services, LLC (PRS) has been contracted by Florida Blue to assist in the recovery of the below referenced matter. There have been numerous attempts to resolve this issue. Your **immediate** response is required.

**REFUND DUE: $9,136.86**
Service Date(s): 07/26/2023 to 07/26/2023
Patient Name:          Taykan
Patient Acct. #
Claim Number: F100001078371134
Reason: Original Claim Detail info incorrect

Please acknowledge the receipt of this refund request and contact our office with the current status within thirty (30) days from the date of this letter.

To pay via phone, please call 615-472-9204 and follow the automated prompts. To make a payment online, please log on to https://payprs.com and follow the website's payment instructions. To pay via check or money order, please send your payment to the address below.

If you have any questions or need assistance processing this refund, please call PRS at (800) 325-5340. Calls to this number may be monitored for quality assurance purposes.

Sincerely,
Payment Resolution Services, LLC
(800) 325-5340
Option 2



***Detach Lower Portion and Return with Payment***

ID:

| PRS Acct # | 10659776 |
| Refund Due: | $9,136.86 |

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836
FORWARD SERVICE REQUESTED

December 30, 2024

MINPRV3      220502322
DANIEL BRANDWEIN
159 S Pompano Pkwy # 0
Pompano Beach FL 33069-3003

Attn MSC 410836
PO Box 415000
Nashville, TN 37241-0836



12 Cadillac Drive, Suite 300
Brentwood, TN 37027

(800) 325-5340
Fax (855) 213-5830

PRS takes privacy very seriously. If you received this correspondence in error, please disregard and destroy it. Please acknowledge the correspondence has been destroyed by contacting the PRS Analyst and providing the account number as a reference.

PRS hours of operation are 8:00 AM to 4:00 PM CST, Monday through Friday.

| Arizona | Payment Resolution Services, LLC is a licensed collection agency in the state of Arizona. |
|---|---|
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| North Carolina | North Carolina Permit Number: 119501627 |
| Tennessee | Payment Resolution Services, LLC is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance. |
| California | California Department of Financial Protection and Innovation collection agency license number 10112-99. |

 **Department of Health and Human Services**
Office of the Secretary

### OFFICE OF MEDICARE HEARINGS AND APPEALS

Cleveland Field Office
1001 Lakeside Ave
Suite 700
Cleveland, OH 44114
216-462-4100
(216) 462-4133 (Direct)
(216) 615-9031 (Fax)
866-236-5089 (Toll Free)

12/20/2024

BLACK LAW PA
ATTN: KELSEY BLACK
1401 EAST BROWARD BVLD
STE 204
FT LAUDERDALE, FL 33301

### NOTICE OF HEARING

| | |
|---|---|
| Appellant | DANIEL BRANDWEIN DPM P A |
| Beneficiary | S. TAYKAN |
| Medicare No. | *****P4JH06 |
| Date(s) of Service | 06/19/2023 – 08/30/2023 |
| OMHA Appeal Number | 3-14477192076 |
| Administrative Law Judge | Robert Preston |

A hearing in the above appeal is scheduled for:

Hearing Date: **WEDNESDAY, 1/15/2025**
Hearing Time:  01:00 PM Eastern Time

You are scheduled to appear by:

- ☑ Telephone
- ☐ Video-Teleconference (VTC)
- ☐ In-Person

You are instructed to call our office on the hearing date at the time indicated above. Please call (833) 419-1926 and enter 199 005 8040 when asked for a passcode or collaboration code. Failure to call at the scheduled time will be considered a failure to appear for the hearing.

The following parties, participants, and/or witnesses are also scheduled to appear at the hearing:

| Name | Role | Appearing by |
|---|---|---|
| C2C Innovative Solutions, Inc. | | |

## What do I do next?

You must respond to this notice within 5 calendar days of receipt. You are encouraged, but not required, to use the enclosed *Response to Notice of Hearing* (form OMHA-102) when responding. If you are a party to the appeal, your response must indicate whether you plan to attend the scheduled hearing, or whether you object to the proposed time and/or place of the hearing. If applicable, you must specify who else from your organization or entity plans to attend the hearing and in what capacity, and list any witnesses who will be providing testimony. If you are an employee of CMS or a CMS contractor and wish to attend the hearing as a participant, your response must indicate that you plan to attend the hearing and specify each individual who plans to attend.

## What if I object to the type of hearing?

If you are a party to the appeal and you object to the type of hearing scheduled, please complete section 6 of the enclosed *Response to Notice of Hearing*, and indicate what type of hearing you would prefer (if you are also requesting to change the time of your scheduled hearing, see the section below titled "What if I can't attend my scheduled hearing?"). No explanation is required if you are an unrepresented beneficiary or enrollee requesting to appear by VTC. For all other requests for a VTC hearing, and any requests for an in-person hearing, you must explain why you object to the type of hearing scheduled. If the Administrative Law Judge changes the type of hearing, an amended notice of hearing will be sent to the parties and any potential participants who were sent a copy of this notice.

## What if I can't attend my scheduled hearing?

If you are a party to the appeal and you cannot attend the hearing at the scheduled time and

place, please call our office immediately at the direct dial phone number at the top of this notice. Please *also* complete section 4 of the enclosed *Response to Notice of Hearing* and explain why you are unable to attend the hearing at the scheduled time and place. If the Administrative Law Judge finds good cause to reschedule the hearing, an amended notice of hearing will be sent to the parties and any potential participants who were sent a copy of this notice.

## What if I don't attend my scheduled hearing?

If you are the appellant and neither you nor your representative appears at the scheduled hearing, the Administrative Law Judge may dismiss your request for hearing unless good cause for the failure to appear is found. If you respond to this notice of hearing and fail to appear, you must contact the Administrative Law Judge within 10 calendar days after the hearing and provide a good cause reason for not appearing. If you do not respond to this notice of hearing and fail to appear, the Administrative Law Judge will send you a notice asking why you did not appear, and you will have 10 calendar days to respond. If you do not respond to the Administrative Law Judge's notice within 10 calendar days, or you do respond and the Administrative Law Judge determines you did not have good cause for failing to appear, your request for hearing will be dismissed. If the Administrative Law Judge determines that good cause exists, the hearing will be rescheduled and the time between the originally scheduled hearing date and new hearing date will not count toward the adjudication period.

## What if I don't want a hearing?

If you are a party to the appeal, you have a right to appear at the hearing to present arguments in favor of your position, and offer testimony and evidence to the Administrative Law Judge. However, if you do not wish to present your case at a hearing, you may request a decision based on the written and other evidence in the record. To do so, please complete section 4 of the enclosed *Response to Notice of Hearing*. Please also complete and submit a *Waiver of Right to an Administrative Law Judge (ALJ) Hearing* (form OMHA-104). You can find a copy of this form online at www.hhs.gov/omha, or you may contact our office to receive a copy. Please note that your waiver does not affect the right of other parties to participate in the hearing and even if all parties waive the hearing, the Administrative Law Judge may still decide to conduct a hearing if it is necessary to decide the case. If a hearing is conducted and you do not attend, you may still offer written evidence to the Administrative Law Judge. Please see below for additional information regarding the submission of evidence.

## What if I no longer wish to pursue this appeal?

If you decide that you no longer wish to pursue this appeal, you may withdraw your request for hearing in writing. You may do this by letter or by completing and submitting a *Withdrawal of Request for an Administrative Law Judge Hearing* (form OMHA-119). You can find a copy of this form online at www.hhs.gov/omha, or you may contact our office to receive a copy. If you submit a written request for withdrawal and no other party has filed a valid request for hearing,

your appeal will be dismissed.  Your request to withdraw will not be honored if a decision, dismissal or remand has already been issued.

## What issues will be addressed at the hearing?

The issues before the Administrative Law Judge include all of the issues brought out in the initial determination, coverage determination, or organization determination; redetermination; or reconsideration that were not decided entirely in a party's favor, for the claims or other appealed matters specified in the request for hearing.

## What if I object to the issues listed above?

If you are a party and you object to the issues, you must notify the Administrative Law Judge in writing at the earliest possible opportunity before the time set for the hearing and explain your objections.  You can either do this in section 6 of the enclosed *Response to Notice of Hearing* or at a later time, but no later than 5 calendar days before the date of your scheduled hearing.  You must send a copy of your objections to all the parties who were sent a copy of this notice and to CMS or any CMS contractor that has elected to be a party to the hearing.  The Administrative Law Judge will make a decision on your objections either in writing, at a prehearing conference, or at the hearing.

## Can I have a representative?

Yes.  You have the right to have a representative attend the hearing on your behalf or attend the hearing with you.  You can be represented by an attorney or other person.  If you have a representative and have not completed and submitted an *Appointment of Representative* (form CMS-1696), which can be found online at www.hhs.gov/omha, or other written statement authorizing your representative to act on your behalf, please call our office as soon as possible.

## Can I request a copy of the case file?

Yes.  If you would like a copy of all or part of your file before the date of the hearing, please contact our office for further instructions.

## Can I submit additional evidence?

If you want to submit additional written or other evidence, please complete and submit a *Filing of New Evidence* (form OMHA-115).  You can find a copy of this form online at www.hhs.gov/omha, or you may contact our office to receive a copy.  Unless you are an unrepresented beneficiary or enrollee, you must submit all evidence by the date (if any) you have specified in your request for hearing, or within 10 calendar days of receiving this notice.  If evidence is submitted more than 10 calendar days after receiving this notice, any applicable

adjudication period will be extended by the number of calendar days in the period between 10 calendar days after receipt of this notice and the day the evidence is received.  Please note that although the 10-day submission time frame does not apply to unrepresented beneficiaries and enrollees, they may wish to submit any additional evidence as soon as possible to allow the Administrative Law Judge more time to consider the evidence before the hearing.

If you are a provider or supplier, or a beneficiary represented by a provider or supplier, and you are appealing a reconsideration issued by a Medicare Part A or Part B Qualified Independent Contractor (QIC), you must also submit a statement explaining why the evidence was not submitted prior to the issuance of the QIC's reconsideration.  The Administrative Law Judge will determine whether you have good cause for submitting the evidence for the first time at the OMHA level of appeal.

**Will any experts participate or testify at the hearing?**

No experts are scheduled to testify at your hearing.

**What happens at the hearing?**

- The Administrative Law Judge will open the hearing and ask the parties, participants and any representatives to identify themselves and any witnesses they may be calling;
- The Administrative Law Judge will ask you and any other witnesses to take an oath or to affirm that the testimony is true;
- You will have the opportunity to present facts and arguments;
- If you are a party, you or your representative may present witnesses and may cross-examine the witnesses of the other parties;
- The Administrative Law Judge may question you and any other witnesses about the facts and issues;
- The Administrative Law Judge may allow you to submit additional written statements and affidavits about the matter in lieu of testimony or argument at the hearing.  You must submit the additional statements and affidavits within the time frame designated by the Administrative Law Judge and provide a copy of them to the other parties to your hearing, if any, at the same time you submit them to the Administrative Law Judge;
- The Administrative Law Judge will review the issue(s) and entire record of your claim, independent of any determinations previously made on your claim; and
- The Administrative Law Judge will make an audio recording of the hearing.

**How will I know the result of my case?**

After the hearing, the Administrative Law Judge will issue a written decision, which will be mailed to all parties to the appeal, the relevant QIC or Independent Review Entity, and the Part D

plan sponsor if you are appealing a Part D coverage determination.  The decision will include findings of fact, conclusions of law, and the reasons for the decision.  The Administrative Law Judge will base the decision on the evidence of record, including the testimony at the hearing.

**Whom do I contact with other questions about my hearing?**

If you have any questions about your hearing, please call or write our office.  A direct dial phone number and mailing address are at the top of this notice.  Please provide the Administrative Law Judge name and OMHA appeal number if you write to the office, or have the information available if you call the office.

cc:

    Q2A

Enclosures:
OMHA-156, Exhibit List
OMHA-102 Response to NOH



**Department of Health and Human Services**
**OFFICE OF MEDICARE HEARINGS AND APPEALS**
**Cleveland, OH**

| | |
|---|---|
| Appeal of:    **DANIEL BRANDWEIN DPM P A** | OMHA Appeal No.: **3-14477192076** |
| Beneficiary:    **S. TAYKAN** | Medicare Part:   **B** |
| Medicare No.: | Before:  **Robert Preston** |
| | **Administrative Law Judge** |

Index of the Administrative Record and Exhibit List

**Exhibit Record**

**Administrative
File Reference**

| | File Name | | Page Range |
|---|---|---|---|
| Medical & Related: Medical Records | File 10 | 203 | : 343 |
| Medical & Related: Medical Records | File 5 | 161 | : 219 |
| Medical & Related: Physician Licensure | File 5 | 235 | : 235 |
| Guidance: CMS publication: Medicare Claims Processing | File 10 | 344 | : 350 |
| Procedural - CMS Levels: Request for Reconsideration | File 10 | 1 | : 11 |
| Procedural - CMS Levels: Reconsideration | File 2 | 1 | : 42 |
| Procedural - CMS Levels: Procedure Codes: Excel Spreadsheet | File 3 | 1 | : 1 |
| Procedural - CMS Levels: Billing, CPT Codes, Comments for QIC: Excel Spreadsheet | File 4 | 1 | : 1 |
| Procedural - CMS Levels: Claim information | File 5 | 2 | : 14 |
| Procedural - CMS Levels: Redetermination: for DOS: 6.26.23 | File 5 | 15 | : 20 |
| Procedural - CMS Levels: Request for Redetermination: w/AOR | File 5 | 25 | : 29 |
| Procedural - CMS Levels: Certificate of Service : for Request for Redetermination | File 5 | 41 | : 44 |
| Procedural - CMS Levels: Redetermination: Multiple | File 5 | 45 | : 142 |
| Procedural - CMS Levels: Overpayment Spreadsheets | File 5 | 146 | : 158 |
| Procedural - CMS Levels: Party-Contractor Correspondence: Request for Copy of Case File | File 5 | 220 | : 222 |
| Procedural - CMS Levels: Request for documentation | File 5 | 225 | : 234 |
| Procedural - CMS Levels: Records Request | File 5 | 236 | : 238 |
| Procedural - CMS Levels: Overpayment Findings | File 5 | 239 | : 247 |
| Procedural - CMS Levels: Request for documentation | File 5 | 248 | : 255 |
| Procedural - CMS Levels: Redetermination: Multiple | File 5 | 256 | : 394 |
| Procedural - CMS Levels: Overpayment Letters: Multiple | File 5 | 395 | : 433 |
| Procedural - CMS Levels: QIC Notification to Appellant: Unable to process timely | File 6 | 1 | : 5 |
| Procedural - CMS Levels: QIC Acknowledgement Letter | File 8 | 1 | : 5 |
| Procedural - OMHA Level: Request for ALJ Hearing: w/Medicals | File 1 | 1 | : 192 |

Index of the Administrative Record and Exhibit List

| Non-Exhibit Record | Administrative File Reference | | |
|---|---|---|---|
| | File Name | Page Range | |
| Records not considered: Duplicate evidence: Redeterminations | File 10 | 12 | : 202 |
| Records not considered: Transmittal Cover Sheet | File 5 | 1 | : 1 |
| Records not considered: Blank Pages | File 5 | 21 | : 24 |
| Records not considered: Duplicate evidence: w/Blank pages and Page Dividers | File 5 | 30 | : 40 |
| Records not considered: Blank Pages | File 5 | 159 | : 160 |
| Records not considered: Blank Pages | File 5 | 223 | : 224 |
| Records not considered: Duplicate evidence | File 7 | 1 | : 5 |
| Records not considered: Duplicate evidence | File 9 | 1 | : 5 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Office of Medicare Hearings and Appeals

## RESPONSE TO NOTICE OF HEARING

**Instructions:** Complete sections 2 through 8 below, as applicable, and return this form to the assigned Administrative Law Judge (ALJ) **within 5 days of receiving the notice of hearing.** For expedited Part D hearings, contact the ALJ at the telephone number provided at the top of the notice of hearing or complete and return this form to the assigned ALJ **within 2 days of receiving the notice of hearing.** The return mailing address and fax number are at the top of the notice of hearing. You do not need to include the notice of hearing with your response.

Please note that only a party to the hearing may call witnesses; object to the time, place, or type of hearing; object to the statement of issues to be decided at the hearing; or object to the assigned ALJ (sections 4 through 6 below). Non-party participants are not permitted to call witnesses and may not file objections.

| Section 1: Hearing information. [TO BE COMPLETED BY THE OFFICE OF MEDICARE HEARINGS AND APPEALS] | | | |
|---|---|---|---|
| OMHA Appeal Number<br>3-14477192076 | Appellant<br>DANIEL BRANDWEIN DPM P A | | |
| Type of Hearing<br>☒ Telephone ☐ Video-Teleconference (VTC) ☐ In-Person | | Assigned ALJ<br>Preston | |
| Hearing Day of Week<br>WEDNESDAY | Hearing Date<br>01/15/2025 | | Hearing Time<br>01:00 PM Eastern Time |
| Telephone Hearing Call-in Number (if applicable)<br>(833) 419-1926 | | Passcode or Collaboration Code (for telephone hearing)<br>199 005 8040 | |
| VTC or In-Person Hearing Address (if applicable) | | City | State | ZIP Code |

| Section 2: What is the responding party's or participant's information? (Representative information in next section) | | | |
|---|---|---|---|
| Name (First, Middle initial, Last) | Firm or Organization (if applicable) | | Telephone Number |
| Mailing Address | City | State | ZIP Code |

If the respondent is an entity or organization, please list all individuals who plan to attend the hearing and the capacity in which they are attending (attach a continuation sheet if necessary):

| Section 3: What is the representative's information? (Skip if you do not have a representative) | | | |
|---|---|---|---|
| Name | Firm or Organization (if applicable) | | Telephone Number |
| Mailing Address | City | State | ZIP Code |

**Section 4:  Will you be present at the time and place shown above?** (Check one)

☐  I will be present at the time and place shown on the notice of hearing. If an emergency arises after I submit this response and I cannot be present, I will notify the ALJ at the telephone number shown at the top of the notice of hearing as soon as possible.

☐  I cannot be present at the time and place shown on the notice of hearing and would like to request that my hearing be rescheduled. I understand that the ALJ has the discretion to change the time and place of the hearing as long as my explanation for my request to reschedule meets the good cause standard for changing the time and place of the hearing. (For example, good cause may be found due to an inability to attend the hearing because of a serious physical or mental condition, incapacitating injury, or death in the family or if severe weather conditions make it impossible to travel to the hearing. See 42 C.F.R. sections 405.1020(f) and (g), and 42 C.F.R. sections 423.2020(f) and (g) for additional circumstances that may establish good cause.) I understand that if I am the appellant and the hearing is postponed at my request, the time between the originally scheduled hearing date and the new hearing date is not counted toward any applicable adjudication period.

I would like to reschedule my hearing for the following date and time, and I have good cause to reschedule my hearing because:

☐  I want to waive my right to appear at the ALJ hearing. (Please complete form OMHA-104 and attach it to this response.)

---

**Section 5: Do you intend to call any witnesses to provide testimony at the hearing?**

☐ No.

☐ Yes, I intend to call the following witnesses *(attach a continuation sheet if necessary)*:

---

**Section 6: Do you object to any of the following conditions?** *(Check all that apply)*

☐ **I object to the type of hearing scheduled.** If you are an unrepresented beneficiary or enrollee, and a telephone hearing is scheduled, you have the right to request that a VTC hearing be held instead if VTC technology is available. For all other parties, if a telephone hearing is scheduled, the ALJ may find good cause for an appearance by VTC if he or she determines that VTC is necessary to examine the facts or issues involved in the appeal.

If a telephone or VTC hearing is scheduled and the party, including an unrepresented beneficiary or enrollee, requests that an in-person hearing be held instead, the ALJ, with the agreement of the Chief ALJ or designee, may find good cause for an in-person hearing if VTC or telephone technology is not available, or if special or extraordinary circumstances exist.

I object to the type of hearing scheduled and request a *(check one)* ☐ VTC *or* ☐ in-person hearing because:

Note: No explanation is required if you are an unrepresented beneficiary or enrollee requesting a VTC hearing.

☐ **I object to the issues described in the notice of hearing.** I understand that I must send a copy of my objection to the issues to all the other parties who were sent a copy of the notice of hearing, and to CMS or a CMS contractor that elected to be a party to the hearing (if you do not have these addresses, please contact the ALJ's adjudication team at the telephone number shown in the letterhead of the notice of hearing). I understand that the ALJ will make a decision on my objection either in writing, at a prehearing conference, or at the hearing.

I object to the issues described in the notice of hearing because:

☐ **I object to the ALJ assigned to my appeal.** I understand that an ALJ cannot adjudicate an appeal if he or she is prejudiced or partial with respect to any party or has an interest in the matter pending for decision, and that I may object to the ALJ assigned to my appeal for these reasons. I understand that the ALJ will consider my objection and decide whether to proceed with the appeal or withdraw. I understand that if I object to the ALJ assigned to my appeal, and the ALJ subsequently withdraws from the appeal, another ALJ will be assigned, and any applicable adjudication time frame will be extended by 14 calendar days.

I object to the assigned ALJ because:

---

**Section 7: If you are the appellant, do you want to waive or extend the time frame to decide your appeal?** *(If yes, check one)*

☐ **I want to waive the time frame** for the ALJ to decide my appeal. I understand that by waiving this time frame, the ALJ does not have to decide my appeal within any applicable adjudication period that would otherwise apply.

☐ **I want to extend the time frame for the ALJ to decide my appeal.** I want the time frame to be extended _____ calendar days beyond any applicable adjudication period.

**Section 8: Sign and date this form.**

| Party, Participant or Representative Signature | Date |
|---|---|
| | |

**Privacy Act Statement**

The legal authority for the collection of information on this form is authorized by the Social Security Act (section 1155 of Title XI and sections 1852(g)(5), 1860D-4(h)(1), 1869(b)(1), and 1876 of Title XVIII). The information provided will be used to further document your appeal. Submission of the information requested on this form is voluntary, but failure to provide all or any part of the requested information may affect the determination of your appeal. Information you furnish on this form may be disclosed by the Office of Medicare Hearings and Appeals to another person or governmental agency only with respect to the Medicare Program and to comply with Federal laws requiring the disclosure of information or the exchange of information between the Department of Health and Human Services and other agencies.

## If you need large print or assistance, please call 1-855-556-8475



KELSEY K. BLACK, ESQ.
CODY J. SHILLING, ESQ.
PATRICK D. WIER, ESQ.

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

January 22, 2025

**VIA USPS**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213

**VIA USPS/Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
F: 855-213-5830

Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629

|     |     |     |
| --- | --- | --- |
| RE: | **PROVIDER:** | **Daniel Brandwein, DPM, PA** |
|     | **Dates:** | **6/19/23 through 8/30/23** |
|     | **Patient:** | **▮▮▮Taykan** |
|     | **Customer ID:** | **19QWI** |
|     | **Claim numbers:** | **F100001086170146; F100001076263048;** |
|     |     | **F100001075955283; F100001082058227;** |
|     |     | **F100001081397467; F100001084270677;** |
|     |     | **F100001079992098; F100001076263046;** |
|     |     | **F100001078371134** |

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. We recently received a copy of your correspondence dated December 30, 2024, which indicates it is a third request for recovery on behalf of Florida Blue seeking immediate payment of $59,805.22 for nine dates of treatment for Ms. Taykan. Our office was surprised to receive this correspondence as we previously notified Florida Blue of a dispute for these alleged overpayments. We did not receive a response to our dispute letter and reiterate our concerns regarding these payments.

The initial correspondence from Florida Blue, through Mellon, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was an overpayment and specifically alleging that the payments were proper no

Mailing Address:
**1401 E. Broward Blvd., Ste 204**
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are consistent and disputed.

This patients' record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility" are not substantiated by the denial and are likely subject to review upon conclusion of this matter with OMHA. Hearing was held on this matter before OMHA on January 15, 2025, and decision is expected within 45 days of that hearing. Further, given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.

Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies. Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations.

Sincerely,

Patrick D. Wier, Esq.

Encl:   1. Correspondence dated June 21, 2024, to Mellon
        2. First Coast Service Options, Inc., confirmed reconsideration review dated 9/13/2024
        3. OMHA Notice of Hearing





USPS PRIORITY MAIL®

UNITED STATES POSTAL SERVICE®

www.pitneybowes.com

US POSTAGE PAID™
01/16/2025
From 33301
Zone 6

Pitney Bowes
CommPrice
Flat Rate Envelope

028W0002310105
2000288688

Black Law P.A.
1401 E Broward Blvd, Ste 204
Fort Lauderdale FL 33301-2116

Expected Delivery Date 01/18/2025

0003

MELLON
OVERPAYMENT RECOVERY
DEPT.1213
P.O.BOX 1211213
DALLAS TX 75312-0001

B000

USPS TRACKING #

9405 5091 0515 6113 7067 07



USPS PRIORITY MAIL®

US POSTAGE PAID
From 33301
01/16/2025
Zone 5

Pitney Bowes
CommPrice
Flat Rate Envelope

028W000231051
2000268868

Black Law P.A.
1401 E Broward Blvd, Ste 204
Fort Lauderdale FL 33301-2116

Expected Delivery Date 01/21/2025

0003

PAYMENT RESOLUTION SERVICES
12 CADILLAC DR, STE 300
BRENTWOOD TN 37027-5363

R033

USPS TRACKING #

9405 5091 0515 6113 7196 53



KELSEY K. BLACK, ESQ.
CODY J. SHILLING, ESQ.
PATRICK D. WIER, ESQ.

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

February 14, 2025

**VIA USPS**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213
Fax: 888-868-2087

**VIA USPS/Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
Fax: 855-213-5830

Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629
Fax: (305) 437-7490

RE:  PROVIDER:      **Daniel Brandwein, DPM, PA**
     EIN:            **01-0654147**
     Dates:          **6/19/23 through 8/30/23**
     Patient:        ▆▆▆ **Taykan**
     Customer ID:    **19QWI**

| PRS Recoupment Claim No | PRS Account No. |
|---|---|
| F100001069173428 | 50803 |
| F100001069173416 | 50805 |
| F100001070708844 | 50875 |
| F100001070708849 | 50876 |
| F100001072345033 | 50956 |
| F100001073907280 | 50961 |
| F100001076263046 | 50962/10659775 |
| F100001074263843 | 50966 |
| C0001R1833702933 | 50968 |
| F100001075955283 | 50992/10659859 |

Mailing Address:
1401 E. Broward Blvd., Ste 204
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



| | |
|---|---|
| F100001075306329 | 50994 |
| F100001076263048 | 51108/10659816 |
| F100001076657858 | 51120 |
| F100001076657855 | 51121 |
| F100001078371159 | 51193 |
| F100001078783342 | 51194 |
| F100001078783340 | 51195 |
| F100001078371134 | 51196/10659776 |
| F100001079992099 | 51227 |
| F100001079992098 | 51230 |
| F100001081397472 | 51272 |
| F100001081636376 | 51273 |
| F100001081636374 | 51274 |
| F100001081397467 | 51275/10660003 |
| F100001082058226 | 51306 |
| F100001082058227 | 51309/10659947 |
| F100001084573602 | 51416 |
| F100001084270682 | 51417 |
| F100001084573596 | 51422 |
| F100001084270677 | 51424/10659480 |
| F100001085281014 | 51427 |
| F100001086518952 | 51487 |
| F100001086170147 | 51488 |
| F100001086170146 | 51489/10659550/10660016 |

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. Although our office has previously provided notification of our representation, we attempted to speak with an agent on February 11, 2025, who refused to discuss this matter on the erroneous belief that we are not an authorized representative of the practice. Although the practice attempted to authorize us on that call, the agent refused to authenticate the practice. Accordingly, this is our repeat notice of representation and includes a formal signed document by the practice authorizing our actions on its behalf.

We are in receipt of several correspondences attempting to collect on debts allegedly owed to PRS or BCBSF including most recently having received a copy of your correspondence dated January 27, 2025, which indicates it is a second request for recovery on behalf of Florida Blue seeking immediate payment of $10,212.63 for treatment for Ms. Taykan on 8/21/2023 and six initial requests (in addition to at least nine other requests previously disputed by our office) for total payment of $52,729.81 for service dates 7/3/2023, 7/6/2023, 7/26/2023, 8/11/2023, 8/21/2023, and 8/7/2023. Our office is surprised to receive these correspondences as we



previously notified Florida Blue of a dispute for any of these alleged overpayments and some of these appear to be duplicates. We have not received a response to our dispute letters and reiterate our concerns regarding these payments. Additionally, for these new initial requests, it does not appear we were provided any dispute from BCBS or notification of alleged overpayment.

The correspondence received to date regarding these new claims and the original claims from Florida Blue, Mellon, and PRS, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was no overpayment and specifically alleging that the payments were proper no attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are inconsistent and disputed. In fact, the statement of account from 9/20/2024 correctly acknowledges that the provider has disputed these overpayment requests, but incorrectly only assigns the dispute code to one charge claim C0001R1833702933, however on the 11/15/2024 statement of account that same claim charge no longer reflects that the overpayment request is disputed. All of the charges, alleged overpayments, and overpayment refund requests on the above list and the attached documents are disputed.

This patient's record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility," "prior processing information was incorrect," "original claim detail info incorrect," and "BCBSF paid the Medicare claim as primary" are not substantiated by the denials or the invoices, including the payment records of Medicare. Further, the treatment and reimbursement of Ms. Taykan is subject to review upon conclusion of this matter with OMHA. Hearing was held on this matter before OMHA on January 15, 2025, and decision is expected within 45 days of that hearing. Further, given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.

Additionally, the payment requests are inconsistent regarding the treatment and service dates. For instance, claim F100001084270677 has been disputed multiple times and we have received four different notices: (1) initial notice of 10/29/2024, (2) second notice on 11/29/2024, (3) third notice on 12/30/2024, (4) initial notice on 1/27/2025 and the amounts have included alleged balances of $12,792.60, $11,083.56, $10,212.63, and $9,856.08. It is obvious that the claims are not valid and the discrepancies prevent any collection or recoupment of funds. We ask that a proper accounting and audit be done to identify any potential claims for reimbursement and alleged amount so these can be further investigated and compared to the billing records.



       Given that no response has been received regarding these alleged overpayments, our office requests an applicable review and appeal of the denials by Florida Blue. Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies.

       Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations. We request an updated statement of account, an accounting of all charges, and any notifications of alleged overpayment from any agency.

Sincerely,

Patrick D. Wier, Esq.

Encl:  1. Notice of Representation
       2. 5.29.24-7.1.24 Correspondence from Melon
       3. 5.8.2024 Medicare Charge Sheet re: Taykan
       4. 6.9.24 Medicare Charge Sheet re: Taykan
       5. 6.21.24 Correspondence to Mellon from BLPA
       6. 9.13.24 First Coast Service Options, Inc., confirmed reconsideration review
       7. 9.30.2024 BCBS Account Statement
       8. 10.29.2024 PRS 1st Request
       9. 11.15.2024 BCBS Account Statement
      10. 11.29.2024 PRS 2nd Request
      11. 12.30.2024 PRS 3rd Request
      12. 12.20.24 OMHA Notice of Hearing
      13. 1.22.25 Correspondence to Mellon, Payment Resolution Services, and Florida Blue Appeals and Grievances
      14. Certified mailing receipts

Case Number: CACE-25-016613 Division: 18

Filing # 234748957 E-Filed 10/29/2025 04:51:54 PM

# EXHIBIT F

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 10/29/2025 04:51:52 PM.****



**KELSEY K. BLACK, ESQ.**
**CODY J. SHILLING, ESQ.**
**PATRICK D. WIER, ESQ.**
**SAMANTHA R. IGLESIAS, ESQ.**

Ph. 954-320-6220
Fx. 954-320-6005
firm@blacklawpa.com
www.blacklawpa.com

Patrick D. Wier Esq.
pw@blacklawpa.com
813-517-8709

June 25, 2025

**VIA USPS/Fax**
Mellon
Overpayment Recovery Receipts
Dept. 1213
P.O. Box 1211213
Dallas, TX 75312-1213
Fax: 888-868-2087

**VIA USPS/Fax**
Payment Resolution Services
12 Cadillac Drive Ste 300
Brentwood, TN 37027
Fax: 855-213-5830

**VIA USPS/Fax**
Florida Blue Appeals and Grievances
Department
P.O. Box 41629
Jacksonville, FL 32203-1629
Fax: (305) 437-7490

|  | RE: | **PROVIDER:** | **Daniel Brandwein, DPM, PA** |
|--|-----|---------------|-------------------------------|
|  |  | **PRS Account No.** | **11588145** |
|  |  | **Provider No.:** | **AF098-1235337411** |
|  |  | **EIN:** | **01-0654147** |
|  |  | **Dates:** | **6/19/23 through 8/30/23** |
|  |  | **Patient:** | ▉▉▉Taykan |
|  |  | **Customer ID:** | **19QWI** |

| PRS Recoupment Claim No | PRS Account No. |
|-------------------------|-----------------|
| F100001069173428 | 50803 |
| F100001069173416 | 50805 |
| F100001070708844 | 50875 |
| F100001070708849 | 50876 |
| F100001072345033 | 50956 |
| F100001073907280 | 50961 |
| F100001076263046 | 50962/10659775 |

Mailing Address:
1401 E. Broward Blvd., Ste 204
Ft. Lauderdale, FL 33301

Tampa Office:
4830 W. Kennedy Blvd., Ste 600
Tampa, FL 33609



| | | |
|---|---|---|
| F100001074263843 | | 50966 |
| C0001R1833702933 | | 50968 |
| F100001075955283 | 50992/10659859 | |
| F100001075306329 | | 50994 |
| F100001076263048 | 51108/10659816 | |
| F100001076657858 | | 51120 |
| F100001076657855 | | 51121 |
| F100001078371159 | | 51193 |
| F100001078783342 | | 51194 |
| F100001078783340 | | 51195 |
| F100001078371134 | 51196/10659776 | |
| F100001079992099 | | 51227 |
| F100001079992098 | | 51230 |
| F100001081397472 | | 51272 |
| F100001081636376 | | 51273 |
| F100001081636374 | | 51274 |
| F100001081397467 | 51275/10660003 | |
| F100001082058226 | | 51306 |
| F100001082058227 | 51309/10659947 | |
| F100001084573602 | | 51416 |
| F100001084270682 | | 51417 |
| F100001084573596 | | 51422 |
| F100001084270677 | 51424/10659480 | |
| F100001085281014 | | 51427 |
| F100001086518952 | | 51487 |
| F100001086170147 | | 51488 |
| F100001086170146 | 51489/10659550/10660016 | |
| F100001084270677 | 51424/11247976 | |

To whom it may concern:

Our office has the pleasure of representing Dr. Brandwein and his practice Daniel Brandwein, DPM, PA. We have attempted to reach you via phone and written correspondence several times without response. We have responded to several requests for payment and despite our attempts to engage with your representatives we have not received any substantive communications and our client continues to receive notifications of overdue payment.

We are in receipt of several correspondences attempting to collect on debts allegedly owed to PRS or BCBSF including correspondence dated January 27, 2025, which indicates it is a second request for recovery on behalf of Florida Blue seeking immediate payment of $10,212.63 for treatment for Ms. Taykan on 8/21/2023 and six initial requests (in addition to at least nine



other requests previously disputed by our office) for total payment of $52,729.81 for service dates 7/3/2023, 7/6/2023, 7/26/2023, 8/11/2023, 8/21/2023, and 8/7/2023. We are also in receipt of recovery requests dated 3/3/2025 for the above outlined claims. Most recently we are in receipt of notices from 6/2/2025 for recovery on claims F10001082058226 and F10001084270677. Notably, several of the requests indicate they are second or third requests for recovery, despite our office not having ever been provided first requests for recovery, specifically the claim nos. highlighted in yellow above. Our office is surprised to receive these correspondences as we previously notified Florida Blue of the dispute for all of these alleged overpayments. We have not received a response to our dispute letters and reiterate our concerns regarding these payments. Additionally, for these new initial requests, it does not appear we were provided any dispute from BCBS or notification of alleged overpayment.

The correspondence received to date regarding these new claims and the original claims from Florida Blue, Mellon, and PRS, provides conflicting and confusing reasons supporting the assertions of the alleged overpayments. Despite our dispute that there was no overpayment and specifically alleging that the payments were proper no attempt to justify the charges has been received. Further, the reasons for the alleged overpayment are inconsistent and disputed. In fact, the statement of account from 9/20/2024 correctly acknowledges that the provider has disputed these overpayment requests, but incorrectly only assigns the dispute code to one charge claim C0001R1833702933, however on the 11/15/2024 statement of account that same claim charge no longer reflects that the overpayment request is disputed. All of the charges, alleged overpayments, and overpayment refund requests on the above list and the attached documents are disputed.

This patient's record is currently on review before the Office of Medicare Hearings and Appeals ("OMHA") due to an audit conducted by Centers for Medicare & Medicaid Services. Given the pendency of this appeal, it is our position that any denials or reasons for alleged overpayment regarding "change in members eligibility," "prior processing information was incorrect," "original claim detail info incorrect," and "BCBSF paid the Medicare claim as primary" are not substantiated by the denials or the invoices, including the payment records of Medicare. If BCBSF was the primary payor, these claims would not be subject to CMS appeal. Further, any treatment and potential reimbursement related to Ms. Taykan is subject to review upon conclusion of this matter with OMHA.

Given that no response or review was provided by Florida Blue prior to notice from Payment Resolution Services, our office requests an applicable review and appeal of the denials by Florida Blue. We were not provided any documentation to substantiate a change in the patient's condition which justifies alleged overpayment for "reversed – change in member's eligibility" nor do the EFTs we received support that "BCBSF paid the Medicare as Primary" as all of the EOB and EFT information in our possession shows that Medicare was the primary payor – hence the reason for the audit of this file.

Additionally, the payment requests are inconsistent regarding the treatment and service dates. For instance, claim F100001084270677 has been disputed multiple times and we have



received five different notices: (1) initial notice of 10/29/2024, (2) second notice on 11/29/2024, (3) third notice on 12/30/2024, (4) initial notice on 1/27/2025, (5) third request on 6/2/2025 and the amounts have included alleged balances of $12,792.60, $11,083.56, $10,212.63, $9,099.91 and $9,856.08. It is obvious that the claims are not valid and the discrepancies prevent any collection or recoupment of funds. We ask that a proper accounting and audit be done to identify any potential claims for reimbursement and alleged amount so these can be further investigated and compared to the billing records.

Given that no response has been received regarding these alleged overpayments, our office requests an applicable review and appeal of the denials by Florida Blue. Pending response, investigation, and any applicable dispute/appeal rights we kindly require that no further action be taken to collect on the alleged overpayments, including setoff against other claims or recovery through any accounting or collections agencies.

Please contact our office to discuss these requests and provide all additional information in your files regarding the overpayment allegations. We request an updated statement of account, an accounting of all charges, and any notifications of alleged overpayment from any agency.

Sincerely,

Patrick D. Wier, Esq.

Filing # 234814969 E-Filed 10/30/2025 02:16:15 PM

## IIN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

       Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

       Defendants.

_____/

Case No.:  062025CA016613AXXXCE
              CACE-25-016613

## SUMMONS

TO THE STATE OF FLORIDA

To all Authorized Process Servers in the State of Florida:

      YOU ARE COMMANDED to serve this summons and a copy of the Complaint on Defendant:

<div align="center">

Payment Resolution Services, LLC
C/O Florida Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

</div>

## IMPORTANT

      **A lawsuit has been filed against you. Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Plaintiffs' attorneys, Kelsey K. Black, Esq. (kb@blacklawpa.com) and Patrick Wier, Esq. (pw@blacklawpa.com) Black Law P.A., 1401 E. Broward Blvd. Suite 304, Fort Lauderdale FL 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file**

<div align="center">1</div>

the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. Failure to do so may result in a default judgment being entered against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's attorney named above.

Signed and Sealed ___ ___ OCT 31 2025

Brenda Forman,
CLERK & COMPTROLLER

By:_____
Deputy Clerk

BRENDA D. FORMAN

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una Hamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede Hamar a una de las oficinas de Asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuestam ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandante o Abogado del Demandante).

2

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de!'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nomdes parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. 11 ya d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## IMPORTANT

If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Lisa Motes, ADA Coordinator, the Americans with Disabilities Act Coordinator, Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084 telephone number (904) 819-3602 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; If you are hearing or voice impaired, please call 711 or (800) 955-8771 for the Florida Relay Service.

Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Lisa Motes, ADA Coordinator , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; teléfono número (904) 819-3602, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711 o (800) 955-8771.

3

Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Lisa Motes, ADA Coordinator,donatè pwogram Lwa pou ameriken ki , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; telef n li se (904) 819-3602 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711 o (800) 955-8771.

Filing # 234814969 E-Filed 10/30/2025 02:16:15 PM

## IIN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

Case No.:  062025CA016613AXXXCE
CACE-25-016613

      Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

      Defendants.

_____/

## SUMMONS

### TO THE STATE OF FLORIDA

To all Authorized Process Servers in the State of Florida:

      YOU ARE COMMANDED to serve this summons and a copy of the Complaint on Defendant:

<div align="center">

Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue
Via CHIEF FINANCIAL OFFICER
200 E. GAINES STREET
TALLAHASSEE, FL 32399-0000

</div>

### IMPORTANT

      **A lawsuit has been filed against you. Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Plaintiffs' attorneys, Kelsey K. Black, Esq. (kb@blacklawpa.com) and Patrick Wier, Esq. (pw@blacklawpa.com) Black Law P.A., 1401 E. Broward Blvd. Suite 304, Fort Lauderdale FL 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file**

<div align="center">1</div>

the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. Failure to do so may result in a default judgment being entered against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's attorney named above.

Signed and Sealed on ____OCT 31 2025____

Brenda Forman,
CLERK & COMPTROLLER

By:_____
Deputy Clerk

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una Hamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede Hamar a una de las oficinas de Asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuestam ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandante o Abogado del Demandante).

2

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez **20 jours consecu-tifs** a partir de la date de!'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nomdes parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. 11 ya d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## IMPORTANT

If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Lisa Motes, ADA Coordinator, the Americans with Disabilities Act Coordinator, Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084 telephone number (904) 819-3602 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; If you are hearing or voice impaired, please call 711 or (800) 955-8771 for the Florida Relay Service.

Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Lisa Motes, ADA Coordinator , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; teléfono número (904) 819-3602, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711 o (800) 955-8771.

Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Lisa Motes, ADA Coordinator,donatè pwogram Lwa pou ameriken ki , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; telef n li se (904) 819-3602 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711 o (800) 955-8771.

4

Filing # 235014577 E-Filed 11/03/2025 03:26:12 PM

CACE-25-016613

## IIN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

       Case No.:  062025CA016613AXXXCE
       CACE-25-016613

     Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

     Defendants.

_____/

### SUMMONS

TO THE STATE OF FLORIDA

To all Authorized Process Servers in the State of Florida:

     YOU ARE COMMANDED to serve this summons and a copy of the Complaint on Defendant:

<div align="center">

Payment Resolution Services, LLC
c/o C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, FL 33324

</div>

### IMPORTANT

     **A lawsuit has been filed against you. Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Plaintiffs' attorneys, Kelsey K. Black, Esq. (kb@blacklawpa.com) and Patrick Wier, Esq. (pw@blacklawpa.com) Black Law P.A., 1401 E. Broward Blvd. Suite 304, Fort Lauderdale FL 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file**

1

the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. Failure to do so may result in a default judgment being entered against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's attorney named above.

Signed and Sealed on _____ NOV 04 2025

Brenda Forman,
CLERK & COMPTROLLER

By:_____
Deputy Clerk

BRENDA D. FORMAN

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una Hamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede Hamar a una de las oficinas de Asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuestam ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandante o Abogado del Demandante).

2

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date del'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nomdes parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. 11 ya d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## IMPORTANT

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Lisa Motes, ADA Coordinator, the Americans with Disabilities Act Coordinator, Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084 telephone number (904) 819-3602 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; If you are hearing or voice impaired, please call 711 or (800) 955-8771 for the Florida Relay Service.

Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Lisa Motes, ADA Coordinator , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; teléfono número (904) 819-3602, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711 o (800) 955-8771.

Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Lisa Motes, ADA Coordinator,donatè pwogram Lwa pou ameriken ki , Richard O. Watson Judicial Center 4010 Lewis Speedway St. Augustine, FL 32084; telef n li se (904) 819-3602 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711 o (800) 955-8771.

Filing # 235492486 E-Filed 11/10/2025 02:37:37 PM

# VERIFIED RETURN OF SERVICE

Job # 2025003433

**Client Info:**

Black Law P.A.
Patrick Wier, Esq.
1401 E. Broward Blvd. Suite #204
Fort Lauderdale, FL 33301
Phone: (954) 320-6220

**Case Info:**

| Plaintiff: | Circuit |
| --- | --- |
| DANIEL BRANDWEIN, M.D. AN INDIVIDUAL AND DR. DANIEL BRANDWEIN, PA A FLORIDA PROFIT CORPORTATION | County of Broward, Florida |
| -versus- | Court Case # **CACE-25-016613** |

**Defendant:**
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC D/B/A FLORIDA BLUE, A FLROIDA PROFIT CORPORTATION;MELLON OVERPAYMENT RECOVERY RECEIPTS AND PAYMENT RESOLUTION SERVICES LLC A TENNESSEE LIMITED LIABILITY COMPANY

**Service Info:**

**Date Received: 11/4/2025** at 12:40 PM
**Service:** I Served **PAYMENT RESOLUTION SERVICES. LLC C/O CT CORPORATION SYSTEM**
With: **Summons and Complaint and Exhibit "A" and Exhibit "B" and Exhibit "C" and Exhibit "D" and Exhibit "E"**
by leaving with **Donna Moch, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At Business 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324**
Latitude: **26.107338**,   Longitude: **-80.262056**

On **11/5/2025 at 11:46 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description: (Approx)**

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **145**, Hair: **Brown** Glasses: **No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**Mikhael Goldgisser**
Lic # **SPS# 1556/ CPS# 3102/ CPS# 10114**

**Burke Process Service**
10200 West State Rd 84, Suite 218
Davie, FL 33324

Client # 2025003433
Ref # 16204




Filing # 235492486 E-Filed 11/10/2025 02:37:37 PM

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Broward | Circuit Court |
|---|---|---|

Case Number: CACE-25-016613

Plaintiff:
**DANIEL BRANDWEIN, M.D. AN INDIVIDUAL AND DR. DANIEL BRANDWEIN, PA A
FLORIDA PROFIT CORPORTATION**

BII2025003434

vs.

Defendant:
**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC D/B/A FLORIDA BLUE, A
FLROIDA PROFIT CORPORTATION:MELLON OVERPAYMENT RECOVERY
RECEIPTS AND PAYMENT RESOLUTION SERVICES LLC A TENNESSEE LIMITED
LIABILITY COMPANY**

For:
Patrick Wier, Esq.
Black Law P.A.
1401 E. Broward Blvd.
Suite #204
Fort Lauderdale, FL 33301

Received by Christopher Kady on the 4th day of November, 2025 at 1:42 pm to be served on **BLUE CROSS AND BLUE
SHIELD OF FLORIDA, INC D/B/A FLORIDA BLUE VIA CHIEF FINANCIAL OFFICER, 200 E. GAINES STREET,
TALLAHASSEE, FL 32399-0000.**

I, Christopher Kady, do hereby affirm that on the **5th day of November, 2025 at 12:56 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the
**Summons and Complaint and Exhibit "A" and Exhibit "B" and Exhibit "C" and Exhibit "D" and Exhibit "E"**, through the
department of financial services to: **LAURIE BROWNING as SUPERVISOR** authorized to accept service in accordance to statute
(FL STAT. 624.422 (3)) , of the within named corporation, at the address of: **200 EAST GAINES STREET, TALLAHASSEE, FL
32399** on behalf of **BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC D/B/A FLORIDA BLUE VIA CHIEF FINANCIAL
OFFICER**, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in
the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document
and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 105, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to  28 USC
1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date
endorsed below.

**Christopher Kady**
Process Server 237

**BURKE INVESTIGATIVE PROCESS SERVICES INC
7200 West Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116**

Our Job Serial Number: BII-2025003434

Copyright © 1992-2025 DreamBuilt Software LLC  - Process Server's Toolbox V9 0e

Filing # 236931765 E-Filed 12/03/2025 01:27:35 PM

**IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

         Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

         Defendants.

_____/

Case No.:  062025CA016613AXXXCE
        CACE-25-016613

**PLAINTIFF DR. DANIEL BRANDWEIN, P.A.'S REQUESTS FOR
ADMISSION TO DEFENDANT FLORIDA BLUE**

COMES NOW Plaintiff, DR. DANIEL BRANDWEIN, P.A., by and through

undersigned counsel of record, and hereby serves the following written Requests for

Admission, pursuant to the provisions of Rules 1.280 and 1.370 of the Florida Rules

of Civil Procedure. You are required by the Rules to respond to these Requests for

Admission separately and fully in writing, and to the best of your knowledge, formed

after a reasonable investigation, and to serve a copy of your answers on the

undersigned within thirty (30) days after service hereof. Matters not so answered

shall be deemed admitted.

BLACK LAW P.A.          1

The following Definitions and Instructions shall apply to each Request for Admission, and You are required to consider these Definitions and Instructions as you respond to these Requests:

## DEFINITIONS

The following words have the following meanings:

1. "You," "Your," or "Defendant" shall mean and refer to the named Defendant herein, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., d/b/a FLORIDA BLUE, and shall include any respective assignees, successors in interests, representatives, attorneys, agents, experts, investigators, directors, executives, employees, independent contractors and/or any other entity or person which has ever acted, or purported to act, on behalf thereof in any of the matters covered by these Requests for Admission.

2. "Plaintiff" shall mean and refer to the named Plaintiff herein, DR. DANIEL BRANDWEIN, P.A., with "Plaintiffs" referring to the combination of the named Plaintiffs, DR. DANIEL BRANDWEIN, P.A. and DR. DANIEL BRANDWEIN.

3. "Complaint," shall mean and refer to the Complaint filed in this action.

## INSTRUCTIONS

You are requested to admit, for purposes of this action only, the following, pursuant to Rule 1.280 and 1.370 of the Florida Rules of Civil Procedure, within thirty (30) days from the date hereof. Matters not so answered shall be deemed admitted. If any objection to any request is made, the reasons therefore shall be stated. Your responses shall specifically admit or deny the matter or set forth in detail the reasons why you cannot truthfully admit or deny the matter. You are reminded that, pursuant

to the provisions of Rule 1.280 and 1.370 of the Florida Rules of Civil Procedure, a denial shall fairly meet the substance of the requested admission, and when good faith requires that you qualify your answer or deny only a part of the matter of which an admission is requested, you shall specify so much of it as is true and qualify or deny the remainder. You are further reminded that you may not give lack of information or knowledge as a reason for failure to admit or deny unless you state that you have made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny. Furthermore, you may not object to a request on the basis that a matter of which an admission has been requested presents a genuine issue for trial.

<u>**REQUESTS FOR ADMISSION**</u>

1. Plaintiffs disputed the alleged overpayments through written correspondence.

   **RESPONSE:**

2. Plaintiffs disputed the alleged overpayments through telephone communications.

   **RESPONSE:**

3. You referred the disputed claims to collection agencies.

   **RESPONSE:**

4. You referred the disputed claims to collection agencies without first resolving Plaintiffs' disputes.

   **RESPONSE:**

5. You provided different explanations at different times for the alleged

overpayments.

**RESPONSE:**

6. Medicare was the primary payer for services provided to S. Taykan during the period of June 19, 2023, to August 30, 2023.

**RESPONSE:**

7. You were aware of the CMS audit involving S. Taykan's records before initiating overpayment recovery actions against Plaintiffs.

**RESPONSE:**

8. The Provider Agreement between You and Plaintiffs requires You to provide written notice before recouping alleged overpayments.

**RESPONSE:**

9. The Provider Agreement between You and Plaintiffs requires You to provide an appeal process for disputed overpayment claims.

**RESPONSE:**

10. You did not follow the appeal process outlined in the Provider Agreement for the disputed overpayment claims related to S. Taykan.

**RESPONSE:**

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was served via electronic service upon all counsel of record through the Florida Courts E-filing Portal on this 3rd day of December, 2025.

Respectfully submitted,

**BLACK LAW P.A.**                    4

**BLACK LAW P.A.**
*Attorneys for Plaintiffs*
1401 East Broward Boulevard
Victoria Park Centre, Suite 304
Fort Lauderdale, Florida 33301
Telephone:   (954) 320-6220

By: *Patrick Wier*

**KELSEY K. BLACK, ESQ.**
Florida Bar No. 0078925
kb@blacklawpa.com
**PATRICK WIER, ESQ.**
Florida Bar No. 1029540
pw@blacklawpa.com

BLACK LAW P.A.                                    5

Filing # 236931765 E-Filed 12/03/2025 01:27:35 PM

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

        Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

        Defendants.

Case No.:  062025CA016613AXXXCE
          CACE-25-016613

_____/

## PLAINTIFF DR. DANIEL BRANDWEIN, P.A.'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT FLORIDA BLUE

Plaintiff, DR. DANIEL BRANDWEIN, P.A., by and through undersigned counsel, hereby serves the following Requests for Production of Documents, pursuant to the provisions of Fla. R. Civ. P. 1.280 and 1.350.

You are required by the Rules to timely produce all designated documents in your possession, custody or control and permit the Defendant, or someone acting on its behalf, to inspect and copy the documents responsive to this Request. You are requested to produce these documents at the office of Black Law, PA, 1401 East Broward Boulevard Victoria Park Centre, Suite 304, Fort Lauderdale, Florida 33301.

In lieu of the production required above, you may within thirty (30) days of the service of these Requests, produce copies of the documents requested. If such a

**B** BLACK LAW P.A.           1

method is chosen, however, you should for each document so produced, identify which numbered Request to which the document is being supplied in response. If Defendant seeks to make documents available at its offices, or the office of its Counsel, rather than producing them as indicated above, then as to each production request, Defendant should state the number of pages involved per that request.

The following Definitions and Instructions shall apply to each Request for Production of Documents, and You are required to consider these Definitions and Instructions as You respond to these Requests:

## DEFINITIONS

The following words have the following meanings:

1. "You," "Your," or "Defendant" shall mean and refer to the named Defendant herein, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., d/b/a FLORIDA BLUE, and shall include any respective assignees, successors in interests, representatives, attorneys, agents, experts, investigators, directors, executives, employees, independent contractors and/or any other entity or person which has ever acted, or purported to act, on behalf thereof in any of the matters covered by these Interrogatories.

2. "Plaintiff" shall mean and refer to the named Plaintiff herein, DR. DANIEL BRANDWEIN, P.A., with "Plaintiffs" referring to the combination of the named Plaintiffs, DR. DANIEL BRANDWEIN, P.A. and DR. DANIEL BRANDWEIN.

3. "Identify", "Identification" or "Identity" when used in reference to a document or record, shall mean to state the type of document (e.g., letter, memorandum, telegram, chart, dictatape, punch card, computer tape, etc.), date of the document, author, addressee, title, location, file and identifying number and symbol, and the name, address and employer of its custodian. If any such document is no longer in your possession or subject to your control, state what disposition was made of the document and the date thereof.

4. "Identify", "Identification" or "Identity" when used in reference to statements, shall mean to state the identity of the person from whom the statement was taken, the identity of the person to whom the statement was made, the date or approximate date of the statement, whether the statement is written or recorded and by whom it

was written or recorded, and the identity of the custodian and employer of the custodian of any written or recorded statement.

5. "Thing" shall mean and refer to any tangible object other than a document and includes objects of every kind and nature, including but not limited to prototypes, models, specimens, computer disks and tapes, videotapes, and audiotapes.

6. "Document" or "Documents" shall mean and refer to any medium upon which information can be recorded or retrieved and is synonymous in meaning and equal scope to the usage of the term in Rule 1.280 and 1.340 of the Florida Rules of Civil Procedure including, without limitation, any electronically stored data or information. Drafts and non-identical duplicates, regardless of origin and location, constitute separate documents. Attachments, exhibits, appendices, schedules, and enclosures to documents are considered part of the same document.

7. "Communications" shall mean without limitations, any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, memos, notes, exchanges of written or recorded information, face-to-face meetings, emails, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons, by any means or mode of conveying information, including but not limited to telephone, facsimile, computer, television, or telegraph.

8. "Person" shall include the parties, and any and all individuals, present and former officers, directors, general partners, limited partners, agents, servants, employees, attorneys, representatives, experts, and consultants, however denominated. The word "person," as well as the pronoun "he" and the noun "individual," includes all humans, male or female, living or dead.

9. "Entity" includes any artificial body or organization possessing some or all of the legal attributes of a natural person, including, without limitation, corporations, incorporated and unincorporated associations, general partnerships, limited partnerships, societies, boards, committees, agencies, commissions, joint ventures, governments, governmental subdivisions, artificial persons, quasi-public bodies, and groups and all other forms of organization or association.

10. "Complaint" shall mean and refer to the Complaint filed in this action.

## INSTRUCTIONS

1. You are required to respond to each Request separately and fully in writing with a copy of Your responses being served on counsel for Defendant within the time

set forth in Rule 1.280 and 1.350 of the Florida Rules of Civil Procedure Rules of Civil Procedure. Further, You must Identify any Document responsive to any Request as being responsive to the specific Request at issue. If the same Document is responsive to more than one Request, Identify all requests to which it is responsive.

2.  If any Requests for Production of Documents cannot be answered or complied with in full, it should be answered or complied with to the fullest extent possible and should include the specified reasons for the inability to answer or comply fully. If information concerning any Requests for Production of Documents, or Documents responsive to a Requests for Production of Documents, will become available in the future, please state when such information and Documents will be available. If any Requests for Production of Documents calls for any information or the production of any Document not in Your possession or subject to Your control, or ascertainable by You upon reasonable inquiry, then when known, Identify the custodian or possessor of such information or Document. If You refuse to answer any Requests for Production of Documents in whole or in part, describe the factual or legal basis for Your refusal to answer, including any claim or privilege, in sufficient detail to permit the court to adjudicate the validity of Your refusal to answer.

3.  The terms, "relating to," "related to," "concern" and "concerning" are used in their broadest sense, and mean: of, about, concerning, detailing, disclosing, reporting, listing, explaining, compiling, noting, summarizing, exposing, regarding, respecting, involving, touching, implicating, bearing upon, having to do with, associated with, connected with or to, apposite to, referring to, related to, relating to or pertaining in any way to.

4.  If a Requests for Production of Documents is denied on the ground of privilege, including work product, please include the following in your written response to this Requests for Production of Documents:

    a.  A description of the Document (i.e., "a two-page letter");
    b.  The date the Document was prepared;
    c.  The name of the person who prepared the Document;
    d.  A general description of the subject matter of the Document;
    e.  The name and address of each person to whom the Document is directed or addressed;
    f.  The name and address of each person shown on the Document as having received a copy;
    g.  The name and address of each person known or believed to have seen the Document or any copy or summary thereof;
    h.  The purpose for which the Document was created or transmitted;
    i.  The degree of confidentiality with which the Document was treated when it was created, transmitted and thereafter; and

    j.   The privilege You assert and any other facts You deem relevant to the privilege You assert.

5.  If at any time you refuse to answer a Requests for Production of Documents, or to produce Documents, on grounds that the Requests for Production of Documents is burdensome, you are requested to state the reason the Request is considered burdensome, including the number and nature of Documents which must be searched, the location of the Documents, and the estimated man-hour and other costs necessary for such a search. If the Request can be complied with in a more limited fashion which avoids the claim of burdensomeness, please so indicate and so answer the Request, produce the Documents and explain in detail why answering the Request and producing the Documents pursuant to the Request in its present form are burdensome.

6.  If any Document relevant to any response to any Requests for Production of Documents has been in your possession or subject to your custody or control but is not at the present time or is known to you to have been in existence but is not at the present time, state what disposition was made of it or what became of it and when.

7.  You are required to furnish all Documents in Your possession and all Documents available to You; not only such Documents as You know of Your own personal knowledge, but also Documents that are available to You, Your attorney, Your employees, officers and agents, by reason of inquiry, including inquiry of their representatives.

8.  If You elect to produce business records in response to any Requests for Production of Documents, please produce the Documents as they are kept in the usual course of business or organize and label the Documents to correspond with the response to which they are produced. You are also requested to admit the genuineness of each such Document.

9.  Native format means the files as created and maintained by the applications associated with them. Emails should be produced as .eml or .msg files, Word documents as .doc or .docx files, etc. For all Documents, produce a txt file with the text extracted from the native files or created by Optical Character Recognition (OCR) of hard copies. Embedded Documents should also be produced separately. The methodology for calculating hash values on emails, if the hash values are not being calculated on the emails as separate .eml or .msg files, should also be specified. A Concordance load file for native files should include the following fields: Beginning Bates; Ending Bates; Begin Attachment; End Attachment; Parent Bates; Attachment Bates; From; To; CC; BCC; Subject; Sent Date; Sent Time; File Name; Document Title; Author; File Ext.; File Size; Create Date; Create Time; Date last Modified; Time Last Modified; File path for e-documents which are not email attachments; Custodian for all Documents; MD5 (or SHA1) hash value for all Documents; For emails and

attachments, the custodian's file folder; For emails, any flags or other notations recorded by the native environment; For emails, attachment count and attachment names; Path to extracted text; Path to native file in production; For emails, MSGID; Application associated with the Document; Document type: e-Document, e-attachment, email or physical. Additionally, for all native documents, we require a .txt file with the text extracted from the native files or created by OCR of hard copies. Embedded documents should also be produced separately. The methodology for calculating hash values on emails, if the hash values are not being calculated on the emails as separate .eml or .msg files, should also be specified.

10. Use of the conjunctive (and) shall also be taken in the disjunctive (or), and vice versa. Use of the term "any" also shall mean "all" and vice versa. Use of the term "each" also shall mean "every" and vice versa.

11. These Requests for Production of Documents are intended to and shall be deemed to be continuing in nature, pursuant to Fla. R. Civ. P 1.280 and 1.350, so as to require you to supplement any response, or Document production with respect to which you discover or acquire new, additional, or different information or Documents.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1:     All documents concerning Your claim of overpayment for services provided by Plaintiffs to patient S. Taykan between June 19, 2023, and August 30, 2023, including but not limited to internal memoranda, reports, audits, and calculations used to determine the alleged overpayment amount of $448,076.71.

REQUEST NO. 2:     All communications between You and Medicare concerning patient S. Taykan's coverage, primary payer status, or claims for services provided by Plaintiffs between June 19, 2023, and August 30, 2023.

REQUEST NO. 3:     All documents concerning Your determination that Medicare was not the primary payer for services provided to patient S. Taykan by Plaintiffs between June 19, 2023, and August 30, 2023.

REQUEST NO. 4:     All documents concerning any audit, review, or investigation of claims submitted by Plaintiffs for services provided to patient S. Taykan between June 19, 2023, and August 30, 2023.

REQUEST NO. 5:     All communications between You and the Office of Medicare Hearings and Appeals concerning patient S. Taykan's records or claims submitted by Plaintiffs for services provided between June 19, 2023, and August 30, 2023.

REQUEST NO. 6:     A complete copy of all documents, communication,

correspondence, or guidelines between You and CMS regarding the treatment, billing, benefits, or reimbursement regarding S. Taykan for treatment between between June 19, 2023, and October 29, 2025.

REQUEST NO. 7:   All internal notes, logs, reports, memoranda, and any other documents by any third-party relating to any post-payment claim review for the Subject Claim.

REQUEST NO. 8:   All documents concerning Your response or lack of response to Plaintiffs' dispute letters regarding the alleged overpayments, including the dispute letter dated June 21, 2024, and any subsequent dispute communications.

REQUEST NO. 9:   All communications between You and Mellon Overpayment Recovery Receipts and/or Payment Resolution Services, LLC concerning the alleged overpayments for services provided by Plaintiffs to patient S. Taykan.

REQUEST NO. 10:   All agreements, contracts, or other documents establishing the relationship between You and Mellon Overpayment Recovery Receipts and/or Payment Resolution Services, LLC for the collection of alleged overpayments.

REQUEST NO. 11:   All agreements, contracts, or other documents establishing the relationship between You and Health and Human Services, Centers for Medicare & Medicaid Services (CMS), and/or Office of Personnel Management for the collection of alleged overpayments.

REQUEST NO. 12:   All agreements, contracts, or other documents establishing the relationship between You and United Health Care, United Health Group, and/or Optum, for the collection of alleged overpayments.

REQUEST NO. 13:   All documents concerning Your policies and procedures for handling provider disputes of alleged overpayments in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 14:   All documents concerning Your policies and procedures for referring disputed overpayment claims to collection agencies or third-party services in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 15:   All documents concerning any external policies and procedures that You contend require, control, or direct Your referral of disputed overpayment claims to collection agencies or third-party services in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 16:   All documents concerning any external policies and

procedures that You contend require, control, or direct Your referral of alleged or suspected overpayment claims to collection agencies or third-party services in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 17:  All external communications, including with any third-party and CMS, relating to the process, denial, reimbursement, or billing regarding S. Taykan for treatment between June 19, 2023, and August 30, 2023.

REQUEST NO. 18:  All documents concerning the specific amounts recouped from Plaintiffs related to services provided to patient S. Taykan, including the date, amount, and method of each recoupment.

REQUEST NO. 19:  All documents concerning the provider agreement between You and Plaintiffs in effect between June 19, 2023, and August 30, 2023, including any amendments, addenda, or related documents.

REQUEST NO. 20:  All documents concerning Your policies and procedures for determining primary and secondary payer status in effect between June 19, 2023, and August 30, 2023.

REQUEST NO. 21:  All communications between You and patient S. Taykan concerning coverage, claims, or payments for services provided by Plaintiffs between June 19, 2023, and August 30, 2023.

REQUEST NO. 22:  All documents concerning any internal reviews, audits, or investigations conducted by You regarding the handling of the alleged overpayments to Plaintiffs for services provided to patient S. Taykan.

REQUEST NO. 23:  All documents concerning the specific reasons for the alleged overpayments to Plaintiffs for services provided to patient S. Taykan, including any documentation supporting each stated reason.

REQUEST NO. 24:  All documents concerning Your calculation of the alleged overpayment amount of $448,076.71, including any breakdowns by claim, service date, or procedure code.

REQUEST NO. 25:  All documents concerning any appeals, reviews, or reconsiderations of the alleged overpayments conducted by You in response to Plaintiffs' disputes.

REQUEST NO. 26:  All communications between You and any third-party consultants, auditors, or advisors concerning the alleged overpayments to Plaintiffs for services provided to patient S. Taykan.

REQUEST NO. 27:     All documents concerning Your compliance with Florida statutes and regulations regarding overpayment recovery practices, including but not limited to documentation of compliance with the Florida Consumer Collection Practices Act.

REQUEST NO. 28:     All documents concerning Your compliance with federal regulations regarding overpayment recovery practices, including but not limited to documentation of compliance with Medicare Secondary Payer rules.

REQUEST NO. 29:     All documents concerning or dictating Your compliance with federal or state regulations regarding overpayment recovery practices, including but not limited to any restrictions on pausing, staying, ceasing, settling, resolving, or otherwise modifying recoupments or alleged overpayments.

REQUEST NO. 30:     All documents concerning any previous disputes, complaints, or legal actions involving Your overpayment recovery practices within the past five years.

REQUEST NO. 31:     All documents concerning Your training materials, guidelines, or instructions provided to employees regarding overpayment determinations and recovery procedures in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 32:     All documents concerning Your training materials, guidelines, or instructions provided to employees regarding handling provider disputes of alleged overpayments in effect between June 19, 2023, and October 29, 2025.

REQUEST NO. 33:     All documents concerning communications between Your employees, representatives, or agents regarding the alleged overpayments to Plaintiffs for services provided to patient S. Taykan.

REQUEST NO. 34:     All documents concerning any investigation or review of patient S. Taykan's eligibility for Medicare coverage for the services provided by Plaintiffs between June 19, 2023, and August 30, 2023.

REQUEST NO. 35:     All documents related to patient S. Taykan that You allege were overpaid, including claim forms, explanations of benefits, payment records, reimbursements, checks, and any subsequent adjustments.

REQUEST NO. 36:     All documents concerning Your policies and procedures for coordinating benefits between You and Medicare when both provide coverage for a patient, in effect between June 19, 2023, and August 30, 2023.

REQUEST NO. 37:   All documents concerning any communications between You and other insurance carriers regarding coverage for patient S. Taykan for services provided by Plaintiffs between June 19, 2023, and August 30, 2023.

REQUEST NO. 38:   All documents that will be identified in Your initial disclosures or that You intend to use to support Your defenses in this action.

REQUEST NO. 39:   All documents and things that contradict Plaintiffs' claims against Defendant as set forth in the Complaint.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was served via electronic service upon all counsel of record through the Florida Courts E-filing Portal on this 3rd day of December, 2025.

Respectfully submitted,

**BLACK LAW P.A.**
*Attorneys for Plaintiffs*
1401 East Broward Boulevard
Victoria Park Centre, Suite 304
Fort Lauderdale, Florida 33301
Telephone:   (954) 320-6220

By: _____

**KELSEY K. BLACK, ESQ.**
Florida Bar No. 0078925
kb@blacklawpa.com
**PATRICK WIER, ESQ.**
Florida Bar No. 1029540
pw@blacklawpa.com

BLACK LAW P.A.                    10

Filing # 236931765 E-Filed 12/03/2025 01:27:35 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

DANIEL BRANDWEIN, M.D., an
individual; and DR. DANIEL
BRANDWEIN, PA, a Florida Profit
Corporation

       Case No.:  062025CA016613AXXXCE
       CACE-25-016613

       Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., d/b/a FLORIDA BLUE, a
Florida Profit Corporation; MELLON
OVERPAYMENT RECOVERY
RECEIPTS; and PAYMENT
RESOLUTION SERVICES, LLC, a
Tennessee Limited Liability Company

       Defendants.

_____/

**NOTICE OF SERVICE OF PLAINTIFF DR. DANIEL BRANDWEIN, P.A.'S INTERROGATORIES TO DEFENDANT FLORIDA BLUE**

       Plaintiff, DR. DANIEL BRANDWEIN, P.A., by and through undersigned counsel hereby certifies that it served Interrogatories to Defendant, FLORIDA BLUE, through e-mail to its counsel.

**CERTIFICATE OF SERVICE**

       I HEREBY certify that a true copy of the foregoing was served via electronic service upon all counsel of record through the Florida Courts E-filing Portal on this 3rd day of December, 2025.

       Respectfully submitted,

B BLACK LAW P.A.       1

**BLACK LAW P.A.**
*Attorneys for Plaintiffs*
1401 East Broward Boulevard
Victoria Park Centre, Suite 304
Fort Lauderdale, Florida 33301
Telephone:   (954) 320-6220

By:   *Patrick Wier*

**KELSEY K. BLACK, ESQ.**
Florida Bar No. 0078925
kb@blacklawpa.com
**PATRICK WIER, ESQ.**
Florida Bar No. 1029540
pw@blacklawpa.com